Malcolm Segal (SBN 075481)
Emily E. Doringer (SBN 208727)
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA  95814
Telephone:  (916) 441-0886
Facsimile: (916) 475-1231
msegal@segal-pc.com
edoringer@segal-pc.com

Attorneys for Defendant
PAULETTE CARPOFF

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>REAL PROPERTY LOCATED AT 5383 STONEHURST DRIVE, MARTINEZ, CALIFORNIA, CONTRA COSTA COUNTY, APN: 367-230-018-7, ET AL.,<br><br>              Defendant. | Case No:  2:19-CV-00636-JAM-DB<br><br>**VERIFIED CLAIM FOR PROPERTY** |

Pursuant to Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, I, Paulette Carpoff, hereby claim and contest the forfeiture of the following Defendant properties in the instant action:

-1-

a) Real property located at 5383 Stonehurst Drive, Martinez, California, Contra Costa County, APN: 367-230-018-7, including all appurtenances and improvements thereto, and more fully described in "Exhibit A" of the VERIFIED COMPLAINT FOR FORFEITURE IN REM and attached again hereto;

b) Real property located at 14 Goree Court, Martinez, California, Contra Costa County, APN: 380-231-010-6, including all appurtenances and improvements thereto, and more fully described in "Exhibit B" of the VERIFIED COMPLAINT FOR FORFEITURE IN REM and attached again hereto;

c) Real property located at 180 Midhill Road, Martinez, California, Contra Costa County, APNs: 161-280-005-0 & 161-280-034-0, including all appurtenances and improvements thereto, and more fully described in "Exhibit C" of the VERIFIED COMPLAINT FOR FORFEITURE IN REM and attached again hereto;

d) Real property located at 186 Farm Lane, Martinez, California, Contra Costa County, APN: 377-280-041-7, including all appurtenances and improvements thereto, and more fully described in "Exhibit D" of the VERIFIED COMPLAINT FOR FORFEITURE IN REM and attached again hereto;

e) Real property located at 315 Summerhill Lane, Martinez, California, Contra Costa County, APN: 367-240-008-6, including all appurtenances and improvements thereto, and more fully described in "Exhibit E" of the VERIFIED COMPLAINT FOR FORFEITURE IN REM and attached again hereto;

f) Real property located at 815 Sunset Drive, Antioch, California, Contra Costa County, APN: 068-100-044-4, including all appurtenances and improvements thereto, and more fully described in "Exhibit F" of the VERIFIED COMPLAINT FOR FORFEITURE IN REM and attached again hereto;

g) Real property located at 1062 Mohr Lane, Unit C, Concord, California,, Contra Costa County, APN: 147-401-003-8, including all appurtenances and improvements thereto, and more fully described in "Exhibit G" of the VERIFIED COMPLAINT FOR FORFEITURE IN REM and attached again hereto;

h) Real property located at 4021 Pike Lane, Concord, California, Contra Costa County, APN: 159-382-012-7, including all appurtenances and

improvements thereto, and more fully described "Exhibit H" of the VERIFIED COMPLAINT FOR FORFEITURE IN REM and attached again hereto;

i) Real property located at 4800 Blum Road, Unit 1, Martinez, California, Contra Costa County, APN: 159-400-001-8, including all appurtenances and improvements thereto, and more fully described in "Exhibit I" of the VERIFIED COMPLAINT FOR FORFEITURE IN REM and attached again hereto;

j) Real property located at 4808 Blum Road, Unit 2, Martinez, California, Contra Costa County, APN: 159-400-002-6, including all appurtenances and improvements thereto, and more fully described in "Exhibit J" of the VERIFIED COMPLAINT FOR FORFEITURE IN REM and attached again hereto;

k) Real property located at 2750 Maxwell Way, Fairfield, California, Solano County, APN: 028-230-150, including all appurtenances and improvements thereto, and more fully described in "Exhibit K" of the VERIFIED COMPLAINT FOR FORFEITURE IN REM and attached again hereto;

l) Real property located at 84 Carolina Cherry Drive, Las Vegas, Nevada, Clark County, APN: 191-07-510-061, including all appurtenances and improvements thereto, and more fully described in "Exhibit L" of the VERIFIED COMPLAINT FOR FORFEITURE IN REM and attached again hereto;

m) Real property located at 472-475-477 E. Channel Road, Benicia, California, Solano County, APN: 0080-250-430-1, including all appurtenances and improvements thereto, and more fully described in "Exhibit M" of the VERIFIED COMPLAINT FOR FORFEITURE IN REM and attached again hereto;

n) Real property located at Lot 51-80 Park Road, Benicia, California, Solano County, APN: 0080-060-420, including all appurtenances and improvements thereto, and more fully described in "Exhibit N" of the VERIFIED COMPLAINT FOR FORFEITURE IN REM and attached again hereto;

As grounds for this claim, Claimant states a lawful ownership interest in the above mentioned Defendants that are subject to this forfeiture action, and that the

properties are not subject to forfeiture pursuant to 18 U.S.C. Sections 981(a)(1)(A) and (C).

## VERIFICATION

I, Paulette Carpoff, hereby declare that I have read the foregoing Claim and verify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: __4-30-__, 2019

_____
Paulette Carpoff