# EXHIBIT B

```
                    UNITED STATES BANKRUPTCY COURT
                      DISTRICT OF NEVADA (RENO)


                                    .    Case No.  19-50102-btb
IN RE:                              .
                                    .    Chapter 11
DOUBLE JUMP, INC.,                  .
                                    .
                                    .
              Debtor.               .
. . . . . . . . . . . . . . .       .
                                    .    Case No.  19-50104-btb
IN RE:                              .
                                    .    Chapter 11
DOG BLUE PROPERTIES, LLC,           .
                                    .
                                    .
              Debtor.               .
. . . . . . . . . . . . . . .       .
                                    .    Case No.  19-50105-btb
IN RE:                              .
                                    .    Chapter 11
BRANDY BOY PROPERTIES, LLC,         .
                                    .
                                    .
              Debtor.               .
. . . . . . . . . . . . . . .       .
                                    .    Case No.  19-50106-btb
IN RE:                              .
                                    .    Chapter 11
475 CHANNEL ROAD, LLC,              .
                                    .
                                    .
              Debtor.               .
. . . . . . . . . . . . . . .       .
                                    .    Case No.  19-50108-btb
IN RE:                              .
                                    .    Chapter 11
PARK ROAD, LLC,                     .
                                    .
                                    .
              Debtor.               .
. . . . . . . . . . . . . . .       .
                                    .    Case No.  19-50109-btb
IN RE:                              .
                                    .    Chapter 11
140 MASON CIRCLE, LLC,              .
                                    .
              Debtor.               .
. . . . . . . . . . . . . . .       .
```

2

|                        |   | |
|------------------------|---|---|
|                        | . | Case No.  19-50130-btb |
| IN RE:                 | . | |
|                        | . | Chapter 11 |
| DC SOLAR SOLUTIONS, INC., | . | |
|                        | . | |
|                        | . | |
|           Debtor.      | . | |

. . . . . . . . . . . . . . . .

|                        |   | |
|------------------------|---|---|
|                        | . | Case No.  19-50131-btb |
| IN RE:                 | . | |
|                        | . | Chapter 11 |
| DC SOLAR DISTRIBUTION, INC., | . | |
|                        | . | |
|           Debtor.      | . | |

. . . . . . . . . . . . . . . .

|                        |   | |
|------------------------|---|---|
|                        | . | Case No.  19-50135-btb |
| IN RE:                 | . | |
|                        | . | Chapter 11 |
| DC SOLAR FREEDOM, INC., | . | |
|                        | . | 300 Booth Street |
|                        | . | Reno, NV  89509 |
|           Debtor.      | . | |
|                        | . | Friday, February 8, 2019 |

. . . . . . . . . . . . . . . .   10:34 a.m.

```
 TRANSCRIPT OF EMERGENCY MOTION REGARDING CHAPTER 11 FIRST DAY
 MOTIONS FOR ORDER EXTENDING TIME TO FILE BANKRUPTCY SCHEDULES
AND STATEMENT OF FINANCIAL AFFAIRS WITH PROPOSED ORDER FILED BY
     TRACY M. OSTEEN ON BEHALF OF DOUBLE JUMP, INC. [14]
                      (CONTINUED)
          BEFORE THE HONORABLE BRUCE T. BEESLEY
           UNITED STATES BANKRUPTCY COURT JUDGE
```

APPEARANCES CONTINUED.

Audio Operator:          Illuminada Starzyk, ECR

Transcription Company:   Access Transcripts, LLC
                         10110 Youngwood Lane
                         Fishers, IN 46038
                         (855) 873-2223
                         www.accesstranscripts.com

        Proceedings recorded by electronic sound recording,
          transcript produced by transcription service.

ACCESS TRANSCRIPTS, LLC        1-855-USE-ACCESS (873-2223)

TRANSCRIPT OF (CONTINUED):
EMERGENCY MOTION REGARDING CHAPTER 11 FIRST DAY MOTIONS
FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING THE
RETENTION OF GLASSRATNER ADVISORY & CAPITAL GROUP, LLC TO
PROVIDE CHIEF RESTRUCTURING OFFICER AND CERTAIN ADDITIONAL
PERSONNEL, (ii) DESIGNATING SETH FREEMAN AS DEBTOR'S CHIEF
RESTRUCTURING OFFICER EFFECTIVE AS OF THE PETITION DATE, (iii)
SETTING A FINAL HEARING, AND (iv) GRANTING RELATED RELIEF WITH
PROPOSED ORDER FILED BY TRACY M. OSTEEN ON BEHALF OF DOUBLE
JUMP, INC. [17]; EMERGENCY MOTION REGARDING CHAPTER 11 FIRST
DAY MOTIONS FOR ORDER (i)_PROHIBITING UTILITY COMPANIES FROM
ALTERING, REFUSING, OR DISCONTINUING SERVICES AND (ii)
ESTABLISHING PROCEDURES FOR DETERMINING REQUESTS FOR ADDITIONAL
ADEQUATE ASSURANCE OF PAYMENT WITH PROPOSED ORDER FILED BY
TRACY M. OSTEEN ON BEHALF OF DOUBLE JUMP, INC. [16]; EMERGENCY
MOTION REGARDING CHAPTER 1 FIRST DAY MOTIONS FOR ENTRY OF
INTERIM AND FINAL ORDERS AUTHORIZING DEBTORS TO (i) MAINTAIN
EXISTING INSURANCE POLICIES AND PAY ALL INSURANCE OBLIGATIONS
ARISING THEREUNDER AND (ii) RENEW, REVISE, EXTEND, SUPPLEMENT,
CHANGE, OR ENTER INTO NEW INSURANCE POLICIES WITH
PROPOSED ORDER FILED BY TRACY M. OSTEEN ON BEHALF OF DOUBLE
JUMP, INC. [19]; EMERGENCY MOTION REGARDING CHAPTER 11 FIRST
DAY MOTIONS TO ESTABLISH NOTICE PROCEDURES AND TO LIMIT NOTICE
WITH PROPOSED ORDER FILED BY TRACY M. OSTEEN ON BEHALF OF
DOUBLE JUMP, INC. [15]; MOTION FOR JOINT ADMINISTRATION
19-50103, 19-50104, 19-50105, 19-50106, 19-50108, 19-50109,
19-50130, 19-50131 WITH LEAD CASE 19-50102 WITH PROPOSED ORDER
FILED BY TRACY M. OSTEEN ON BEHALF OF DOUBLE JUMP, INC. [28];
MOTION REGARDING CHAPTER 11 FIRST DAY MOTIONS EMERGENCY MOTION
FOR ENTRY OF INTERIM AND FINAL ORDERS (i) AUTHORIZING DEBTORS
TO OBTAIN POSTPETITION SECURED FINANCING, (ii) SCHEDULING A
FINAL HEARING, AND (iii) GRANTING RELATED RELIEF FILED BY TRACY
M. OSTEEN ON BEHALF OF DOUBLE JUMP, INC. [23]; EMERGENCY MOTION
REGARDING CHAPTER 11 FIRST DAY MOTIONS
FOR ENTRY OF INTERIM AND FINAL ORDERS (i) AUTHORIZING THE
RETENTION OF GLASSRATNER ADVISORY & CAPITAL GROUP, LLC TO
PROVIDE CHIEF RESTRUCTURING OFFICER AND CERTAIN ADDITIONAL
PERSONNEL, (ii) DESIGNATING SETH FREEMAN AS DEBTOR'S CHIEF
RESTRUCTURING OFFICER EFFECTIVE AS OF THE PETITION DATE, (iii)
SETTING A FINAL HEARING, AND (iv) GRANTING RELATED RELIEF WITH
PROPOSED ORDER FILED BY TRACY M. OSTEEN ON BEHALF OF DORA DOG
PROPERTIES, LLC [18]; EMERGENCY MOTION REGARDING CHAPTER 11
FIRST DAY MOTIONS FOR ORDER (i)_PROHIBITING UTILITY COMPANIES
FROM ALTERING, REFUSING, OR DISCONTINUING SERVICES AND (ii)
ESTABLISHING PROCEDURES FOR DETERMINING REQUESTS FOR ADDITIONAL
ADEQUATE ASSURANCE OF PAYMENT WITH PROPOSED ORDER FILED BY
TRACY M. OSTEEN ON BEHALF OF DORA DOG PROPERTIES, LLC [17];
EMERGENCY MOTION REGARDING CHAPTER 1 FIRST DAY MOTIONS FOR
ENTRY OF INTERIM AND FINAL ORDERS AUTHORIZING DEBTORS TO (i)
MAINTAIN EXISTING INSURANCE POLICIES AND PAY ALL INSURANCE

OBLIGATIONS ARISING THEREUNDER AND (ii) RENEW, REVISE, EXTEND, SUPPLEMENT, CHANGE, OR ENTER INTO NEW INSURANCE POLICIES WITH PROPOSED ORDER FILED BY TRACY M. OSTEEN ON BEHALF OF DORA DOG PROPERTIES, LLC [19]; EMERGENCY MOTION REGARDING CHAPTER 11 FIRST DAY MOTIONS TO ESTABLISH NOTICE PROCEDURES AND TO LIMIT NOTICE WITH PROPOSED ORDER FILED BY TRACY M. OSTEEN ON BEHALF OF DORA DOG PROPERTIES, LLC [20]; EMERGENCY MOTION REGARDING CHAPTER 11 FIRST DAY MOTIONS TO ESTABLISH NOTICE PROCEDURES AND TO LIMIT NOTICE WITH PROPOSED ORDER FILED BY TRACY M. OSTEEN ON BEHALF OF DORA DOG PROPERTIES, LLC [16]; EMERGENCY MOTION REGARDING CHAPTER 11 FIRST DAY MOTIONS FOR ORDER EXTENDING TIME TO FILE BANKRUPTCY SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS WITH PROPOSED ORDER FILED BY TRACY M. OSTEEN ON BEHALF OF DORA DOG PROPERTIES, LLC [15]; MOTION FOR JOINT ADMINISTRATION 19-50104, 19-50105, 19-50106, 19-50108, 19-50109, 19-50130, 19-50131 WITH LEAD CASE 19-50102 WITH PROPOSED ORDER FILED BY TRACY M. OSTEEN ON BEHALF OF DORA DOG PROPERTIES, LLC [29]; MOTION REGARDING CHAPTER 11 FIRST DAY MOTIONS EMERGENCY MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (i) AUTHORIZING DEBTORS TO OBTAIN POSTPETITION SECURED FINANCING, (ii) SCHEDULING A FINAL HEARING AND (iii) GRANTING RELATED RELIEF FILED BY TRACY M. OSTEEN ON DORA DOG PROPERTIES, LLC [24]; EMERGENCY MOTION REGARDING CHAPTER 11 FIRST DAY MOTIONS FOR ENTRY OF INTERIM AND FINAL ORDERS (i) AUTHORIZING THE RETENTION OF GLASSRATNER ADVISORY & CAPITAL GROUP, LLC TO PROVIDE CHIEF RESTRUCTURING OFFICER AND CERTAIN ADDITIONAL PERSONNEL, (ii) DESIGNATING SETH FREEMAN AS DEBTOR'S CHIEF RESTRUCTURING OFFICER EFFECTIVE AS OF THE PETITION DATE, (iii) SETTING A FINAL HEARING, AND (iv) GRANTING RELATED RELIEF WITH PROPOSED ORDER FILED BY TRACY M. OSTEEN ON BEHALF OF DOG BLUE PROPERTIES, LLC [18]; EMERGENCY MOTION REGARDING CHAPTER 11 FIRST DAY MOTIONS TO ESTABLISH NOTICE PROCEDURES AND TO LIMIT NOTICE WITH PROPOSED ORDER FILED BY TRACY M. OSTEEN ON BEHALF OF DOG BLUE PROPERTIES, LLC [16]; EMERGENCY MOTION REGARDING CHAPTER 1 FIRST DAY MOTIONS FOR ENTRY OF INTERIM AND FINAL ORDERS AUTHORIZING DEBTORS TO (i) MAINTAIN EXISTING INSURANCE POLICIES AND PAY ALL INSURANCE OBLIGATIONS ARISING THEREUNDER AND (ii) RENEW, REVISE, EXTEND, SUPPLEMENT, CHANGE, OR ENTER INTO NEW INSURANCE POLICIES WITH PROPOSED ORDER FILED BY TRACY M. OSTEEN ON BEHALF OF DOG BLUE PROPERTIES, LLC [20]; EMERGENCY MOTION REGARDING CHAPTER 11 FIRST DAY MOTIONS FOR ORDER EXTENDING TIME TO FILE BANKRUPTCY SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS WITH PROPOSED ORDER FILED BY TRACY M. OSTEEN ON BEHALF OF DOG BLUE PROPERTIES, LLC [15]; EMERGENCY MOTION REGARDING CHAPTER 11 FIRST DAY MOTIONS FOR ORDER (i)_PROHIBITING UTILITY COMPANIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICES AND (ii) ESTABLISHING PROCEDURES FOR DETERMINING REQUESTS FOR ADDITIONAL ADEQUATE ASSURANCE OF PAYMENT WITH PROPOSED ORDER FILED BY TRACY M. OSTEEN ON BEHALF OF DOG BLUE PROPERTIES, LLC [17];

TRANSCRIPT OF (CONTINUED):
MOTION FOR JOINT ADMINISTRATION 19-50103, 19-50105, 19-50106,
19-50108, 19-50109, 19-50130, 19-50131 WITH LEAD CASE 19-50102
WITH PROPOSED ORDER FILED BY TRACY M. OSTEEN ON BEHALF OF DOG
BLUE PROPERTIES, LLC [29]; MOTION REGARDING CHAPTER 11 FIRST
DAY MOTIONS EMERGENCY MOTION FOR ENTRY OF INTERIM AND FINAL
ORDERS (i) AUTHORIZING DEBTORS TO OBTAIN POSTPETITION SECURED
FINANCING, (ii) SCHEDULING A FINAL HEARING AND (iii) GRANTING
RELATED RELIEF FILED BY TRACY M. OSTEEN ON DOG BLUE
PROPERTIES, LLC [24]; EMERGENCY MOTION REGARDING CHAPTER 11
FIRST DAY MOTIONS FOR ORDER (i)_PROHIBITING UTILITY COMPANIES
FROM ALTERING, REFUSING, OR DISCONTINUING SERVICES AND (ii)
ESTABLISHING PROCEDURES FOR DETERMINING REQUESTS FOR ADDITIONAL
ADEQUATE ASSURANCE OF PAYMENT WITH PROPOSED ORDER FILED BY
TRACY M. OSTEEN ON BEHALF OF BRANDY BOY PROPERTIES, LLC [17];
EMERGENCY MOTION REGARDING CHAPTER 1 FIRST DAY MOTIONS FOR
ENTRY OF INTERIM AND FINAL ORDERS AUTHORIZING DEBTORS TO (i)
MAINTAIN EXISTING INSURANCE POLICIES AND PAY ALL INSURANCE
OBLIGATIONS ARISING THEREUNDER AND (ii) RENEW, REVISE, EXTEND,
SUPPLEMENT, CHANGE, OR ENTER INTO NEW INSURANCE POLICIES WITH
PROPOSED ORDER FILED BY TRACY M. OSTEEN ON BEHALF OF BRANDY BOY
PROPERTIES, LLC [20]; EMERGENCY MOTION REGARDING CHAPTER 11
FIRST DAY MOTIONS FOR ORDER EXTENDING TIME TO FILE BANKRUPTCY
SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS WITH PROPOSED
ORDER FILED BY TRACY M. OSTEEN ON BEHALF OF BRANDY BOY
PROPERTIES, LLC [15]; EMERGENCY MOTION REGARDING CHAPTER 11
FIRST DAY MOTIONS TO ESTABLISH NOTICE PROCEDURES AND TO LIMIT
NOTICE WITH PROPOSED ORDER FILED BY TRACY M. OSTEEN ON BEHALF
OF DOG BLUE PROPERTIES, LLC [16]; EMERGENCY MOTION REGARDING
CHAPTER 11 FIRST DAY MOTIONS FOR ENTRY OF INTERIM AND FINAL
ORDERS (i) AUTHORIZING THE RETENTION OF GLASSRATNER ADVISORY &
CAPITAL GROUP, LLC TO PROVIDE CHIEF RESTRUCTURING OFFICER AND
CERTAIN ADDITIONAL PERSONNEL, (ii) DESIGNATING SETH FREEMAN AS
DEBTOR'S CHIEF RESTRUCTURING OFFICER EFFECTIVE AS OF THE
PETITION DATE, (iii) SETTING A FINAL HEARING, AND (iv) GRANTING
RELATED RELIEF WITH PROPOSED ORDER FILED BY TRACY M. OSTEEN ON
BEHALF OF BRANDY BOY PROPERTIES, LLC [18]; MOTION FOR JOINT
ADMINISTRATION 19-50103, 19-50104, 19-50105, 19-50106,
19-50108, 19-50109, 19-50130, 19-50131 WITH LEAD CASE 19-50102
WITH PROPOSED ORDER FILED BY TRACY M. OSTEEN ON BEHALF OF
BRANDY BOY PROPERTIES, LLC [32]; MOTION REGARDING CHAPTER 11
FIRST DAY MOTIONS EMERGENCY MOTION FOR ENTRY OF INTERIM AND
FINAL ORDERS (i) AUTHORIZING DEBTORS TO OBTAIN POSTPETITION
SECURED FINANCING, (ii) SCHEDULING A FINAL HEARING AND (iii)
GRANTING RELATED RELIEF FILED BY TRACY M. OSTEEN ON BRANDY BOY
PROPERTIES, LLC [24]; EMERGENCY MOTION REGARDING CHAPTER 11
FIRST DAY MOTIONS FOR ORDER EXTENDING TIME TO FILE BANKRUPTCY
SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS WITH PROPOSED
ORDER FILED BY TRACY M. OSTEEN ON BEHALF OF 475 CHANNEL
ROAD, LLC [16];

TRANSCRIPT OF (CONTINUED):
EMERGENCY MOTION REGARDING CHAPTER 11 FIRST DAY MOTIONS FOR
ORDER (i)_PROHIBITING UTILITY COMPANIES FROM ALTERING,
REFUSING, OR DISCONTINUING SERVICES AND (ii) ESTABLISHING
PROCEDURES FOR DETERMINING REQUESTS FOR ADDITIONAL ADEQUATE
ASSURANCE OF PAYMENT WITH PROPOSED ORDER FILED BY TRACY M.
OSTEEN ON BEHALF OF 475 CHANNEL ROAD, LLC [18]; EMERGENCY
MOTION REGARDING CHAPTER 1 FIRST DAY MOTIONS FOR ENTRY OF
INTERIM AND FINAL ORDERS AUTHORIZING DEBTORS TO (i) MAINTAIN
EXISTING INSURANCE POLICIES AND PAY ALL INSURANCE OBLIGATIONS
ARISING THEREUNDER AND (ii) RENEW, REVISE, EXTEND, SUPPLEMENT,
CHANGE, OR ENTER INTO NEW INSURANCE POLICIES WITH
PROPOSED ORDER FILED BY TRACY M. OSTEEN ON BEHALF OF 475
CHANNEL ROAD, LLC [21]; EMERGENCY MOTION REGARDING CHAPTER 11
FIRST DAY MOTIONS FOR ENTRY OF INTERIM AND FINAL ORDERS (i)
AUTHORIZING THE RETENTION OF GLASSRATNER ADVISORY & CAPITAL
GROUP, LLC TO PROVIDE CHIEF RESTRUCTURING OFFICER AND CERTAIN
ADDITIONAL PERSONNEL, (ii) DESIGNATING SETH FREEMAN AS DEBTOR'S
CHIEF RESTRUCTURING OFFICER EFFECTIVE AS OF THE PETITION DATE,
(iii) SETTING A FINAL HEARING, AND (iv) GRANTING RELATED RELIEF
WITH PROPOSED ORDER FILED BY TRACY M. OSTEEN ON BEHALF OF 475
CHANNEL ROAD, LLC [19]; EMERGENCY MOTION REGARDING CHAPTER 11
FIRST DAY MOTIONS TO ESTABLISH NOTICE PROCEDURES AND TO LIMIT
NOTICE WITH PROPOSED ORDER FILED BY TRACY M. OSTEEN ON BEHALF
OF 475 CHANNEL ROAD, LLC [17]; MOTION FOR JOINT ADMINISTRATION
19-50103, 19-50104, 19-50105, 19-50108, 19-50109, 19-50130,
19-50131 WITH LEAD CASE 19-50102 WITH PROPOSED ORDER FILED BY
TRACY M. OSTEEN ON BEHALF OF 475 CHANNEL ROAD, LLC [33]; MOTION
REGARDING CHAPTER 11 FIRST DAY MOTIONS EMERGENCY MOTION FOR
ENTRY OF INTERIM AND FINAL ORDERS (i) AUTHORIZING DEBTORS TO
OBTAIN POSTPETITION SECURED FINANCING, (ii) SCHEDULING A FINAL
HEARING AND (iii) GRANTING RELATED RELIEF FILED BY TRACY M.
OSTEEN ON 475 CHANNEL ROAD, LLC [25]; EMERGENCY MOTION
REGARDING CHAPTER 11 FIRST DAY MOTIONS TO ESTABLISH NOTICE
PROCEDURES AND TO LIMIT NOTICE WITH PROPOSED ORDER FILED BY
TRACY M. OSTEEN ON BEHALF OF PARK ROAD, LLC [16]; EMERGENCY
MOTION REGARDING CHAPTER 11 FIRST DAY MOTIONS FOR ORDER
(i)_PROHIBITING UTILITY COMPANIES FROM ALTERING, REFUSING, OR
DISCONTINUING SERVICES AND (ii) ESTABLISHING PROCEDURES FOR
DETERMINING REQUESTS FOR ADDITIONAL ADEQUATE ASSURANCE OF
PAYMENT WITH PROPOSED ORDER FILED BY TRACY M. OSTEEN ON BEHALF
OF PARK ROAD, LLC [17]; EMERGENCY MOTION REGARDING CHAPTER 11
FIRST DAY MOTIONS FOR ENTRY OF INTERIM AND FINAL ORDERS (i)
AUTHORIZING THE RETENTION OF GLASSRATNER ADVISORY & CAPITAL
GROUP, LLC TO PROVIDE CHIEF RESTRUCTURING OFFICER AND CERTAIN
ADDITIONAL PERSONNEL, (ii) DESIGNATING SETH FREEMAN AS DEBTOR'S
CHIEF RESTRUCTURING OFFICER EFFECTIVE AS OF THE PETITION DATE,
(iii) SETTING A FINAL HEARING, AND (iv) GRANTING RELATED RELIEF
WITH PROPOSED ORDER FILED BY TRACY M. OSTEEN ON BEHALF OF PARK
ROAD, LLC [18];

(TRANSCRIPT OF (CONTINUED):
EMERGENCY MOTION REGARDING CHAPTER 11 FIRST DAY MOTIONS FOR
ORDER EXTENDING TIME TO FILE BANKRUPTCY SCHEDULES AND STATEMENT
OF FINANCIAL AFFAIRS WITH PROPOSED ORDER FILED BY TRACY M.
OSTEEN ON BEHALF OF PARK ROAD, LLC [15]; EMERGENCY MOTION
REGARDING CHAPTER 1 FIRST DAY MOTIONS FOR ENTRY OF INTERIM AND
FINAL ORDERS AUTHORIZING DEBTORS TO (i) MAINTAIN EXISTING
INSURANCE POLICIES AND PAY ALL INSURANCE OBLIGATIONS ARISING
THEREUNDER AND (ii) RENEW, REVISE, EXTEND, SUPPLEMENT, CHANGE,
OR ENTER INTO NEW INSURANCE POLICIES WITH
PROPOSED ORDER FILED BY TRACY M. OSTEEN ON BEHALF OF PARK
ROAD, LLC [20]; MOTION FOR JOINT ADMINISTRATION 19-50102,
19-50103, 19-50104, 19-50105, 19-50106, 19-50109, 19-50130,
19-50131 WITH LEAD CASE 19-50102 WITH PROPOSED ORDER FILED BY
TRACY M. OSTEEN ON BEHALF OF PARK ROAD, LLC [32]; MOTION
REGARDING CHAPTER 11 FIRST DAY MOTIONS EMERGENCY MOTION FOR
ENTRY OF INTERIM AND FINAL ORDERS (i) AUTHORIZING DEBTORS TO
OBTAIN POSTPETITION SECURED FINANCING, (ii) SCHEDULING A FINAL
HEARING AND (iii) GRANTING RELATED RELIEF FILED BY TRACY M.
OSTEEN ON PARK ROAD, LLC [24]; EMERGENCY MOTION REGARDING
CHAPTER 11 FIRST DAY MOTIONS FOR ORDER EXTENDING TIME TO FILE
BANKRUPTCY SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS WITH
PROPOSED ORDER FILED BY TRACY M. OSTEEN ON BEHALF OF 140 MASON
CIRCLE, LLC [13]; EMERGENCY MOTION REGARDING CHAPTER 11 FIRST
DAY MOTIONS FOR ENTRY OF INTERIM AND FINAL ORDERS (i)
AUTHORIZING THE RETENTION OF GLASSRATNER ADVISORY & CAPITAL
GROUP, LLC TO PROVIDE CHIEF RESTRUCTURING OFFICER AND CERTAIN
ADDITIONAL PERSONNEL, (ii) DESIGNATING SETH FREEMAN AS DEBTOR'S
CHIEF RESTRUCTURING OFFICER EFFECTIVE AS OF THE PETITION DATE,
(iii) SETTING A FINAL HEARING, AND (iv) GRANTING RELATED RELIEF
WITH PROPOSED ORDER FILED BY TRACY M. OSTEEN ON BEHALF OF 140
MASON CIRCLE, LLC [16]; EMERGENCY MOTION REGARDING CHAPTER 11
FIRST DAY MOTIONS TO ESTABLISH NOTICE PROCEDURES AND TO LIMIT
NOTICE WITH PROPOSED ORDER FILED BY TRACY M. OSTEEN ON BEHALF
OF 140 MASON CIRCLE, LLC [14]; EMERGENCY MOTION REGARDING
CHAPTER 11 FIRST DAY MOTIONS FOR ORDER (i)_PROHIBITING UTILITY
COMPANIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICES
AND (ii) ESTABLISHING PROCEDURES FOR DETERMINING REQUESTS FOR
ADDITIONAL ADEQUATE ASSURANCE OF PAYMENT WITH PROPOSED ORDER
FILED BY TRACY M. OSTEEN ON BEHALF OF 140 MASON
CIRCLE, LLC [15]; EMERGENCY MOTION REGARDING CHAPTER 1 FIRST
DAY MOTIONS FOR ENTRY OF INTERIM AND FINAL ORDERS AUTHORIZING
DEBTORS TO (i) MAINTAIN EXISTING INSURANCE POLICIES AND PAY ALL
INSURANCE OBLIGATIONS ARISING THEREUNDER AND (ii) RENEW,
REVISE, EXTEND, SUPPLEMENT, CHANGE, OR ENTER INTO NEW INSURANCE
POLICIES WITH PROPOSED ORDER FILED BY TRACY M. OSTEEN ON BEHALF
OF 140 MASON CIRCLE, LLC [18]; MOTION FOR JOINT ADMINISTRATION
19-50102, 19-50103, 19-50104, 19-50105, 19-50106, 19-50108,
19-50130, 19-50131 WITH LEAD CASE 19-50102 WITH PROPOSED ORDER
FILED BY TRACY M. OSTEEN ON BEHALF OF PARK ROAD, LLC [30]

TRANSCRIPT OF (CONTINUED):
MOTION REGARDING CHAPTER 11 FIRST DAY MOTIONS EMERGENCY MOTION
FOR ENTRY OF INTERIM AND FINAL ORDERS (i) AUTHORIZING DEBTORS
TO OBTAIN POSTPETITION SECURED FINANCING, (ii) SCHEDULING A
FINAL HEARING AND (iii) GRANTING RELATED RELIEF FILED BY
TRACY M. OSTEEN ON 140 MASON CIRCLE, LLC [22]; EMERGENCY MOTION
REGARDING CHAPTER 1 FIRST DAY MOTIONS FOR ENTRY OF INTERIM AND
FINAL ORDERS AUTHORIZING DEBTORS TO (i) MAINTAIN EXISTING
INSURANCE POLICIES AND PAY ALL INSURANCE OBLIGATIONS ARISING
THEREUNDER AND (ii) RENEW, REVISE, EXTEND, SUPPLEMENT, CHANGE,
OR ENTER INTO NEW INSURANCE POLICIES WITH PROPOSED ORDER FILED
BY TRACY M. OSTEEN ON BEHALF OF DC SOLAR SOLUTIONS, INC. [15];
EMERGENCY MOTION REGARDING CHAPTER 11 FIRST DAY MOTIONS FOR
ORDER EXTENDING TIME TO FILE BANKRUPTCY SCHEDULES AND STATEMENT
OF FINANCIAL AFFAIRS WITH PROPOSED ORDER FILED BY TRACY M.
OSTEEN ON BEHALF OF DC SOLAR SOLUTIONS, INC. [10]; EMERGENCY
MOTION REGARDING CHAPTER 11 FIRST DAY MOTIONS TO ESTABLISH
NOTICE PROCEDURES AND TO LIMIT NOTICE WITH PROPOSED ORDER FILED
BY TRACY M. OSTEEN ON BEHALF OF DC SOLAR SOLUTIONS, INC. [11];
EMERGENCY MOTION REGARDING CHAPTER 11 FIRST DAY MOTIONS FOR
ORDER (i)_PROHIBITING UTILITY COMPANIES FROM ALTERING,
REFUSING, OR DISCONTINUING SERVICES AND (ii) ESTABLISHING
PROCEDURES FOR DETERMINING REQUESTS FOR ADDITIONAL ADEQUATE
ASSURANCE OF PAYMENT WITH PROPOSED ORDER FILED BY TRACY M.
OSTEEN ON BEHALF OF DC SOLAR SOLUTIONS, INC. [12]; EMERGENCY
MOTION REGARDING CHAPTER 11 FIRST DAY MOTIONS FOR ENTRY OF
INTERIM AND FINAL ORDERS (i) AUTHORIZING THE RETENTION OF
GLASSRATNER ADVISORY & CAPITAL GROUP, LLC TO PROVIDE CHIEF
RESTRUCTURING OFFICER AND CERTAIN ADDITIONAL PERSONNEL,
(ii) DESIGNATING SETH FREEMAN AS DEBTOR'S CHIEF RESTRUCTURING
OFFICER EFFECTIVE AS OF THE PETITION DATE, (iii) SETTING A
FINAL HEARING, AND (iv) GRANTING RELATED RELIEF WITH PROPOSED
ORDER FILED BY TRACY M. OSTEEN ON BEHALF OF DC SOLAR SOLUTIONS,
INC. [13];  MOTION FOR JOINT ADMINISTRATION 19-50103, 19-50104,
19-50105, 19-50106, 19-50108, 19-50109, 19-50131 WITH LEAD CASE
19-50102 WITH PROPOSED ORDER FILED BY TRACY M. OSTEEN ON BEHALF
OF DC SOLAR SOLUTIONS, LLC [23]; MOTION REGARDING CHAPTER 11
FIRST DAY MOTIONS EMERGENCY MOTION FOR ENTRY OF INTERIM AND
FINAL ORDERS (i) AUTHORIZING DEBTORS TO OBTAIN POSTPETITION
SECURED FINANCING, (ii) SCHEDULING A FINAL HEARING AND (iii)
GRANTING RELATED RELIEF FILED BY TRACY M. OSTEEN ON DC SOLAR
SOLUTIONS, INC. [19]; EMERGENCY MOTION REGARDING CHAPTER 11
FIRST DAY MOTIONS FOR ENTRY OF INTERIM AND FINAL ORDERS (i)
AUTHORIZING THE RETENTION OF GLASSRATNER ADVISORY & CAPITAL
GROUP, LLC TO PROVIDE CHIEF RESTRUCTURING OFFICER AND CERTAIN
ADDITIONAL PERSONNEL, (ii) DESIGNATING SETH FREEMAN AS DEBTOR'S
CHIEF RESTRUCTURING OFFICER EFFECTIVE AS OF THE PETITION DATE,
(iii) SETTING A FINAL HEARING, AND (iv) GRANTING RELATED RELIEF
WITH PROPOSED ORDER FILED BY TRACY M. OSTEEN ON BEHALF OF DC
SOLAR DISTRIBUTION, INC. [12];

TRANSCRIPT OF (CONTINUED):
EMERGENCY MOTION REGARDING CHAPTER 11 FIRST DAY MOTIONS FOR
ORDER (i)_PROHIBITING UTILITY COMPANIES FROM ALTERING,
REFUSING, OR DISCONTINUING SERVICES AND (ii) ESTABLISHING
PROCEDURES FOR DETERMINING REQUESTS FOR ADDITIONAL ADEQUATE
ASSURANCE OF PAYMENT WITH PROPOSED ORDER FILED BY TRACY M.
OSTEEN ON BEHALF OF DC SOLAR DISTRIBUTION, INC. [11]; EMERGENCY
MOTION REGARDING CHAPTER 11 FIRST DAY MOTIONS TO ESTABLISH
NOTICE PROCEDURES AND TO LIMIT NOTICE WITH PROPOSED ORDER FILED
BY TRACY M. OSTEEN ON BEHALF OF DC SOLAR DISTRIBUTION, INC.
[10]; EMERGENCY MOTION REGARDING CHAPTER 1 FIRST DAY MOTIONS
FOR ENTRY OF INTERIM AND FINAL ORDERS AUTHORIZING DEBTORS TO
(i) MAINTAIN EXISTING INSURANCE POLICIES AND PAY ALL INSURANCE
OBLIGATIONS ARISING THEREUNDER AND (ii) RENEW, REVISE, EXTEND,
SUPPLEMENT, CHANGE, OR ENTER INTO NEW INSURANCE POLICIES WITH
PROPOSED ORDER FILED BY TRACY M. OSTEEN ON BEHALF OF DC SOLAR
DISTRIBUTION, INC. [14]; EMERGENCY MOTION REGARDING CHAPTER 11
FIRST DAY MOTIONS FOR ORDER EXTENDING TIME TO FILE BANKRUPTCY
SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS WITH PROPOSED
ORDER FILED BY TRACY M. OSTEEN ON BEHALF OF DC SOLAR
DISTRIBUTION, INC. [9]; MOTION FOR JOINT ADMINISTRATION
19-50103, 19-50104, 19-50105, 19-50106, 19-50108, 19-50109,
19-50130 WITH LEAD CASE 19-50102 WITH PROPOSED ORDER FILED BY
TRACY M. OSTEEN ON BEHALF OF DC SOLAR DISTRIBUTION, LLC [22];
MOTION REGARDING CHAPTER 11 FIRST DAY MOTIONS EMERGENCY MOTION
FOR ENTRY OF INTERIM AND FINAL ORDERS (i) AUTHORIZING DEBTORS
TO OBTAIN POSTPETITION SECURED FINANCING, (ii) SCHEDULING A
FINAL HEARING AND (iii) GRANTING RELATED RELIEF FILED BY
TRACY M. OSTEEN ON DC SOLAR DISTRIBUTION, INC. [18]; EMERGENCY
MOTION REGARDING CHAPTER 11 FIRST DAY MOTIONS FOR ORDER
(i)_PROHIBITING UTILITY COMPANIES FROM ALTERING, REFUSING, OR
DISCONTINUING SERVICES AND (ii) ESTABLISHING PROCEDURES FOR
DETERMINING REQUESTS FOR ADDITIONAL ADEQUATE ASSURANCE OF
PAYMENT WITH PROPOSED ORDER FILED BY TRACY M. OSTEEN ON BEHALF
OF DC SOLAR FREEDOM, INC. [12]; EMERGENCY MOTION REGARDING
CHAPTER 11 FIRST DAY MOTIONS FOR ENTRY OF INTERIM AND FINAL
ORDERS (i) AUTHORIZING THE RETENTION OF GLASSRATNER ADVISORY &
CAPITAL GROUP, LLC TO PROVIDE CHIEF RESTRUCTURING OFFICER AND
CERTAIN ADDITIONAL PERSONNEL, (ii) DESIGNATING SETH FREEMAN AS
DEBTOR'S CHIEF RESTRUCTURING OFFICER EFFECTIVE AS OF THE
PETITION DATE, (iii) SETTING A FINAL HEARING, AND (iv) GRANTING
RELATED RELIEF WITH PROPOSED ORDER FILED BY TRACY M. OSTEEN ON
BEHALF OF DC SOLAR FREEDOM, INC. [13]; EMERGENCY MOTION
REGARDING CHAPTER 11 FIRST DAY MOTIONS TO ESTABLISH NOTICE
PROCEDURES AND TO LIMIT NOTICE WITH PROPOSED ORDER FILED BY
TRACY M. OSTEEN ON BEHALF OF DC SOLAR FREEDOM, INC. [11];
EMERGENCY MOTION REGARDING CHAPTER 11 FIRST DAY MOTIONS FOR
ORDER EXTENDING TIME TO FILE BANKRUPTCY SCHEDULES AND STATEMENT
OF FINANCIAL AFFAIRS WITH PROPOSED ORDER FILED BY TRACY M.
OSTEEN ON BEHALF OF DC SOLAR FREEDOM, INC. [10];

```
                 TRANSCRIPT OF (CONTINUED):
   EMERGENCY MOTION REGARDING CHAPTER 1 FIRST DAY MOTIONS FOR
  ENTRY OF INTERIM AND FINAL ORDERS AUTHORIZING DEBTORS TO (i)
    MAINTAIN EXISTING INSURANCE POLICIES AND PAY ALL INSURANCE
 OBLIGATIONS ARISING THEREUNDER AND (ii) RENEW, REVISE, EXTEND,
  SUPPLEMENT, CHANGE, OR ENTER INTO NEW INSURANCE POLICIES WITH
   PROPOSED ORDER FILED BY TRACY M. OSTEEN ON BEHALF OF DC SOLAR
     FREEDOM, INC. [15]; MOTION REGARDING CHAPTER 11 FIRST DAY
  MOTIONS EMERGENCY MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS
      (i) AUTHORIZING DEBTORS TO OBTAIN POSTPETITION SECURED
   FINANCING, (ii) SCHEDULING A FINAL HEARING AND (iii) GRANTING
     RELATED RELIEF FILED BY TRACY M. OSTEEN ON DC SOLAR
   FREEDOM, INC. [16]; MOTION FOR JOINT ADMINISTRATION 19-50103,
    19-50104, 19-50105, 19-50106, 19-50108, 19-50109, 19-50130,
   19-50131 WITH LEAD CASE 19-50102 WITH PROPOSED ORDER FILED BY
     TRACY M. OSTEEN ON BEHALF OF DC SOLAR FREEDOM, LLC [26]


APPEARANCES (Continued):

For the Debtors:        Clark Hill PLLC
                        By:  CANDACE C. CARLYON, ESQ.
                             TRACY M. O'STEEN, ESQ.
                        3800 Howard Hughes Parkway, Suite 500
                        Las Vegas, NV 89169
                        (702) 862-8300

                        Skadden Arps Slate Meagher & Flom
                        By:  VAN C. DURRER, II, ESQ.
                             ANNIE Z. LI, ESQ.
                        300 South Grand Avenue, Suite 3400
                        Los Angeles, CA 90071
                        (213) 687-5200

                        Skadden Arps Slate Meagher & Flom
                        By:  ARMANDO GOMEZ, ESQ.
                        1440 New York Avenue Northwest
                        Washington, D.C. 20005
                        (202) 371-7868

For ISM Connect:        Mushkin Cica Coppedge
                        By:  DAWN M. CICA, ESQ.
                        4495 South Pecos
                        Las Vegas, NV 89121
                        (702) 767-7678

For Hancock Whitney     Kaempfer Crowell
Equipment Finance and   By:  LOUIS M. BUBALA, III, ESQ.
Leasing, LLC:           50 West Liberty Street, Suite 700
                        Reno, NV 89501
                        (775) 852-3900
```

```
                    UNITED STATES BANKRUPTCY COURT
                      DISTRICT OF NEVADA (RENO)


                                    .   Case No.  19-50102-btb
IN RE:                              .
                                    .   Chapter 11
DOUBLE JUMP, INC.,                  .
                                    .
                                    .
               Debtor.              .
. . . . . . . . . . . . . . .       .
                                    .   Case No.  19-50104-btb
IN RE:                              .
                                    .   Chapter 11
DOG BLUE PROPERTIES, LLC,           .
                                    .
                                    .
               Debtor.              .
. . . . . . . . . . . . . . .       .
                                    .   Case No.  19-50105-btb
IN RE:                              .
                                    .   Chapter 11
BRANDY BOY PROPERTIES, LLC,         .
                                    .
                                    .
               Debtor.              .
. . . . . . . . . . . . . . .       .
                                    .   Case No.  19-50106-btb
IN RE:                              .
                                    .   Chapter 11
475 CHANNEL ROAD, LLC,              .
                                    .
                                    .
               Debtor.              .
. . . . . . . . . . . . . . .       .
                                    .   Case No.  19-50108-btb
IN RE:                              .
                                    .   Chapter 11
PARK ROAD, LLC,                     .
                                    .
                                    .
               Debtor.              .
. . . . . . . . . . . . . . .       .
                                    .   Case No.  19-50109-btb
IN RE:                              .
                                    .   Chapter 11
140 MASON CIRCLE, LLC,              .
                                    .
               Debtor.              .
. . . . . . . . . . . . . . .       .
```

```
                                  .   Case No.  19-50130-btb
IN RE:                            .
                                  .   Chapter 11
DC SOLAR SOLUTIONS, INC.,         .
                                  .
                                  .
              Debtor.             .
. . . . . . . . . . . . . . . .   .
                                  .   Case No.  19-50131-btb
IN RE:                            .
                                  .   Chapter 11
DC SOLAR DISTRIBUTION, INC.,.
                                  .
              Debtor.             .
. . . . . . . . . . . . . . . .   .
                                  .   Case No.  19-50135-btb
IN RE:                            .
                                  .   Chapter 11
DC SOLAR FREEDOM, INC.,           .
                                  .   300 Booth Street
                                  .   Reno, NV  89509
              Debtor.             .
                                  .   Friday, February 8, 2019
. . . . . . . . . . . . . . . .   10:34 a.m.
```

TRANSCRIPT OF EMERGENCY MOTION REGARDING CHAPTER 11 FIRST DAY
MOTIONS FOR ORDER EXTENDING TIME TO FILE BANKRUPTCY SCHEDULES
AND STATEMENT OF FINANCIAL AFFAIRS WITH PROPOSED ORDER FILED BY
TRACY M. OSTEEN ON BEHALF OF DOUBLE JUMP, INC. [14]
(CONTINUED)
BEFORE THE HONORABLE BRUCE T. BEESLEY
UNITED STATES BANKRUPTCY COURT JUDGE


APPEARANCES CONTINUED.

Audio Operator:          Illuminada Starzyk, ECR

Transcription Company:   Access Transcripts, LLC
                         10110 Youngwood Lane
                         Fishers, IN 46038
                         (855) 873-2223
                         www.accesstranscripts.com

Proceedings recorded by electronic sound recording,
transcript produced by transcription service.



ACCESS TRANSCRIPTS, LLC          1-855-USE-ACCESS (873-2223)

TRANSCRIPT OF (CONTINUED):
EMERGENCY MOTION REGARDING CHAPTER 11 FIRST DAY MOTIONS
FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING THE
RETENTION OF GLASSRATNER ADVISORY & CAPITAL GROUP, LLC TO
PROVIDE CHIEF RESTRUCTURING OFFICER AND CERTAIN ADDITIONAL
PERSONNEL, (ii) DESIGNATING SETH FREEMAN AS DEBTOR'S CHIEF
RESTRUCTURING OFFICER EFFECTIVE AS OF THE PETITION DATE, (iii)
SETTING A FINAL HEARING, AND (iv) GRANTING RELATED RELIEF WITH
PROPOSED ORDER FILED BY TRACY M. OSTEEN ON BEHALF OF DOUBLE
JUMP, INC. [17]; EMERGENCY MOTION REGARDING CHAPTER 11 FIRST
DAY MOTIONS FOR ORDER (i)_PROHIBITING UTILITY COMPANIES FROM
ALTERING, REFUSING, OR DISCONTINUING SERVICES AND (ii)
ESTABLISHING PROCEDURES FOR DETERMINING REQUESTS FOR ADDITIONAL
ADEQUATE ASSURANCE OF PAYMENT WITH PROPOSED ORDER FILED BY
TRACY M. OSTEEN ON BEHALF OF DOUBLE JUMP, INC. [16]; EMERGENCY
MOTION REGARDING CHAPTER 1 FIRST DAY MOTIONS FOR ENTRY OF
INTERIM AND FINAL ORDERS AUTHORIZING DEBTORS TO (i) MAINTAIN
EXISTING INSURANCE POLICIES AND PAY ALL INSURANCE OBLIGATIONS
ARISING THEREUNDER AND (ii) RENEW, REVISE, EXTEND, SUPPLEMENT,
CHANGE, OR ENTER INTO NEW INSURANCE POLICIES WITH
PROPOSED ORDER FILED BY TRACY M. OSTEEN ON BEHALF OF DOUBLE
JUMP, INC. [19]; EMERGENCY MOTION REGARDING CHAPTER 11 FIRST
DAY MOTIONS TO ESTABLISH NOTICE PROCEDURES AND TO LIMIT NOTICE
WITH PROPOSED ORDER FILED BY TRACY M. OSTEEN ON BEHALF OF
DOUBLE JUMP, INC. [15]; MOTION FOR JOINT ADMINISTRATION
19-50103, 19-50104, 19-50105, 19-50106, 19-50108, 19-50109,
19-50130, 19-50131 WITH LEAD CASE 19-50102 WITH PROPOSED ORDER
FILED BY TRACY M. OSTEEN ON BEHALF OF DOUBLE JUMP, INC. [28];
MOTION REGARDING CHAPTER 11 FIRST DAY MOTIONS EMERGENCY MOTION
FOR ENTRY OF INTERIM AND FINAL ORDERS (i) AUTHORIZING DEBTORS
TO OBTAIN POSTPETITION SECURED FINANCING, (ii) SCHEDULING A
FINAL HEARING, AND (iii) GRANTING RELATED RELIEF FILED BY TRACY
M. OSTEEN ON BEHALF OF DOUBLE JUMP, INC. [23]; EMERGENCY MOTION
REGARDING CHAPTER 11 FIRST DAY MOTIONS
FOR ENTRY OF INTERIM AND FINAL ORDERS (i) AUTHORIZING THE
RETENTION OF GLASSRATNER ADVISORY & CAPITAL GROUP, LLC TO
PROVIDE CHIEF RESTRUCTURING OFFICER AND CERTAIN ADDITIONAL
PERSONNEL, (ii) DESIGNATING SETH FREEMAN AS DEBTOR'S CHIEF
RESTRUCTURING OFFICER EFFECTIVE AS OF THE PETITION DATE, (iii)
SETTING A FINAL HEARING, AND (iv) GRANTING RELATED RELIEF WITH
PROPOSED ORDER FILED BY TRACY M. OSTEEN ON BEHALF OF DORA DOG
PROPERTIES, LLC [18]; EMERGENCY MOTION REGARDING CHAPTER 11
FIRST DAY MOTIONS FOR ORDER (i)_PROHIBITING UTILITY COMPANIES
FROM ALTERING, REFUSING, OR DISCONTINUING SERVICES AND (ii)
ESTABLISHING PROCEDURES FOR DETERMINING REQUESTS FOR ADDITIONAL
ADEQUATE ASSURANCE OF PAYMENT WITH PROPOSED ORDER FILED BY
TRACY M. OSTEEN ON BEHALF OF DORA DOG PROPERTIES, LLC [17];
EMERGENCY MOTION REGARDING CHAPTER 1 FIRST DAY MOTIONS FOR
ENTRY OF INTERIM AND FINAL ORDERS AUTHORIZING DEBTORS TO (i)
MAINTAIN EXISTING INSURANCE POLICIES AND PAY ALL INSURANCE

```
                   TRANSCRIPT OF (CONTINUED):
     EMERGENCY MOTION REGARDING CHAPTER 1 FIRST DAY MOTIONS FOR
    ENTRY OF INTERIM AND FINAL ORDERS AUTHORIZING DEBTORS TO (i)
      MAINTAIN EXISTING INSURANCE POLICIES AND PAY ALL INSURANCE
    OBLIGATIONS ARISING THEREUNDER AND (ii) RENEW, REVISE, EXTEND,
    SUPPLEMENT, CHANGE, OR ENTER INTO NEW INSURANCE POLICIES WITH
     PROPOSED ORDER FILED BY TRACY M. OSTEEN ON BEHALF OF DC SOLAR
       FREEDOM, INC. [15]; MOTION REGARDING CHAPTER 11 FIRST DAY
     MOTIONS EMERGENCY MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS
          (i) AUTHORIZING DEBTORS TO OBTAIN POSTPETITION SECURED
      FINANCING, (ii) SCHEDULING A FINAL HEARING AND (iii) GRANTING
         RELATED RELIEF FILED BY TRACY M. OSTEEN ON DC SOLAR
      FREEDOM, INC. [16]; MOTION FOR JOINT ADMINISTRATION 19-50103,
      19-50104, 19-50105, 19-50106, 19-50108, 19-50109, 19-50130,
      19-50131 WITH LEAD CASE 19-50102 WITH PROPOSED ORDER FILED BY
        TRACY M. OSTEEN ON BEHALF OF DC SOLAR FREEDOM, LLC [26]


APPEARANCES (Continued):

For the Debtors:          Clark Hill PLLC
                          By:  CANDACE C. CARLYON, ESQ.
                               TRACY M. O'STEEN, ESQ.
                          3800 Howard Hughes Parkway, Suite 500
                          Las Vegas, NV 89169
                          (702) 862-8300

                          Skadden Arps Slate Meagher & Flom
                          By:  VAN C. DURRER, II, ESQ.
                               ANNIE Z. LI, ESQ.
                          300 South Grand Avenue, Suite 3400
                          Los Angeles, CA 90071
                          (213) 687-5200

                          Skadden Arps Slate Meagher & Flom
                          By:  ARMANDO GOMEZ, ESQ.
                          1440 New York Avenue Northwest
                          Washington, D.C. 20005
                          (202) 371-7868

For ISM Connect:          Mushkin Cica Coppedge
                          By:  DAWN M. CICA, ESQ.
                          4495 South Pecos
                          Las Vegas, NV 89121
                          (702) 767-7678

For Hancock Whitney       Kaempfer Crowell
Equipment Finance and     By:  LOUIS M. BUBALA, III, ESQ.
Leasing, LLC:             50 West Liberty Street, Suite 700
                          Reno, NV 89501
                          (775) 852-3900
```

```
APPEARANCES (Continued):

For the United States      Office of the U.S. Attorney
of America:                By:  GREG ADDINGTON, ESQ.
                           400 South Virginia Street, Suite 900
                           Reno, NV 89501
                           (775) 784-5438

                           Office of the U.S. Attorney
                           By:  ANDRE ESPINOSA, ESQ.
                                KEVIN KHASIGIAN, ESQ.
                           501 I Street, Suite 10-100
                           Sacramento, CA. 95814
                           (916) 554-2700

                           U.S. Securities & Exchange Commission
                           By:  NEAL JACOBSON, ESQ.
                           200 Vesey Street, Suite 400
                           New York, NY 10281
                           (212) 336-1100

For Solarmore Management   Snell & Wilmer, LLP
Services, Inc.:            By:  NATHAN G. KANUTE, ESQ.
                           50 West Liberty Street, Suite 510
                           Reno, NV 89501
                           (775) 785-5419

For BH Capital             Brownstein Hyatt Farber Schreck, LLP
Ventures, LLC:             By:  SAMUEL A. SCHWARTZ, ESQ.
                           100 North City Parkway, Suite 1600
                           Las Vegas, NV 89106
                           (702) 802-2218

                           Bryan Cave
                           By:  SHARON Z. WEISS, ESQ.
                           120 Broadway, Suite 300
                           Santa Monica, CA 90401
                           (310) 576-2276

For MetaBank:              Dickinson Wright
                           By:  BRIAN R. IRVINE, ESQ.
                           100 West Liberty Street, Suite 940
                           Reno, NV 89501
                           (775) 343-7500

For International          Barnes & Thornburg, LLP
Speedway Corporation:      By:  ALI M. M. MOJDEHI, ESQ.
                           655 West Broadway, Suite 900
                           San Diego, CA 92101
                           (619) 321-5001
```

```
APPEARANCES (Continued):

For Exide Technologies:    Fox Rothschild, LLP
                           By:  BRETT A. AXELROD, ESQ.
                           1980 Festival Plaza Drive, Suite 700
                           Las Vegas, NV 89135
                           (702) 262-6899

For China Trust Bank       Brutzkus Gubner
Corporation:               By:  STEVEN T. GUBNER, ESQ.
                           4475 South Pecos Road
                           Las Vegas, NV 89121
                           (866) 324-4529

For the United States      Office of the U.S. Trustee
Trustee:                   By:  CAMERON M. GULDEN, ESQ.
                           300 Booth Street, #3009
                           Reno, NV 89509
                           (775) 784-5335

                           Office of the U.S. Trustee
                           By:  TIMOTHY S. LAFFREDI, ESQ.
                           450 Golden Gate Avenue, 5th Floor
                           Suite 05-0153
                           San Francisco, CA 94102
                           (415) 705-3333


TELEPHONIC APPEARANCES:

For Exide Technologies:    Fox Rothschild, LLP
                           By:  ALLEN J. GUON, ESQ.
                           321 North Clark Street, Suite 800
                           Chicago, IL 60654
                           (312) 980-3806

For the United States      Office of the U.S. Trustee
Trustee:                   By:  EDWARD M. MCDONALD, JR., ESQ.
                           300 Las Vegas Boulevard South
                           Suite 4300
                           Las Vegas, NV 89101
                           (702) 388-6600

For Fallbrook Energy       Kolesar & Leatham
Investments:               By:  JAMES PATRICK SHEA, ESQ.
                           400 S. Rampart Boulevard, Suite 400
                           Las Vegas, NV 89145
                           (702) 362-7800
```

TELEPHONIC APPEARANCES (Continued:)

```
For Majestic Partners,     Ballard Spahr, LLP
III:                       By:  MICHAEL DiGIACOMO, ESQ.
                           1 East Washington Street, Suite 2300
                           Phoenix, AZ 85004-2555
                           (602) 798-5505


For Heritage Bank:         Buchalter, APC
                           By:  DANIEL H. SLATE, ESQ.
                           1000 Wilshire Boulevard, Suite 1500
                           Los Angeles, CA 90017-1730
                           (213) 891-5444


For SolarSense             Holley Driggs Walch Fine Puzez Stein
DCS I, LLC:                  & Thompson
                           By:  RICHARD F. HOLLEY, ESQ.
                           400 South Fourth Street, Third Floor
                           Las Vegas, NV 89101
                           (702) 791-0308


For Hancock Whitney        Carver Darden Koretzky Terrier Finn
Equipment Financing and    By:  DAVID WAGUESPACK, ESQ.
Leasing, LLC:              1100 Paydras Street, Suite 3100
                           New Orleans, LA 70163
                           (504) 585-3814
```

1       (Proceedings commence at 11:57 a.m.)

2               THE COURT:  Good morning.  Please be seated.

3               UNIDENTIFIED:  Morning, Your Honor.

4               UNIDENTIFIED:  Good morning.

5               THE COURT:  Morning.  This is a number of cases filed

6   by Ms. Carlyon.  The first one is <u>Double Jump, Inc.</u>.  Let me --

7   hold on here.  Let me read off the names of the cases that

8   we're hearing.  First, I've got <u>Dora Dog Properties, LLC</u>, case

9   number 19-50103, <u>Blue Dog Properties, LLC</u>, 19-50104, <u>Brandy Boy</u>

10  <u>Properties, LLC</u>, 19-50105, <u>475 Channel Road</u>, 19-50106,

11  <u>Park Road</u>, 19-50108, <u>140 Mason Circle, LLC</u>, 19-50109, <u>DC Solar</u>

12  <u>Solutions, Inc.</u>, 19-50130, and finally, <u>DC Solar Distributions,</u>

13  <u>Inc.</u>, 19-50131.

14              Is that the complete list of the cases?

15              MS. CARLYON:  Your Honor, there is one more.  It's <u>DC</u>

16  <u>Solar Freedom, Inc.</u>, case number 19-50135.

17              THE COURT:  Apologize for missing that.  I don't

18  think it's on my list anyway.

19              So appearances in court.

20              MS. CARLYON:  Good morning, Your Honor, and thank you

21  so much for hearing us today.  Candace Carlyon and Tracy

22  O'Steen of Clark Hill on behalf of the debtors.  Also in the

23  courtroom on behalf of the debtors are Van Durrer and Annie Li

24  from the Skadden firm.

25              MR. DURRER:  Good morning, Your Honor.

```
APPEARANCES (Continued):

For the United States     Office of the U.S. Attorney
of America:               By:  GREG ADDINGTON, ESQ.
                          400 South Virginia Street, Suite 900
                          Reno, NV 89501
                          (775) 784-5438

                          Office of the U.S. Attorney
                          By:  ANDRE ESPINOSA, ESQ.
                               KEVIN KHASIGIAN, ESQ.
                          501 I Street, Suite 10-100
                          Sacramento, CA. 95814
                          (916) 554-2700

                          U.S. Securities & Exchange Commission
                          By:  NEAL JACOBSON, ESQ.
                          200 Vesey Street, Suite 400
                          New York, NY 10281
                          (212) 336-1100

For Solarmore Management  Snell & Wilmer, LLP
Services, Inc.:           By:  NATHAN G. KANUTE, ESQ.
                          50 West Liberty Street, Suite 510
                          Reno, NV 89501
                          (775) 785-5419

For BH Capital            Brownstein Hyatt Farber Schreck, LLP
Ventures, LLC:            By:  SAMUEL A. SCHWARTZ, ESQ.
                          100 North City Parkway, Suite 1600
                          Las Vegas, NV 89106
                          (702) 802-2218

                          Bryan Cave
                          By:  SHARON Z. WEISS, ESQ.
                          120 Broadway, Suite 300
                          Santa Monica, CA 90401
                          (310) 576-2276

For MetaBank:             Dickinson Wright
                          By:  BRIAN R. IRVINE, ESQ.
                          100 West Liberty Street, Suite 940
                          Reno, NV 89501
                          (775) 343-7500

For International         Barnes & Thornburg, LLP
Speedway Corporation:     By:  ALI M. M. MOJDEHI, ESQ.
                          655 West Broadway, Suite 900
                          San Diego, CA 92101
                          (619) 321-5001
```

```
APPEARANCES (Continued):

For Exide Technologies:   Fox Rothschild, LLP
                          By:  BRETT A. AXELROD, ESQ.
                          1980 Festival Plaza Drive, Suite 700
                          Las Vegas, NV 89135
                          (702) 262-6899

For China Trust Bank      Brutzkus Gubner
Corporation:              By:  STEVEN T. GUBNER, ESQ.
                          4475 South Pecos Road
                          Las Vegas, NV 89121
                          (866) 324-4529

For the United States     Office of the U.S. Trustee
Trustee:                  By:  CAMERON M. GULDEN, ESQ.
                          300 Booth Street, #3009
                          Reno, NV 89509
                          (775) 784-5335

                          Office of the U.S. Trustee
                          By:  TIMOTHY S. LAFFREDI, ESQ.
                          450 Golden Gate Avenue, 5th Floor
                          Suite 05-0153
                          San Francisco, CA 94102
                          (415) 705-3333


TELEPHONIC APPEARANCES:

For Exide Technologies:   Fox Rothschild, LLP
                          By:  ALLEN J. GUON, ESQ.
                          321 North Clark Street, Suite 800
                          Chicago, IL 60654
                          (312) 980-3806

For the United States     Office of the U.S. Trustee
Trustee:                  By:  EDWARD M. MCDONALD, JR., ESQ.
                          300 Las Vegas Boulevard South
                          Suite 4300
                          Las Vegas, NV 89101
                          (702) 388-6600

For Fallbrook Energy      Kolesar & Leatham
Investments:              By:  JAMES PATRICK SHEA, ESQ.
                          400 S. Rampart Boulevard, Suite 400
                          Las Vegas, NV 89145
                          (702) 362-7800
```

TELEPHONIC APPEARANCES (Continued:)

```
For Majestic Partners,    Ballard Spahr, LLP
III:                      By:  MICHAEL DiGIACOMO, ESQ.
                          1 East Washington Street, Suite 2300
                          Phoenix, AZ 85004-2555
                          (602) 798-5505


For Heritage Bank:        Buchalter, APC
                          By:  DANIEL H. SLATE, ESQ.
                          1000 Wilshire Boulevard, Suite 1500
                          Los Angeles, CA 90017-1730
                          (213) 891-5444


For SolarSense            Holley Driggs Walch Fine Puzez Stein
DCS I, LLC:                 & Thompson
                          By:  RICHARD F. HOLLEY, ESQ.
                          400 South Fourth Street, Third Floor
                          Las Vegas, NV 89101
                          (702) 791-0308


For Hancock Whitney       Carver Darden Koretzky Terrier Finn
Equipment Financing and   By:  DAVID WAGUESPACK, ESQ.
Leasing, LLC:             1100 Paydras Street, Suite 3100
                          New Orleans, LA 70163
                          (504) 585-3814
```

1      (Proceedings commence at 11:57 a.m.)

2           THE COURT:  Good morning.  Please be seated.

3           UNIDENTIFIED:  Morning, Your Honor.

4           UNIDENTIFIED:  Good morning.

5           THE COURT:  Morning.  This is a number of cases filed

6  by Ms. Carlyon.  The first one is <u>Double Jump, Inc.</u>.  Let me --

7  hold on here.  Let me read off the names of the cases that

8  we're hearing.  First, I've got <u>Dora Dog Properties, LLC</u>, case

9  number 19-50103, <u>Blue Dog Properties, LLC</u>, 19-50104, <u>Brandy Boy</u>

10 <u>Properties, LLC</u>, 19-50105, <u>475 Channel Road</u>, 19-50106,

11 <u>Park Road</u>, 19-50108, <u>140 Mason Circle, LLC</u>, 19-50109, <u>DC Solar</u>

12 <u>Solutions, Inc.</u>, 19-50130, and finally, <u>DC Solar Distributions,</u>

13 <u>Inc.</u>, 19-50131.

14           Is that the complete list of the cases?

15           MS. CARLYON:  Your Honor, there is one more.  It's <u>DC</u>

16 <u>Solar Freedom, Inc.</u>, case number 19-50135.

17           THE COURT:  Apologize for missing that.  I don't

18 think it's on my list anyway.

19           So appearances in court.

20           MS. CARLYON:  Good morning, Your Honor, and thank you

21 so much for hearing us today.  Candace Carlyon and Tracy

22 O'Steen of Clark Hill on behalf of the debtors.  Also in the

23 courtroom on behalf of the debtors are Van Durrer and Annie Li

24 from the Skadden firm.

25           MR. DURRER:  Good morning, Your Honor.

1        And candidly, I want to respond to one comment that

2   Mr. Jacobson made.  We -- were we on notice that this might be

3   coming?  Yes.  But "might" is a big word that you can drive a

4   truck through.  And the fact that we were transparent and the

5   fact that we did, in papers filed before Your Honor, exactly

6   what we told the Government we were going to do, and

7   demonstrated real value and have constituencies in the

8   courtroom that have come up and spoken here live and on the

9   phone in support of this process and, you know, again, alleged

10  victims, we thought, you know, might be persuasive to them.  So

11  to be sort of waylaid this morning was a little disappointing.

12       So whenever there's a stay violation, right, Your

13  Honor can declare that void, so that's one pathway.  What

14  Chapman says is -- and I'll be candid -- the Government,

15  candidly, probably has the better side of that argument.

16  Chapman doesn't say, by the way, that the property is no longer

17  property of the estate.  It just says that there's an exemption

18  from the stay, with which I agree.

19       However, the second pathway, Your Honor has the

20  power, and this is documented in many, many Circuit Court

21  opinions which I can't think of right now, but you are familiar

22  with the notion of extending the protection of the automatic

23  stay beyond its boundaries in 362 under extraordinary

24  circumstances.  And here, normally, right, Your Honor, that

25  protection is asked to be extended from a debtor to a

1  non-debtor where there is an identity of interest, where the

2  debtor would be exposed to potentially damaging factual

3  findings and res judicata, things like that.

4          I'm not asking for that here.  What I'm asking for

5  here is that you extend the automatic stay to a court-ordered

6  stay that goes beyond the boundaries of 362.  And as I said, by

7  analogy, there's plenty of case law for that proposition.

8          So under what circumstances does Your Honor typically

9  grant a stay?  Well, we know the four prongs -- I'm going to

10 cite <u>Alliance for Wild Rockies v. Cottrell</u>, 632 F.3d 1127.  I'm

11 looking at Page 1135.  It's a Ninth Circuit case from 2011.

12 The factors are likelihood of success on the merits,

13 irreparable harm, balance of hardships, and the public

14 interest.  I'll go in reverse order.

15         Victims alleged by the Government, none of those

16 people are asking for you to grant the relief that the

17 Government wants; they're asking for you to grant the relief

18 that the debtors want.  Putting 100 people back to work is also

19 in the public interest.

20         Balance of hardships:  there's no harm to the

21 Government.  The real estate that we're talking about would be

22 subject to Your Honor's jurisdiction and supervision; an

23 independent CRO, which that has not been contested; an

24 independent director; and with Ms. Carlyon's comments about

25 modifications to the CRO were in his powers, we can certainly

1    clean up any issues that they would have around the edges.

2             Irreparable harm:  there are thousands and thousands

3    of units deployed all over the country and we have not paid our

4    rent.  They're at risk of being seized.  If they are,

5    distributions will absolutely not have the capacity to pay back

6    anything to the investors and the investors' own property will

7    be lost, potentially, due to landlord enforcement actions.

8             Likelihood of success:  I'm going to call this one a

9    jump ball.  I can't sit here today because I haven't even read

10   the piece of paper where we come out on likelihood of success,

11   but I can say this.  I did demonstrate a few candid comments

12   made by Mr. Espinosa.  I also demonstrated that DC Solar

13   Distribution, their obligations were guaranteed by Solutions,

14   so there's definitely some daylight there in likelihood of

15   success on the merits.

16            So I think we have a good case for Your Honor to

17   extend the stay, basically for the same 60 days you would

18   reappoint the CRO.  And let's come back in two weeks, three

19   weeks, whatever it is, for our second-day hearing and we will

20   have this dogfight then after we've had an opportunity to meet

21   and confer, to talk about depositions, to plan for a meaningful

22   evidentiary record that would be more fair to Your Honor and,

23   frankly, more fair to the other folks in the courtroom on both

24   sides.

25            So those -- that's my response to Mr. Jacobson's

110

1   remarks.

2           THE COURT:  Mr. Jacobson, would you like to rebut?

3           MR. ESPINOSA:  Your Honor, it's Mr. Espinosa for --

4           THE COURT:  I'm sorry, Mr. Espinosa.

5           MR. ESPINOSA:  No, it's okay.  It's understandable to

6   confuse me with such a handsome, handsome man.

7           Your Honor, I just want --

8           THE COURT:  No doubt.

9           MR. ESPINOSA:  I just want to respond very briefly to

10  just a few points that Mr. Durrer raised.

11          First, with respect to whether the property here is

12  property of the bankruptcy estate, there is case law that makes

13  a finding -- there's a case called Thenna, T-H-E-N-N-A, 190

14  B.R. 407 (1995).  It's an Oregon bankruptcy court.  And that

15  court was considering forfeiture of fraud proceeds from drug

16  sales, drug distributions.

17          THE COURT:  Right.

18          MR. ESPINOSA:  Sorry.  So that's not fraud proceeds

19  of drug distributions, it's proceeds.

20          THE COURT:  Drug proceeds, drug sale proceeds.

21          MR. ESPINOSA:  But in their essence, they're proceeds

22  of a criminal act.  And they are analogous to the properties

23  here, which were purchased with proceeds from what the

24  Government alleges is criminal conduct.

25          Second, Mr. Durrer talked about likelihood of success

1  on the merits and innocent explanations and further talked

2  about the purported guaranty that he asked the Court to take

3  notice of concerning DC Solar's obligations to one of the

4  investors here, Sherwin Williams.  Your Honor, the fact that DC

5  Solar attempted to, in a contract, promise to meet its

6  obligations if it defaulted in its, you know, sort of Plan A

7  with revenue from Plan B does not authorize it to commit

8  crime --

9            THE COURT:  No.

10           MR. ESPINOSA:  -- to generate the revenue for Plan B

11 to pay off those obligations.  Nor does this guaranty put

12 subsequent investors whose money is going to be used to pay the

13 earlier investor who punitively stands to benefit from this

14 guaranty on notice that DC Solar intends to use its money not

15 for the stated purpose of manufacturing mobile solar generator

16 units to move into the market, but to pay financial obligations

17 that it owes to previous investors.  Right?  It's that lack of

18 disclosure, the affirmative misrepresentations, material

19 omissions that are the kernel of the fraud asserted in the

20 complaint and in the supporting declaration.  So the limited

21 guaranty protects no one from illegal -- from subsequent

22 illegal conduct.

23           Now, if DC Solar Solutions had an independent

24 separate innocent stream of revenue from which it could meet

25 its other obligations, maybe they'd have an argument, but

ACCESS TRANSCRIPTS, LLC          ⚖          1-855-USE-ACCESS (873-2223)

1   that's not what happened.  What happened here is they said, we

2   promise to pay you no matter what, and then they didn't tell

3   later investors, by the way, we're going to use your money to

4   pay this person who we promised to pay no matter what.

5         Now, I summarized certain of the relevant facts in

6   the complaint and in the declaration; I did not summarize them

7   all.  The complaint is approximately 40 pages; the declaration

8   is approximately 60.  That's 100 pages of particular facts that

9   demonstrate the scope of the Government's investigation in this

10   case.  Those facts include conduct that is not so innocently

11   explained, including allegations that officers or employees at

12   DC Solar buried GPS transponders in locations in order to give

13   investors the impression that MSGs allocated to those investors

14   were in particular locations.

15         There's a section in the declaration that describes

16   efforts by an investor to one of the transactions -- it's

17   called "K Bank" in the declaration -- where that investor

18   becomes concerned, worried that its mobile solar generator

19   units, 416 of them, are not actually in use allocated in the

20   manner that it was represented to them that they would be.

21   They undertook an effort to identify those MSGs in the

22   locations that they were purportedly placed.  In their first

23   effort to identify 10, they were able to find zero.  That means

24   whatever representation --

25         THE COURT:  And this -- let me make sure I

1 understand.  They were -- the contention is that the debtor was

2 burying GPS system for broadcasting systems?

3          MR. ESPINOSA:  There's an allegation, and I can see,

4 as Mr. Durrer said, that it's a hearsay allegation from a

5 former employee about a conversation he had with --

6          THE COURT:  A lot of those in there.

7          MR. ESPINOSA:  -- with an employee at DC Solar.  But

8 the thrust of that allegation was that there were these efforts

9 at misdirection.

10          To get back to the effort to identify the placement

11 of the 416 MSGs in the Key Bank deal -- or in the K Bank deal,

12 excuse me, as I said, the first pass concerned 10 of those

13 MSGs.  None were in the locations that they were purported to

14 be.  The second pass concerned all 416 and only a small number

15 of those were in the places that they were purported to be.

16          That deal involved representations as set forth in

17 detail in the declaration that DC Solar Distributions had

18 secured a long-term contract with a telecom company that

19 obligated the telecom company to pay millions of dollars to DC

20 Solar as one of the downstream market lessees for the MSGs.  In

21 conversations with one of the verification officers from K

22 Bank, a principal of the company here identified as "Individual

23 1" in the relevant documents, the complaint and in the

24 declaration, made representations that that contract was real

25 and existed and brought in the amount of revenue that was

1  represented.

2          In subsequent discussions with other executives at

3  the business, there is an assertion, and I can only state

4  what's in the corners of the documents and I'm not here to try

5  the case today before the Court, but there are other statements

6  that contradict those claims and that assert that the contract

7  at issue doesn't obligate that company and that -- and that it

8  was knowingly misrepresented to investors.  You know, there is

9  less innocent explanation for conduct like that.

10          THE COURT:  Ms. Carlyon?

11          MS. CARLYON:  Your Honor, normally we wouldn't have

12  two attorneys talking on the same motion but --

13          THE COURT:  It's all right.

14          MS. CARLYON:  -- this is stuff that's coming out as

15  really last minute, so if I may just make a couple comments.

16          THE COURT:  Yes, please.

17          MS. CARLYON:  As I understand --

18          THE COURT:  Me too.

19          MS. CARLYON:  Yeah.  As I understand the Federal

20  Government's allegation, it is that a civil forfeiture

21  proceeding may be initiated without violating the automatic

22  stay.  And Mr. Durrer's response is you have the ability under

23  105 to issue an injunction.  The Federal Government asserts

24  that it may not only initiate a civil forfeiture, but that at

25  some point it may win.  And that if it wins, then at that point

1  me get some of this junk out of here?

2          I'm going to -- it's probably going to take me about

3  20 minutes to put this heap of confusing papers back in order

4  and look at them, and then I'll come back and tell you kind of

5  where I am.

6          MR. DURRER:  May we request, Your Honor, that the

7  CourtCall be put on mute while you're -- or during recess?  Is

8  that possible?

9          THE COURT:  Oh, certainly.  I have no idea how one

10  would do that, but we can do that,  but --

11          THE CLERK:  We'll learn how to do that, Your Honor.

12          THE COURT:  Okay.  Thank you.

13          UNIDENTIFIED:  Thank you, Your Honor.

14          MR. DURRER:  Thank you, Your Honor.

15          MS. WEISS:  Thank you, Your Honor.

16          THE COURT:  Thank you.  All right.

17       (Recess taken at 2:33 p.m.)

18       (Proceedings resumed at 3:17 p.m.)

19          THE COURT:  Good afternoon.  Once again --

20          MS. WEISS:  Good --

21          THE COURT:  -- please be seated.

22          MS. WEISS:  Good afternoon, Your Honor.

23          THE COURT:  So, counsel, I didn't know the answer to

24  the question, but at least to the -- at least to what I can

25  find, forfeiture is -- a forfeiture action is not stayed.

1 There is a Ninth Circuit BAP decision called <u>Chapman vs. Klein</u>.

2 It is 264 B.R. 565.  But also, it's pretty clear in Section

3 362(b) and (4), which basically indicates that the stay doesn't

4 apply to various kinds of government enforcement of claims of

5 money judgment or otherwise, which I think might be also

6 considered as allowing the forfeiture.  So I don't know what

7 you want to do.  Do you want to go forward with your DIP

8 financing?

9        MS. WEISS:  No, this is -- I'm sorry, Your Honor.  I

10 wasn't sure --

11        THE COURT:  I'm sorry.  I wasn't very clear.  It's

12 been a long day, so --

13        MS. WEISS:  Yes, it has, Your Honor.  I'm sorry, Your

14 Honor.  Are you asking --

15        THE COURT:  Well, you have not said, that I

16 understood, that because of the forfeiture issue, you

17 weren't -- your client was not going to provide DIP financing.

18        MS. WEISS:  Yeah.  What I was saying, Your Honor,

19 is -- I think we're playing a little bit of a chicken and egg.

20 What I was saying is, in order for our client to consider --

21 even consider doing the DIP lending, I would -- we would need

22 and require that the Court enter all of the findings that we've

23 talked about --

24        THE COURT:  Which I --

25        MS. WEISS:  -- which include --

1            THE COURT:  Which I can't do.

2            MS. WEISS:  Okay.  So if the Court can't enter that

3   order --

4            THE COURT:  No.

5            MS. WEISS:  -- then we are not --

6            THE COURT:  Yeah.

7            MS. WEISS:  -- then we will not be providing the DIP

8   lending.

9            THE COURT:  Okay.  Thank you.

10           MS. WEISS:  Thank you.

11           THE COURT:  Anything further?  Ms. Carlyon?

12           MS. CARLYON:  Okay.  So I guess we should talk about

13  a date for final hearing on some matters, and then I think the

14  other thing we'll need to talk about is a date for an order

15  shortening time on a complaint and motion for turnover of the

16  funds being held by the Government.

17           THE COURT:  Okay.

18           MS. CARLYON:  So those are the two things I would

19  want to address with the Court.

20           THE COURT:  So what -- how far out do you want?

21           MS. CARLYON:  As soon as the Court could hear us for

22  the TRO.

23           THE COURT:  So what do we have next --

24           MS. CARLYON:  Or for the motion for turnover.

25           THE COURT:  What do we have next week?

1                    **C E R T I F I C A T I O N**

2

3          I, Alicia Jarrett, court-approved transcriber, hereby

4  certify that the foregoing is a correct transcript from the

5  official electronic sound recording of the proceedings in the

6  above-entitled matter, and to the best of my ability.

7

8

9

10 _____

11 ALICIA JARRETT, AAERT NO. 428    DATE:  February 12, 2019

12 ACCESS TRANSCRIPTS, LLC

13

14

15                    **C E R T I F I C A T I O N**

16

17          I, Liesl Springer, court-approved transcriber, hereby

18 certify that the foregoing is a correct transcript from the

19 official electronic sound recording of the proceedings in the

20 above-entitled matter, and to the best of my ability.

21

22

23 _____

24 LIESL SPRINGER, AAERT NO. 685    DATE:  February 12, 2019

25 ACCESS TRANSCRIPTS, LLC

1                    **C E R T I F I C A T I O N**

2

3           I, Lisa Luciano, court-approved transcriber, hereby

4    certify that the foregoing is a correct transcript from the

5    official electronic sound recording of the proceedings in the

6    above-entitled matter.

7

8

9    _____

10   LISA LUCIANO, AAERT NO. 327      DATE:  February 12, 2019

11   ACCESS TRANSCRIPTS, LLC

12

13

14

15

16

17

18

19

20

21

22

23

24

25