# EXHIBIT C

MCGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
ANDRE M. ESPINOSA
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-CV-00247-JAM-DB |
| Plaintiff, | |
| v. | STIPULATION FOR FINAL JUDGMENT OF FORFEITURE |
| REAL PROPERTY LOCATED AT 725 MAIN STREET, MARTINEZ,  CALIFORNIA, CONTRA COSTA COUNTY, APN: 373-192-007-4, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED AT 820 SHELL AVENUE, MARTINEZ, CALIFORNIA CONTRA COSTA COUNTY, APN: 375-100-26, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED AT 31 MORELLO HEIGHTS DRIVE, MARTINEZ, CALIFORNIA CONTRA COSTA COUNTY, APN: 377-183-007-6, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED AT 28 MILLTHWAIT DRIVE, MARTINEZ, CALIFORNIA CONTRA COSTA COUNTY, APN: 367-121-002-3, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |

///

1

1  REAL PROPERTY LOCATED AT 1208
   ROSEANN DRIVE, MARTINEZ,
2  CALIFORNIA CONTRA COSTA COUNTY,
   APN: 162-375-007-0, INCLUDING ALL
3  APPURTENANCES AND IMPROVEMENTS
   THERETO,
4
   REAL PROPERTY LOCATED AT 202
5  VALLEY VIEW PLACE, EL SOBRANTE,
   CALIFORNIA, CONTRA COSTA COUNTY,
6  APN: 433-200-031-6, INCLUDING ALL
   APPURTENANCES AND IMPROVEMENTS
7  THERETO,

8  REAL PROPERTY LOCATED AT 207
   VALLEY VIEW PLACE, EL SOBRANTE,
9  CALIFORNIA, CONTRA COSTA COUNTY,
   APN: 433-200-028, INCLUDING ALL
10 APPURTENANCES AND IMPROVEMENTS
   THERETO,
11
   REAL PROPERTY LOCATED AT 208
12 VALLEY VIEW PLACE, EL SOBRANTE,
   CALIFORNIA, CONTRA COSTA COUNTY,
13 APN: 433-200-030-8, INCLUDING ALL
   APPURTENANCES AND IMPROVEMENTS
14 THERETO,

15 REAL PROPERTY LOCATED AT 214
   VALLEY VIEW PLACE, EL SOBRANTE,
16 CALIFORNIA, CONTRA COSTA COUNTY,
   APN: 433-200-029-0, INCLUDING ALL
17 APPURTENANCES AND IMPROVEMENTS
   THERETO,
18
   REAL PROPERTY LOCATED AT 30 PEBBLE
19 DUNES COURT, LAS VEGAS, NEVADA,
   CLARK COUNTY, APN: 191-06-214-002,
20 INCLUDING ALL APPURTENANCES AND
   IMPROVEMENTS THERETO,
21
   REAL PROPERTY LOCATED AT 3143 OLD
22 TUNNEL ROAD, LAFAYETTE, CALIFORNIA,
   CONTRA COSTA COUNTY, APN: 185-062-
23 033-5, INCLUDING ALL APPURTENANCES
   AND IMPROVEMENTS THERETO,
24
   REAL PROPERTY LOCATED AT 1108
25 JUNIPER AVENUE, SOUTH LAKE TAHOE,
   CALIFORNIA, EL DORADO COUNTY, APN:
26 027-222-10-100, INCLUDING ALL
   APPURTENANCES AND IMPROVEMENTS
27 THERETO,

28
                              2

REAL PROPERTY LOCATED AT 40 IRIS LANE, WALNUT CREEK, CALIFORNIA, CONTRA COSTA COUNTY, APN: 185-360-016-9, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

REAL PROPERTY LOCATED AT 4800 BLUM ROAD, APT. 3, MARTINEZ, CALIFORNIA CONTRA COSTA COUNTY, APN: 159-400-003, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

REAL PROPERTY LOCATED AT 4810 BLUM ROAD, APT. 5, MARTINEZ, CALIFORNIA CONTRA COSTA COUNTY, APN: 159-400-012-5, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

REAL PROPERTY LOCATED AT 811 BROWN STREET, MARTINEZ, CALIFORNIA CONTRA COSTA COUNTY, APN: 372-261-006-4, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

REAL PROPERTY LOCATED AT 2375 YALE STREET, MARTINEZ, CALIFORNIA CONTRA COSTA COUNTY, APN: 376-032-007-1, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

REAL PROPERTY LOCATED AT 250 ARANA DRIVE, MARTINEZ, CALIFORNIA CONTRA COSTA COUNTY, APN: 162-341-021-2, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

REAL PROPERTY LOCATED AT 3779 OVERLOOK COURT, SOUTH LAKE TAHOE, CALIFORNIA, EL DORADO COUNTY, APN: 028-123-18-100, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

REAL PROPERTY LOCATED AT 4101 LAKE TAHOE BLVD, UNIT 217, SOUTH LAKE TAHOE, CALIFORNIA, EL DORADO COUNTY, APN: 029-660-005-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

REAL PROPERTY LOCATED AT 4101 LAKE TAHOE BLVD, UNIT 225, SOUTH LAKE TAHOE, CALIFORNIA, EL DORADO COUNTY, APN: 029-660-011-000,

3

1  INCLUDING ALL APPURTENANCES AND
   IMPROVEMENTS THERETO,
2
   REAL PROPERTY LOCATED AT 7373 E.
3  CLUBHOUSE DRIVE, UNIT 14,
   SCOTTSDALE, ARIZONA, MARICOPA
4  COUNTY, APN: 216-33-865, INCLUDING ALL
   APPURTENANCES AND IMPROVEMENTS
5  THERETO,

6  REAL PROPERTY LOCATED AT 1619
   GREENSIDE DRIVE, ROUND ROCK, TEXAS,
7  WILLIAMSON COUNTY, PARCEL NUMBER:
   R487087, INCLUDING ALL
8  APPURTENANCES AND IMPROVEMENTS
   THERETO,
9
   REAL PROPERTY LOCATED AT 140 MASON
10 CIRCLE, CONCORD, CALIFORNIA, CONTRA
   COSTA COUNTY, APN: 159-070-031-4,
11 INCLUDING ALL APPURTENANCES AND
   IMPROVEMENTS THERETO, and
12
   REAL PROPERTY LOCATED AT 4901 PARK
13 ROAD, BENICIA, CALIFORNIA, SOLANO
   COUNTY, APNs: 0080-060-360-01 AND 0080-
14 060-400-01, INCLUDING ALL
   APPURTENANCES AND IMPROVEMENTS
15 THERETO,

16                    Defendants.

17        It is stipulated and agreed by and between the United States of America and claimants Jeffrey

18 Carpoff and Paulette Carpoff, and their interests in their wholly owned entities, by and through their

19 respective counsel of record, as follows:

20        1.        This is a civil action *in rem* brought by the United States for forfeiture of real properties

21 connected to a claim of fraud and money laundering.  The defendant properties in this action are:

22             a.   Real property at 725 Main Street, Martinez, California, Contra
                    Costa County, APN: 373-192-007-4, including all appurtenances
23                  and improvements thereto, and more fully described in Exhibit A
                    attached hereto and incorporated herein by reference;
24
               b.   Real property at 820 Shell Avenue, Martinez, California, Contra
25                  Costa County, APN: 375-100-026, including all appurtenances and
                    improvements thereto, and more fully described in Exhibit B
26                  attached hereto and incorporated herein by reference;

27             c.   Real property at 31 Morello Heights Drive, Martinez, California,
                    Contra Costa County, APN: 377-183-007, including all
28

                                    4
                                              Stipulation for Final Judgment of

appurtenances and improvements thereto, and more fully described in Exhibit C attached hereto and incorporated herein by reference;

d.   Real property at 28 Millthwait Drive, Martinez, California, Contra Costa County, APN: 367-121-002, including all appurtenances and improvements thereto, and more fully described in Exhibit D attached hereto and incorporated herein by reference;

e.   Real property at 1208 Roseann Drive, Martinez, California, Contra Costa County, APN: 162-375-007-0, including all appurtenances and improvements thereto, and more fully described in Exhibit E attached hereto and incorporated herein by reference;

f.   Real property at 202 Valley View Place, El Sobrante, California, Contra Costa County, APN: 433-200-031, including all appurtenances and improvements thereto, and more fully described in Exhibit F attached hereto and incorporated herein by reference;

g.   Real property at 207 Valley View Place, El Sobrante, California, Contra Costa County, APN: 433-200-028, including all appurtenances and improvements thereto, and more fully described in Exhibit G attached hereto and incorporated herein by reference;

h.   Real property at 208 Valley View Place, El Sobrante, California, Contra Costa County, APN: 433-200-030, including all appurtenances and improvements thereto, and more fully described in Exhibit H attached hereto and incorporated herein by reference;

i.   Real property at 214 Valley View Place, El Sobrante, California, Contra Costa County, APN: 433-200-029, including all appurtenances and improvements thereto, and more fully described in Exhibit I attached hereto and incorporated herein by reference;

j.   Real property at 30 Pebble Dunes Court, Las Vegas, Nevada, Clark County, APN: 191-06-214-002, including all appurtenances and improvements thereto, and more fully described in Exhibit J attached hereto and incorporated herein by reference;

k.   Real property at 3143 Old Tunnel Road, Lafayette, California, Contra Costa County, APN: 185-062-033-5, including all appurtenances and improvements thereto, and more fully described in Exhibit K attached hereto and incorporated herein by reference;

l.   Real property at 1108 Juniper Avenue, South Lake Tahoe, California, El Dorado County, APN: 027-222-010-000, including all appurtenances and improvements thereto, and more fully described in Exhibit L attached hereto and incorporated herein by reference;

m.   Real property at 40 Iris Lane, Walnut Creek, California, Contra Costa County, APN: 185-360-016-9, including all appurtenances and improvements thereto, and more fully described in Exhibit M attached hereto and incorporated herein by reference;

n.   Real property at 4800 Blum Road, Unit 3, Martinez, California,

5

Contra Costa County, APN: 159-400-003-4, including all
appurtenances and improvements thereto, and more fully described
in Exhibit N attached hereto and incorporated herein by reference;

o.  Real property at 4810 Blum Road, Unit 5, Martinez, California,
Contra Costa County, APN: 159-400-012-5, including all
appurtenances and improvements thereto, and more fully described
in Exhibit O attached hereto and incorporated herein by reference;

p.  Real property at 811 Brown Street, Martinez, California, Contra
Costa County, APNs: 372-261-006 and 372-261-006-4, including
all appurtenances and improvements thereto, and more fully
described in Exhibit P attached hereto and incorporated herein by
reference;

q.  Real property at 2375 Yale Street, Martinez, California, Contra
Costa County, APN: 376-032-007-1, including all appurtenances
and improvements thereto, and more fully described in Exhibit Q
attached hereto and incorporated herein by reference;

r.  Real property at 250 Arana Drive, Martinez, California, Contra
Costa County, APN: 162-340-021, including all appurtenances and
improvements thereto, and more fully described in Exhibit R
attached hereto and incorporated herein by reference;

s.  Real property at 3779 Overlook Court, South Lake Tahoe,
California, El Dorado County, APN: 028-123-018-000, including
all appurtenances and improvements thereto, and more fully
described in Exhibit S attached hereto and incorporated herein by
reference;

t.  Real property at 4101 Lake Tahoe Blvd, Unit 217, South Lake
Tahoe, California, El Dorado County, APN: 029-660-005-000,
including all appurtenances and improvements thereto, and more
fully described in Exhibit T attached hereto and incorporated
herein by reference;

u.  Real property at 4101 Lake Tahoe Blvd, Unit 225, South Lake
Tahoe, California, El Dorado County, APN: 029-660-011-000,
including all appurtenances and improvements thereto, and more
fully described in Exhibit U attached hereto and incorporated
herein by reference;

v.  Real property at 7373 E. Clubhouse Drive, Unit 14, Scottsdale,
Arizona, Maricopa County, APN: 216-33-865, including all
appurtenances and improvements thereto, and more fully described
in Exhibit V attached hereto and incorporated herein by reference;

w.  Real property at 1619 Greenside Drive, Round Rock, Texas,
Williamson County, Parcel Number: R487087, including all
appurtenances and improvements thereto, and more fully described
in Exhibit W attached hereto and incorporated herein by reference;

x.  Real property at 140 Mason Circle, Concord, California, Contra
Costa County, APN: 159-070-031-4, including all appurtenances

6

Stipulation for Final Judgment of

1   and improvements thereto, and more fully described in Exhibit X
    attached hereto and incorporated herein by reference; and
2
    y.      Real property at 4901 Park Road, Benicia, California, Solano
3           County, APNs: 0080-060-360-01 and 0080-060-400-01, including
            all appurtenances and improvements thereto, and more fully
4           described in Exhibit Y attached hereto and incorporated herein by
            reference (Hereafter "defendant properties").
5

6       The record owner of the defendant properties (a) – (k) is Dora Dog Properties, LLC, the

7   defendant properties (l) – (r) is Dog Blue Properties, LLC, the defendant properties (s) – (w) is Brandy

8   Boy Properties, LLC, the defendant property (x) is 140 Mason Circle, LLC and the defendant property

9   (y) is Park Road, LLC, companies formed and owned by Jeffrey Carpoff and Paulette Carpoff.

10      2.      A Verified Complaint for Forfeiture *In Rem* was filed on February 8, 2019 (hereafter

11  "Complaint"). The Complaint alleged that the defendant properties are subject to forfeiture to the

12  United States pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (C).

13      3.      All of the defendant properties were posted with a copy of the Complaint and Notice of

14  Complaint.

15      4.      Beginning on February 26, 2019, the United States published Notice of the Forfeiture

16  Action on the official internet government forfeiture site www.forfeiture.gov. A Declaration of

17  Publication was filed on April 11, 2019.

18      5.      In addition to the public notice on the official internet government forfeiture site

19  www.forfeiture.gov, actual notice or attempted notice was given to the following individuals or entities:

20      a.      DC Solar and its entities,
        b.      Jeffrey Carpoff,
21      c.      Paulette Carpoff,
        d.      Centerline Mortgage Capital Inc.,
22      e.      Heritage Bank of Commerce,
        f.      CTBC Bank.
23

24      6.      On April 26, 2019, CTBC Bank Corporation filed a claim stating a lienholder's interest in

25  the defendant property located at 4901 Park Road, Benicia, California. This claim is unopposed and

26  CTBC's security interest will be paid and retired when the 4901 Park Road property is sold pursuant to

27  this stipulation. On April 26, 2019, the United States received a claim from Heritage Bank of

28  Commerce stating an ownership interest in the defendant property located at 140 Mason Circle,

7

Stipulation for Final Judgment of

1    Concord, California. This claim is also unopposed and Heritage Bank's security interest will be paid

2    and retired when the 140 Mason Road property is sold pursuant to this stipulation. On May 2, 2019,

3    Jeffrey and Paulette Carpoff filed claims asserting an interest in the defendant properties. No other

4    parties have filed claims or answers in this matter.

5            7.      The United States' allegations are set forth in its Complaint and attached exhibits,

6    including a declaration supporting the Complaint. Claimants deny these allegations. However, in the

7    interests of making the net proceeds of the sale of the assets available to any of the various investment

8    groups who may claim to have suffered a financial loss as the result of the actions described in the

9    Complaint, under the applicable statutes, and to avoid the expense of litigation, the parties desire to

10   stipulate to the entry of a Final Judgment of Forfeiture on the following terms:

11           a.      All right, title, and interest of Dora Dog Properties, LLC, Dog Blue Properties,

12   LLC, Brandy Boy Properties, LLC, 140 Mason Circle, LLC, Park Road, LLC, Jeffrey Carpoff and

13   Paulette Carpoff in the following defendant properties shall be forfeited to the United States pursuant to

14   18 U.S.C §§ 981(a)(1)(A) and 981(a)(1)(C), to be disposed of according to law:

15           a.      Real property at 725 Main Street, Martinez, California, Contra
                     Costa County, APN: 373-192-007-4, including all appurtenances
16                   and improvements thereto, and more fully described in Exhibit A
                     attached hereto and incorporated herein by reference;
17

             b.      Real property at 820 Shell Avenue, Martinez, California, Contra
18                   Costa County, APN: 375-100-026, including all appurtenances and
                     improvements thereto, and more fully described in Exhibit B
19                   attached hereto and incorporated herein by reference;

20           c.      Real property at 31 Morello Heights Drive, Martinez, California,
                     Contra Costa County, APN: 377-183-007, including all
21                   appurtenances and improvements thereto, and more fully described
                     in Exhibit C attached hereto and incorporated herein by reference;
22

             d.      Real property at 28 Millthwait Drive, Martinez, California, Contra
23                   Costa County, APN: 367-121-002, including all appurtenances and
                     improvements thereto, and more fully described in Exhibit D
24                   attached hereto and incorporated herein by reference;

25           e.      Real property at 1208 Roseann Drive, Martinez, California, Contra
                     Costa County, APN: 162-375-007-0, including all appurtenances
26                   and improvements thereto, and more fully described in Exhibit E
                     attached hereto and incorporated herein by reference;
27

             f.      Real property at 202 Valley View Place, El Sobrante, California,
28                   Contra Costa County, APN: 433-200-031, including all

                                              8
                                                          Stipulation for Final Judgment of

appurtenances and improvements thereto, and more fully described in Exhibit F attached hereto and incorporated herein by reference;

g. Real property at 207 Valley View Place, El Sobrante, California, Contra Costa County, APN: 433-200-028, including all appurtenances and improvements thereto, and more fully described in Exhibit G attached hereto and incorporated herein by reference;

h. Real property at 208 Valley View Place, El Sobrante, California, Contra Costa County, APN: 433-200-030, including all

appurtenances and improvements thereto, and more fully described in Exhibit H attached hereto and incorporated herein by reference;

i. Real property at 214 Valley View Place, El Sobrante, California, Contra Costa County, APN: 433-200-029, including all appurtenances and improvements thereto, and more fully described in Exhibit I attached hereto and incorporated herein by reference;

j. Real property at 30 Pebble Dunes Court, Las Vegas, Nevada, Clark County, APN: 191-06-214-002, including all appurtenances and improvements thereto, and more fully described in Exhibit J attached hereto and incorporated herein by reference;

k. Real property at 3143 Old Tunnel Road, Lafayette, California, Contra Costa County, APN: 185-062-033-5, including all appurtenances and improvements thereto, and more fully described in Exhibit K attached hereto and incorporated herein by reference;

l. Real property at 1108 Juniper Avenue, South Lake Tahoe, California, El Dorado County, APN: 027-222-010-000, including all appurtenances and improvements thereto, and more fully described in Exhibit L attached hereto and incorporated herein by reference;

m. Real property at 40 Iris Lane, Walnut Creek, California, Contra Costa County, APN: 185-360-016-9, including all appurtenances and improvements thereto, and more fully described in Exhibit M attached hereto and incorporated herein by reference;

n. Real property at 4800 Blum Road, Unit 3, Martinez, California, Contra Costa County, APN: 159-400-003-4, including all appurtenances and improvements thereto, and more fully described in Exhibit N attached hereto and incorporated herein by reference;

o. Real property at 4810 Blum Road, Unit 5, Martinez, California, Contra Costa County, APN: 159-400-012-5, including all appurtenances and improvements thereto, and more fully described in Exhibit O attached hereto and incorporated herein by reference;

p. Real property at 811 Brown Street, Martinez, California, Contra Costa County, APNs: 372-261-006 and 372-261-006-4, including all appurtenances and improvements thereto, and more fully described in Exhibit P attached hereto and incorporated herein by reference;

9

Stipulation for Final Judgment of

q.   Real property at 2375 Yale Street, Martinez, California, Contra Costa County, APN: 376-032-007-1, including all appurtenances and improvements thereto, and more fully described in Exhibit Q attached hereto and incorporated herein by reference;

r.   Real property at 250 Arana Drive, Martinez, California, Contra Costa County, APN: 162-340-021, including all appurtenances and improvements thereto, and more fully described in Exhibit R attached hereto and incorporated herein by reference;

s.   Real property at 3779 Overlook Court, South Lake Tahoe, California, El Dorado County, APN: 028-123-018-000, including all appurtenances and improvements thereto, and more fully described in Exhibit S attached hereto and incorporated herein by reference;

t.   Real property at 4101 Lake Tahoe Blvd, Unit 217, South Lake Tahoe, California, El Dorado County, APN: 029-660-005-000, including all appurtenances and improvements thereto, and more fully described in Exhibit T attached hereto and incorporated herein by reference;

u.   Real property at 4101 Lake Tahoe Blvd, Unit 225, South Lake Tahoe, California, El Dorado County, APN: 029-660-011-000, including all appurtenances and improvements thereto, and more fully described in Exhibit U attached hereto and incorporated herein by reference;

v.   Real property at 7373 E. Clubhouse Drive, Unit 14, Scottsdale, Arizona, Maricopa County, APN: 216-33-865, including all appurtenances and improvements thereto, and more fully described in Exhibit V attached hereto and incorporated herein by reference;

w.   Real property at 1619 Greenside Drive, Round Rock, Texas, Williamson County, Parcel Number: R487087, including all appurtenances and improvements thereto, and more fully described in Exhibit W attached hereto and incorporated herein by reference;

x.   Real property at 140 Mason Circle, Concord, California, Contra Costa County, APN: 159-070-031-4, including all appurtenances and improvements thereto, and more fully described in Exhibit X attached hereto and incorporated herein by reference; and

y.   Real property at 4901 Park Road, Benicia, California, Solano County, APNs: 0080-060-360-01 and 0080-060-400-01, including all appurtenances and improvements thereto, and more fully described in Exhibit Y attached hereto and incorporated herein by reference.

8.   Upon entry of the Final Judgment of Forfeiture, the U.S. Marshals Service (or a designee) shall list the defendant properties for sale except for the properties identified in items j. and w. The present occupants of those properties shall be entitled to reside on the premises until such time as all

10

Stipulation for Final Judgment of

1    litigation within the Eastern District of California between the United States and Jeffrey and Paulette

2    Carpoff has concluded, provided that the occupants pay all costs of their residency, pay all homeowner

3    dues and assessments and maintain the properties in good order. The U.S. Marshals Service shall have

4    sole authority to select the means of sale, including sale by internet or through a licensed real estate

5    broker, and shall have sole authority over the marketing and sale of the defendant properties.

6             a.    The U.S. Marshals Service shall have the defendant properties appraised by a

7    licensed appraiser of its choosing. The U.S. Marshals Service and the appraiser may have access to the

8    defendant properties and structures, buildings, or storage sheds thereon upon 24 hours telephonic notice.

9             b.    If necessary, the U.S. Marshals Service, and any real estate broker employed by

10   the U.S. Marshals Service, shall have the right to put a "lock box" on the property to facilitate the

11   marketing and sale of the defendant properties.

12            c.    The following costs, expenses and distributions shall be paid in escrow from the

13   gross sales price in the following priority and to the extent funds are available:

14                 i.    The costs incurred by the U.S. Marshals Service to the date of close of
                         escrow, including the cost of posting, service, advertising, and
15                       maintenance.

16                 ii.   Any unpaid real property taxes, which shall be prorated as of the date of
                         the entry of the Partial Final Judgment of Forfeiture.
17

18                 iii.  A real estate commission not to exceed the U.S. Marshals Service
                         contractual brokerage fee.

19                 iv.   The seller shall pay any county transfer taxes.

20                 v.    For Park Road Property: To claimant CTBC Bank- a sum to satisfy an
                         indebtedness under the Deed of Trust recorded in the official records of
21                       Solano County as Document number 201500113721 on December 22,
                         2015, in the principal amount of $7,500,000.00 plus all unpaid interest at
22                       the contractual (not default) rate, plus any advances and costs incurred by
                         CTBC Bank, up to the date of the payoff of the loan, including, but not
23                       limited to reasonable attorney's fees, any insurance advances, tax
                         advances, and property preservation costs on the defendant Park Road
24                       Property.

25                 vi.   For Mason Circle Property: To claimant Heritage Bank of Commerce- a
                         sum to satisfy an indebtedness under the Deed of Trust recorded in the
26                       official records of Contra Costa County as Document number 2015-
                         0083948 on April 30, 2015, in the principal amount of $2,450,000.00 plus
27                       all unpaid interest at the contractual (not default) rate, plus any advances
                         and costs incurred by Heritage Bank of Commerce up to the date of the
28                       payoff of the loan, including, but not limited to reasonable attorney's fees,

                                              11

1                         any insurance advances, tax advances, and property preservation costs on the defendant Mason Circle Property.

2          d.      Any liens or encumbrances against the defendant properties that appear on

3  record subsequent to the recording of plaintiff's lis pendens documents on February 11, 2019 and

4  February 13, 2019 (Park Road Property), and prior to the close of escrow may be paid out of escrow.

5  The United States may pay any such lien or encumbrance at its sole discretion.

6          e.      The costs of a lender's policy of title insurance (ALTA policy) shall be paid for by

7  the buyer.

8          f.      All loan fees, "points" and other costs of obtaining financing shall be paid for by

9  the buyer of the defendant properties.

10          g.      Each party shall execute all documents necessary to close escrow, if such

11  signatures are required by the title insurer.

12      9.      The United States will receive the remaining net proceeds from the sale of the defendant

13  properties. All right, title, and interest in said funds shall be substituted for the defendant properties and

14  forfeited to the United States pursuant to 18 U.S.C §§ 981(a)(1)(A) and 981(a)(1)(C), to be disposed of

15  according to law.

16      10.    All parties to this Stipulation hereby release the United States and its servants, agents,

17  and employees from any and all liability arising out of or in any way connected with the posting,

18  forfeiture or sale of the defendant properties. This is a full and final release applying to all unknown and

19  unanticipated injuries, and/or damages arising out of said posting, forfeiture or sale, as well as to those

20  now known or disclosed. The parties to this Stipulation waive the provisions of California Civil Code §

21  1542, which provides:

22             A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or

23  her must have materially affected his or her settlement with the debtor.

24      11.    Nothing in this Stipulation shall be construed as an admission of liability, fault, or

25  wrongdoing by any party.

26      12.    All parties will bear their own costs and attorneys' fees, if any.

27      13.    The parties and their undersigned attorneys agree to execute and deliver such other and

28  further documents as may be required to carry out the terms of this Stipulation.

Stipulation for Final Judgment of

14.     Each person signing this Stipulation warrants and represents that he or she possesses full authority to bind the party on whose behalf he or she is signing to the terms of the Stipulation.

15.     Each party warrants and represents that no promises, inducements, or other agreements not expressly contained herein have been made; that this Stipulation contains the entire agreement between the parties; and that the terms of this Stipulation are contractual and not mere recitals.  All prior oral understandings, agreements, and writings are superseded by this Stipulation and are of no force or effect.

16.     This Stipulation may not be altered, amended, modified, or otherwise changed in any respect, except by a writing duly executed by the party to be charged.

17.     Each party represents that he or she understands the content of this Stipulation and enters it voluntarily, and has not been influenced by any person acting on behalf of any other party.

18.     Notwithstanding the entry of a Final Judgment of Forfeiture herein, the parties hereby stipulate that the U.S. District Court for the Eastern District of California, Hon. John A. Mendez, District Judge, shall retain jurisdiction to enforce the terms of this compromise settlement.

**IT IS SO STIPULATED.**

Dated: _____                    McGREGOR W. SCOTT
                                        United States Attorney

                           By:    _____
                                  KEVIN C. KHASIGIAN
                                  Assistant U.S. Attorney

Dated: 5/6/19                     _____
                                  JEFFREY CARPOFF
                                  Claimant and Principal of Dora Dog  Properties,
                                  LLC, Dog Blue Properties, LLC, Brandy Boy
                                  Properties, LLC, 140 Mason Circle,  LLC and Park
                                  Road, LLC

///

///

///

13

Stipulation for Final Judgment of

1   Dated: _5.6-19_

2                                   PAULETTE CARPOFF
                                    Claimant and Principal of Dora Dog  Properties,
3                                   LLC, Dog Blue Properties, LLC, Brandy Boy
                                    Properties, LLC, 140 Mason Circle,  LLC and Park
4                                   Road, LLC

5   Dated: _5/6/18_

6                                   MALCOLM SEGAL
7                                   Attorney for Jeff and Paulette Carpoff

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    14

## EXHIBIT A

### Real Property Located at 725 Main Street, Martinez, California

PORTION OF LOTS 6 AND 7, BLOCK 323, ADDITIONAL SURVEY TOWN OF MARTINEZ AS PER MAPS THEREOF ON FILE IN THE OFFICE OF THE RECORDER OF THE COUNTY OF CONTRA COSTA, DESCRIBED AS FOLLOWS:

BEGINNING ON THE NORTHWEST LINE OF MAIN STREET BEGIN THE SOUTHEAST LINE OF SAID BLOCK 323 OF SAID ADDITIONAL SURVEY OF THE TOWN OF MARTINEZ, AT THE MOST EASTERLY CORNER OF THE PARCEL OF LAND DESCRIBED IN THE DEED FROM LUCIEN BAER TO FRANK RATTAN, DATED OCTOBER 10, 1995 AND RECORDED OCTOBER 11, 1905, BOOK 111 OF DEEDS, PAGE 550, THERETO FROM SAID POINT OF BEGINNING NORTHWESTERLY ALONG THE NORTHEAST LINE OF SAID RATTAN'S PARCEL, 100 FEET TO THE MOST NORTHERLY CORNER THEREOF, THENCE NORTHEASTERLY, PARALLEL WITH THE NORTHWEST LINE OF MAIN STREET, 28 FEET; THENCE SOUTHEASTERLY, PARALLEL WITH THE NORTHEAST LINE OF SAID RATTAN PARCEL, 100 FEET TO THE NORTHWEST LINE OF MAIN STREET, THENCE SOUTHWESTERLY ALONG SAID NORTHWEST LINE, 28 FEET TO THE POINT OF BEGINNING.

APN: 373-192-007-4

15

**EXHIBIT B**

**Real Property Located at 820 Shell Avenue, Martinez, California**

The following described property in the City of Martinez, County of Contra Costa, State of California:

Portion of the Rancho Las Juntas, described as follows:

Beginning on the South line of Shell Avenue, being the South line of the strip of land described in the deed from H. V. Alvarado, et al to Contra Costa County, recorded June 6, 1929, in Volume 161 of Official Records, at Page 473, distance thereon Northeasterly, along the arc of a curve to the right with a radius of 686.25 feet, an arc distance of 60 feet from the most Northerly corner of the tract of land designated on the map entitled "Harbor View Heights, Martinez, Contra Costa County, California", which Map was filed in the Office of the Recorder of the County of Contra Costa, State of California, on August 18, 1952, in Volume 47 of Maps, at Page 42; thence from said point of beginning Southwesterly, along said South line, along the arc of a curve to the left with a radius of 686.25 feet, an arc distance of 60 feet to said most Northerly corner of Harbor View Heights; thence South 30° 19' East, along the East line of said Harbor View Heights, 103.6 feet to the most Easterly corner thereof; thence North 76° 23' 11" East, 51.62 feet to the Southwest corner of the parcel of land described in the deed from William S. Wheeler, et ux, to N. F. Sanderson, et ux, recorded August 25, 1948, in Volume 1258 of Official Records, at Page 271; thence North 8° 11" West, along the West line of said Sanderson parcel (1258 or 271), 70 feet to the North line thereof; thence South 81° 49' West, along the direct extension South 81° 49' West of the West line of said Sanderson parcel (1258 or 271), to a point that bears South 32° 45' East from the point of beginning; thence North 32° 45' West, 63 feet to the point of beginning.

APN: 375-100-026

16

1

## EXHIBIT C

2

### 31 Morello Heights Drive, Martinez, California

3
    The land referred to herein below is situated in the City of Martinez, County of Contra Costa, State of California and is described as follows:

4

5
    Lot 41, Map of Subdivision 3174, filed February 26, 1964, Map Book 97, Page 32, Contra Costa County Records.

6
APN: 377-183-007

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

17

## EXHIBIT D

### 28 Millthwait Drive, Martinez, California

The land referred to herein below is situated in the unincorporated area in County of Contra Costa, State of California and is described as follows:

Lot 7, as shown on the map of "Millthwait, Contra Costa County, California", filed March 16, 1953, in Book 49 of Maps, Page 50, in the Office of the County Recorder of Contra Costa County.

APN: 367-121-002-3

18

Stipulation for Final Judgment of

## EXHIBIT E

### 1208 Roseann Drive, Martinez, California

The land described herein is situated in the state of California, County of Contra Costa, City of Martinez, and is described as follows:

Lot 92 and the North 11 feet, front and rear measurements, of lot 93, Map of Subdivision 3579, filed August 9, 1967, Map Book 116, Page 48, Contra Costa County Records.

Excepting Therefrom:
1- Mineral rights reserved in the deed from Vicencia S. Pereira, guardian, recorded May 5, 1965, Book 4861, Official Records, Page 145, and as reserved in the deed from Dominic Pereira, et al, Recorded May 5, 1965, Book 4861, Official Records, Page 148, as follows:

"One-half of all oil, gas casinghead gas, asphaltum and other hydrocarbons and all chemical gas now or hereafter found, situated or located in all or any part or portion of the land above described lying more than five hundred feet (500 feet) below the surface thereof, together with the right to slant drill for and remove all or any of said oil, gas, casinghead gas, asphaltum and other hydrocarbons and chemical gas lying below a depth of more than five hundred feet (500 feet) below the surface thereof, and the right to grant leases for all or any of said purposes, but without any right whatsoever to enter upon the surface of said lands within five hundred feet (500 feet) vertical distance below the surface thereof."

APN: 162-375-007-0

Stipulation for Final Judgment of

**EXHIBIT F**

**202 Valley View Place, El Sobrante, California**

The land referred to is situated in the unincorporated area of the County of Contra Costa, State of California, and is described as follows:

Parcel One:

Lot 5 as shown on the Map of Subdivision 8356 filed September 22, 2006 in Book 495 of Maps, at Page 27 and 28 Contra Costa County Official Records

Reserving therefrom:

A non-exclusive easement for access, utilities, drainage, maintenance, ingress and egress, over that portion of Lot 3 shown on said Map as "Valley View Place", to be an appurtenance to the remaining lands of the trustor.

Parcel Two:

A non-exclusive easement for access, utilities, drainage, maintenance, ingress and egress, as an appurtenance to Parcel One above, over that portion of Lots 1, 2, 3 and 4 shown on said Map as "Valley View Place".

APN: 433-200-031

20

**EXHIBIT G**

**207 Valley View Place, El Sobrante, California**

The land referred to is situated in the unincorporated area of the County of Contra Costa, State of California, and is described as follows:

Parcel One:

Lot 2 as shown on the Map of Subdivision 8356 filed September 22, 2006 in Book 495 of Maps, at Page 27 and 28 Contra Costa County Official Records.

Reserving therefrom:

A non-exclusive easement for access, utilities, drainage, maintenance, ingress and egress, over that portion of Lot 2 shown on said Map as "Valley View Place", to be an appurtenance to the remaining lands of the trustor.

Parcel Two:

A non-exclusive easement for access, utilities, drainage, maintenance, ingress and egress, as an appurtenance to Parcel One above, over that portion of Lots 1 and 3 through 5 shown on said Map as "Valley View Place".

APN: 433-200-028

21

**EXHIBIT H**

**208 Valley View Place, El Sobrante, California**

The land referred to is situated in the unincorporated area of the County of Contra Costa, State of California, and is described as follows:

Parcel One:

Lot 4 as shown on the Map of Subdivision 8356 filed September 22, 2006 in Book 495 of Maps, at Page 27 and 28 Contra Costa County Official Records

Reserving therefrom:

A non-exclusive easement for access, utilities, drainage, maintenance, ingress and egress, over that portion of Lot 3 shown on said Map as "Valley View Place", to be an appurtenance to the remaining lands of the trustor.

Parcel Two:

A non-exclusive easement for access, utilities, drainage, maintenance, ingress and egress, as an appurtenance to Parcel One above, over that portion of Lots 1, 2, 3 and 5 shown on said Map as "Valley View Place"

APN: 433-200-030.

22

Stipulation for Final Judgment of

**EXHIBIT I**

**214 Valley View Place, El Sobrante, California**

The land referred to is situated in the unincorporated area of the County of Contra Costa, State of California, and is described as follows:

Parcel One:

Lot 3 as shown on the Map of Subdivision 8356 filed September 22, 2006 in Book 495 of Maps, at Page 27 and 28 Contra Costa County Official Records

Reserving therefrom:

A non-exclusive easement for access, utilities, drainage, maintenance, ingress and egress, over that portion of Lot 3 shown on said Map as "Valley View Place", to be an appurtenant to the remaining lots of Subdivision 8356.

Parcel Two:

A non-exclusive easement for access, utilities, drainage, maintenance, ingress and egress, as an appurtenance to Parcel One above, over that portion of Lots 1, 2, 4 and 5 shown on said Map as "Valley View Place".

APN: 433-200-029

23

Stipulation for Final Judgment of

**EXHIBIT J**

**30 Pebble Dunes Court, Las Vegas, Nevada**

Parcel I:

Lot Seventy-Three (73) in Lot 319 Unit No. 4 at Southern Highlands, as shown by map thereof on file in Book 117, of Plats, Page 25, in the office of the County Recorder of Clark County, Nevada.

Parcel II:

A Non-exclusive Easement for ingress, egress, and enjoyment in and to the private streets as shown on the map of the map of said plat.

APN: 191-06-214-002

**EXHIBIT K**

24

Stipulation for Final Judgment of

1

**3143 Old Tunnel Road, Lafayette, California**

2  All the real property in the County of Contra Costa, City of Lafayette, State of California, described as follows:

3

4  Portion of Lots 33, 34 and 35, as shown on the Map entitled, "Tract 2387, Contra Costa County, California", filed April 19, 1956 in the Office of the County Recorder of said County in Book 63 of Maps at Page 35, described as follows:

5

6  Beginning on the Southeast corner of said Lot 33; thence from said point of beginning North 78° 29' 03" West, along the South line of said Lot 35, 124.9 feet; thence North 11° 30' 57" East 32.5 feet to the Southeast corner of said Lot 34; thence continuing North 11° 30' 57" East, along the East line of said Lot 34, 87.96 feet; thence North 63° 12' West 134.99 feet to the West line of said Lot 35, thence North 30° 06' 27" East, along said West line, 20.03 feet to a point thereon which bears South 30° 06' 27" West, 106.07 feet from the Northwest corner of said Lot 35; thence South 63° 12' East, 128.37 feet to the Southeast corner of said Lot 35; thence North 11° 30' 57" East, along the East line of said Lot 35, 0.63 feet; thence South 88° 42' 05" East 97.89 feet to the East line of said Lot 33; thence South 1° 17' 55" West, along said East line, 161.1 feet to the point of beginning.

7

8

9

10

11  APN: 185-062-033-5

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation for Final Judgment of

1

**EXHIBIT L**

2

**1108 Juniper Avenue, South Lake Tahoe, California**

3

The land referred to is situated in the County of El Dorado, City of South Lake Tahoe, State of California, and is described as follows:

4

Lots 127 and 147, as said Lots are shown on the Official Map of Bijou Pines, filed September 12, 1959, in the Office of the El Dorado County Recorder, in Map Book A, Page 13.

5

APN: 027-222-010-000

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation for Final Judgment of

**EXHIBIT M**

**40 Iris Lane, Walnut Creek, California**

Parcel 1:

Portion of Lot 17, as designated on the Map entitled "Map of Floraland Tract Subdivision" which Map was filed in the office of the Recorder of the County of Contra Costa, State of California, on July 19, 1913 in Volume 10 of Maps, at Page 241, described as follows:

Beginning on the West line of the Parcel of land described as Parcel One in the deed from Charles Kaski, et ux, to Elmira May Cox, et al, dated October 18, 1947 and recorded November 28, 1047 in Volume 1151 of Official Records, at Page 311, distant thereon South 1° 38' East, 100 feet from the South line of the Parcel of land described as Parcel One in the Deed of Trust made by Charles Kaski, et ux, to Trustee for Robert A. Holmes, et ux, dated May 19, 1948 and recorded June 4, 1948 in Volume 1286 of Official Records, at Page 487; thence from said point of beginning North 1° 38' West, along said West line 100 feet to the Southline to the Parcel of land described in said Deed of Trust; thence North 89° 40' East, along said Southline, 102.5 feet to the East line of said Elmira May Cox Parcel (1151 or 311); thence South 1° 38' East, along said East line, 100 feet to a portion which bears North 89° 40' East from the point of beginning; thence South 89° 40' West, 102.5 feet to the point of beginning.

Parcel 2:

A right of way (not to be exclusive) as an appurtenance to Parcel one above, for use as a roadway for vehicles of all kinds, pedestrians, and animals, for water, gas, oil and sewer pipe lines, and for telephone, electric light and power lines, together with the necessary poles or conduits to carry said lines over a strip of land 25 feet in width the center line of which is described as follows:

Beginning at a 2 inch by 2 inch Hub at the Northwest corner of the Parcel of land described as Parcel One in the deed from Charles Kaski, et ux, to Elmira Way Cox, et al, dated October 18, 1947 and recorded November 28, 1947 in Volume 1161 of Official Records, at Page 311; thence from said point of beginning, along the West line of said Cox Parcel as follows: South 1° 38' East, 224.61 feet; Southerly along the arc of a curve to the left with a radius of 40 feet, tangent to the last mentioned course, 31.31 feet; South 48° 29' East, tangent to said curve, 17.45 feet; Southerly along the arc of a curve to the right with a radius of 50 feet, tangent to the last course, 39.14 feet and South 1° 38' East, 126.94 feet to a nail set in the center line of a County Road.

Excepting from Parcel Two.

That portion thereof lying within Parcel One above.

The interest conveyed to County of Contra Costa by deed from Stephen Dawning, et al, dated January 21, 1918 and recorded January 23, 1918 in Volume 315 of Deeds, at Pages 6.

APN: 185-360-016-9

27

Stipulation for Final Judgment of

# EXHIBIT N

## 4800 Blum Road, Unit 3, Martinez, California

The following described property in the unincorporated area of the County of Contra Costa, State of California:

Parcel One:
Unit 3, of Tract 5962 filed July 26, 1980, Map Book 255, Page 5, Contra Costa County Records, as said unit is shown on the condominium plan attached to and made a part of the declaration of restrictions recorded June 23, 1982, Book 10825, Page 151 Contra Costa County Records.

Excepting Therefrom:
Easements through said unit appurtenant to the common area and all other units, for support and repair of the common area and all other units.

Parcel Two:
An undivided 1/13th interest as tenants in common in and to the common area, as said common area is shown on said condominium plan.

Excepting and reserving therefrom:
Non-exclusive easements appurtenant to all other units for support and repair of the said common area and other units and; exclusive easements appurtenant to the other units for use of balconies and garages as shown on said attached condominium plan.

Parcel Three:
Together with the following appurtenant easements:
An exclusive easement to use balcony/balconies appurtenant to said unit as shown on said condominium plan.
An exclusive easement to use garage stall nos. C-3 and C-3 as shown on said condominium plan.
Excepting and reserving therefrom:
Non-exclusive easements herein described as parcel 4.

Parcel Four:
Together with non-exclusive easements through each unit and garage stall for support and repair of the common area and other units.

APN: 159-400-003-4

28

**EXHIBIT O**

**4810 Blum Road, Unit 5, Martinez, California**

The land referred to is situated in the county of Contra Costa, City of Martinez, State of California, and is described as follows:

A condominium composed of:

Parcel One:
Unit 12, of Tract 5962, filed July 28, 1980, Map Book 255, Page 5, Contra Costa County Records, as said Unit is shown on the Condominium Plan attached to and made a part of the Declaration of Restrictions recorded June 23, 1982, Book 10825, Page 15, Contra Costa County Records.

Excepting therefrom: easements through said unit appurtenant to the common area and all other units, for support and repair of the common area and all other units.

Parcel Two:
An undivided 1/13th interest as tenants in common in and to the Common Area, as said Common Area is shown on said Condominium Plan.

Excepting and reserving therefrom: Non-exclusive easements appurtenant to all other Units for support and repair of the said Common Area and other Units and; Exclusive easements appurtenant to the other Units for use of Balconies and Garages as shown on said attached Condominium Plan.

Parcel Three:
Together with the following appurtenant easements: An exclusive easement to use Balcony/Balconies appurtenant to said Unit as shown on said Condominium Plan. An exclusive easement to use Garage Stall Nos. C-12 and C-12, as shown on said Condominium Plan.

Excepting and reserving therefrom: Non-exclusive easements herein described as Parcel 4.

Parcel Four:
Together with non-exclusive easements through each Unit and Garage Stall for support and repair of the Common Area and other Units.

APN: 159-400-012-5

29

**EXHIBIT P**

**Real Property Located at 811 Brown Street, Martinez, California**

THE LAND REFERRED TO HEREIN IS SITUATED IN CONTRA COSTA COUNTY, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

LOTS 6, 7, 8, BLOCK 192, MAP OF THE ORIGINAL SURVEY TOWN OF MARTINEZ, AS MAPS THEREOF OF FILE IN THE OFFICE OF THE RECORDER OF THE COUNTY OF CONTRA COSTA.

APNs: 372-261-006 and 372-261-006-4

30

**EXHIBIT Q**

**Real Property Located at 2375 Yale Street, Martinez, California**

The land referred to is situated in the County of Contra Costa, City of Martinez, State of California, and is described as follows:

Portion of the Rancho Las Juntas, described as follows:

Beginning on the extension North 89° 15' West of the North line of Lot 4, as designated on the Map entitled "Lewis Tract Unit No. 1, Contra Costa County, California", which Map was filed in the Office of the County Recorder of the County of Contra Costa, State of California, on December 26, 1939 in Volume 23 of Maps, at Page 737, distant thereon, 90 feet from the North-West corner of said Lot 4, said point of beginning being also the Northeast corner of the Parcel of land described in the Deed from Ray Fitzhugh, et ux, to Henry B. Lewis, et ux, undated and Recorded January 29, 1946 in Book 888 of Official Records, Page 102; thence from said point of beginning North 89° 15' West along the North line of said Lewis parcel (888 OR 102) and along the North line of the parcel of land described in the Deed from George Lytle, et ux, to Henry B. Lewis, et ux, dated March 16, 1945 and Recorded March 29, 1945 in Volume 807 of Official Records at Page 461, 100 feet to the Northwest corner of said Lewis parcel, (807 OR 461); thence South along the West line of said parcel (808 OR 461), 100 feet to the Southeast corner thereof; thence South 89° 15' East along the South line of said Parcel (807 OR 461) and along the South line of said Lewis Parcel (888 OR 102), 100 feet to the Southeast corner of the last mentioned Lewis Parcel (888 OR 102); thence North .along the East line of said Parcel (888 OR 102), 100 feet to the point of beginning.

Excepting therefrom the Northerly 5.00 feet thereof as described as Parcel 3 in Deed from Henry B. Lewis, et ux, et al, to the County of Contra Costa, dated July 23, 1942 and Recorded July 29, 1942 in Book 672 of Official Records, Page 391.

APN: 376-032-007-1

Stipulation for Final Judgment of

**EXHIBIT R**

**Real Property Located at 250 Arana Drive, Martinez, California**

The land referred to is situated in the County of Contra Costa, City of Martinez, State of California, and is described as follows:

Lot 21, Map of Tract 3228, filed on February19, 1984, Map Book 97, Page 27, Contra Costa County Records.

APN: 162-341-021.

Stipulation for Final Judgment of

**EXHIBIT S**

**Real Property Located at 3779 Overlook Court, South Lake Tahoe, California**

The land described herein is situated in the State of California, County of El Dorado, City of South Lake Tahoe, described as follows:

Lot 18 of Heavenly View Terrace, filed in the office of the County Recorder, County of El Dorado, State of California on June 10, 1959 in Book C of Maps at Page 10.

APN: 028-123-018-000

33

Stipulation for Final Judgment of

**EXHIBIT T**

**Real Property Located at 4101 Lake Tahoe Blvd, Unit 217, South Lake Tahoe, California**

Real property in the City of South Lake Tahoe, County of El Dorado, State of California, described as follows:

A CONDOMINIUM CONSISTING OF:

Parcel 1:

Unit 217, consisting of certain air space and elements, as described in the Condominium Plan entitled "Amended and Restated Condominium Plan" ("Condominium Plan"), which Condominium Plan recorded January 26, 2017 as Document No. 2017-0003701 of the Official Records of said County, being a portion of Parcel B, as shown on the map entitled "'Zalanta Resort at the Village", filed on September 12, 2016 in Book J of Maps at Page 149 and amended by map entitled "Amended Final Map, Zalanta Resort at the Village, filed on April 12, 2017 in Book K of Maps at Page 5, El Dorado County Records.

EXCEPTING AND RESERVING THEREFROM, nonexclusive easements for access, ingress, egress, encroachment, maintenance, repair, drainage, support, and for other purposes, all as described in the Declaration referred to below.

Parcel 2:

An undivided 1/35th fee simple interest as tenant-in-common in the Building Common Area (the "Building Common Area") shown on the Condominium Plan entitled "Amended and Restated Condominium Plan", which Condominium Plan recorded January 26, 2017 as Document No. 2017-0003701 of the Official Records of said County, EXCEPTING THEREFROM the following: (a) Units 111 through 115, 211 through 214, 217, 219  through 223, 225 through 229, 311 through 314, 317, 319 through 323, 325 through 329, located thereon, (b) all non-exclusive easements for use, enjoyment, access, ingress, egress, encroachment, maintenance, repair, drainage, support and for other purposes, all as described in the Declaration referred to below, and (c) all exclusive rights for use, possession and enjoyment in and to that portion of said Common Area shown and defined as the "Balcony", Exclusive Use Common Areas on said Condominium Plan.

Parcel 3:

Nonexclusive rights appurtenant to Parcel 1 (one) for access, ingress, egress, encroachment, repair, drainage, support, and for other purposes, all as described in the "Declaration of Covenants, Conditions and Restrictions and Reservation of Easements for Zalanta Resort at the Village" which recorded on October 26, 2016 as Document No. 2016-0051511 of the Official Records of said County, together with any amendments, modifications, or annexations  thereto, as may occur from time to  time ("Declaration").

Parcel 4:

An exclusive right for use, possession and enjoyment for a balcony appurtenant and adjacent to Parcel 1.

APN: 029-660-005-000

34

### EXHIBIT U

**Real Property Located at 4101 Lake Tahoe Blvd, Unit 225, South Lake Tahoe, California**

Real property in the City of South Lake Tahoe, County of El Dorado, State of California, described as follows:

Parcel 1:

Unit 225, consisting of certain air space and elements, as described in the Condominium Plan entitled "Amended and Restated Condominium Plan" ("Condominium Plan"), which Condominium Plan recorded January 26, 2017 as Document No. 2017-0003701 of the Official Records of said County, being a portion of Parcel B, as shown on the map entitled "'Zalanta Resort at the Village", filed on September 12, 2016 in Book J of Maps at Page 149 and amended by map entitled "Amended Final Map, Zalanta Resort at the Village, filed on April 12, 2017 in Book K of Maps at Page 5, El Dorado County Records.

EXCEPTING AND RESERVING THEREFROM, nonexclusive easements for access, ingress, egress, encroachment, maintenance, repair, drainage, support, and for other purposes, all as described in the Declaration referred to below.

Parcel 2:

An undivided 1/35th fee simple interest as tenant-in-common in the Building Common Area (the "Building Common Area") shown on the Condominium Plan entitled "Amended and Restated Condominium Plan", which Condominium Plan recorded January 26, 2017 as Document No. 2017-0003701 of the Official Records of said County, EXCEPTING THEREFROM the following: (a) Units 111 through 115, 211 through 214, 217, 219 through 223, 225 through 229, 311 through 314, 317, 319 through 323, 325 through 329, located thereon, (b) all non-exclusive easements for use, enjoyment, access, ingress, egress, encroachment, maintenance, repair, drainage, support and for other purposes, all as described in the Declaration referred to below, and (c) all exclusive rights for use, possession and enjoyment in and to   that portion of said Common Area shown and defined as the "Balcony",  Exclusive Use Common Areas on said Condominium Plan.

Parcel 3:

Nonexclusive rights appurtenant to Parcel 1 (one) for access, ingress, egress, encroachment, repair, drainage, support, and for other purposes, all as described in the "Declaration of Covenants, Conditions and Restrictions and Reservation of Easements for Zalanta Resort at the Village" which recorded on October 26, 2016 as Document No. 2016-0051511 of the Official Records of said County, together with any amendments,  modifications, or annexations thereto, as may occur from time to  time  ("Declaration").

Parcel 4:

An exclusive right for use, possession and enjoyment for a balcony appurtenant and adjacent to Parcel I (one), which is shown as "EUCA Balcony" on the Condominium Plan, for use as may be permitted in the Declaration.

APN: 029-660-011-000

Stipulation for Final Judgment of

**EXHIBIT V**

**Real Property Located at 7373 E. Clubhouse Drive, Unit 14, Scottsdale, Arizona**

Unit 14, AMENDED AND RESTATED CONDOMINIUM PLAT OF THE BOULDERS CASITAS, according to Amended and Restated Condominium Declaration recorded in Document No. 2014-287000 and Plat recorded in Book 679 of Maps, Page 18, records of Maricopa County, Arizona and thereafter Affidavit of Correction recorded in Document No 2004-490359;

TOGETHER WITH an undivided interest in the common elements as set forth in said Declaration and Plat and any Annexations thereto.

APN: 216-33-865

36

## EXHIBIT W

### 1619 Greenside Drive, Round Rock, Texas

Lot 23, Block 1, of Teravista Section 15B, a subdivision in Williamson County, Texas, according to the map or plat thereof, recorded in Cabinet DD, Slide 18, Plat Records, Williamson County, Texas.

Parcel Number: R487087

37

**EXHIBIT X**

**140 Mason Circle, Concord, California**

Lot 18, Map of Subdivision 5994, filed January 6, 1982, Map Book 262, Page 8, Contra Costa County Records.

Excepting therefrom: the rights reserved in the deed from Marshall McKean, et ux recorded September 23, 1952, Book 1995 Official Records, Page 593, as follows:

"All oil, gas, casinghead gasoline and other hydrocarbons and mineral substances in, on and under said land, or that may be produced, recovered or saved from said land with the right to enter on said property for the purposes of exploring, taking, removing, disposing, mining and operating for oil, gas and other hydrocarbon and mineral substances and all rights reasonably incident to such purposes."

The rights of entry thereunder were restricted to certain locations by agreement to restrict entry rights, recorded October 16, 1981, Book 10538 Official Records, Page 989, and as re-recorded January 18, 1982, Book 10646 Official Records, Page 85.

Also excepting therefrom:

Mineral rights recorded in book 2032, page 551 of official records and mineral and access rights recorded in book 2165, page 26 of official records.

APN: 159-070-031-4

38

**EXHIBIT Y**

**4901 Park Road, Benicia, California**

The following described property in the city of Benicia County of Solano, State of California:

New parcel A as shown on exhibit A Sub-parcel 1 (insight) on certificate of compliance lot line adjustment as evidenced by document recorded September 13, 2004 as Instrument No. 2004-128987 of official records being more particularly described as follows:

Beginning at the most northeasterly corner of parcel 5-1A-1 as shown on the parcel map filed April 18, 1973 in Book 7 of parcel maps at Page 45, Solano County Records, and being the true point of beginning for "new parcel one" as shown on the lot line adjustment filed February 25, 2004 as document no. 200400021070, Solano County Records; thence south 24° 05' 00" east, 369.91 feet to the beginning of a curve concave to the west having a radius of 78 feet; thence southerly along the curve, 76.63 feet through a central angle of 56° 17' 17"; thence south 32° 12' 17" west 462.49 feet; thence north 57° 47' 43" west 591 feet; thence north 32° 12' 17" east 48.67 feet; thence north 39° 44' 26" east 122 feet; thence north 32° 12' 17" east 119.05 feet to the beginning of a curve concave to the southeast having a radius of 493.34 feet; thence northeasterly along the curve 290.27 feet through a central angle of 33° 42' 43"; thence north 65° 55' 00" east 224.62 feet; thence south 24° 05'00" east 30 feet to the point of beginning.

APNs: 0080-060-360-01 and 0080-060-400-01

39

Stipulation for Final Judgment of