# EXHIBIT D

**CTBC BANK**

**LOAN SERVICES DEPARTMENT**
17851-A3 Colima Road, City of Industry, CA 91748
FAX: 626-965-3429

# PAYOFF DEMAND

PARK ROAD LLC
4021 PIKE LANE LLC
2750 MAXWELL WAY, LLC
4901 PARK ROAD
BENICIA, CA 94510

ATTN:
Fax No:

Date: 4/25/2019
Loan No.: 3287600000, 3316600000, 3319300000
Escrow No.:
Borrower: PARK ROAD LLC
4021 PIKE LANE LLC
2750 MAXWELL WAY, LLC
Property Address: 4901 PARK ROAD, BENICIA, CA 94510
4021 PIKE LANE, CONCORD, CA 94520
2750 MAXWELL WAY, FAIRFIELD, CA 94534

| | | |
|---|---|---|
| UNPAID PRINCIPAL BALANCE | $ | 16,441,637.76 |
| Interest Accrual to: 5/15/2019 | $ | 370,665.74 |
| Miscellaneous Fees | $ | 29,751.76 |
| Estimated Legal Fee | $ | 250,000.00 |
| **Total** | $ | **17,092,055.26** |

Plus interest on the sum of **$17,092,055.26** at **$2,626.10** per day from and including **5/15/2019** to date your funds reach our office during regular business hours.

Borrower is expected to continue making the regularly scheduled payments on the loan until this Payoff Demand has been processed and full repayment of the loan has been received as detailed above. Late fees will be assessed and added to the Total Payoff amount for any missed payments.

While payoff is in process, for the above referenced loan, in addition to the fees set out above you will add **$25.00** for each amended payoff we furnish you. Forwarding fee and Demand fee must be paid even if your payoff is canceled. We are to be at no expense in connection with your escrow. This payoff demand statement is good for **30 days** as long as the above balance remains the same. CTBC Bank Corp. (USA) shall have the right at its option to declare all sums secured hereby due and payable. CTBC Bank Corp. (USA) reserves the right to amend or cancel its instructions at any time prior to payment of this demand.

Upon receipt of good funds**, CTBC Bank Corp. (USA) will execute & deliver to: **PARK ROAD LLC, 4021 PIKE LANE LLC & 2750 MAXWELL WAY, LLC** all documents reasonably requested, to evidence CTBC Bank Corp. (USA)'s release and termination of its lien(s) and security interest in the collateral for the loan. **We will forward the executed release document(s) for your recording unless a recording fee is collected as indicated above.**

Wire remittance** must be received by 2:00 P.M. Standard Local Time to be processed the same day. When payment is made by Cashier's Check, the check must be received before 4:00 P.M. Standard Local Time to be considered payment on the same day ("Payment Day"). If check is received after 4:00 P.M., the check is considered received on the next business day and payment is effective on that payment day. The total payoff amount as shown only reflects accrued interest up to date of this letter; interest of additional day(s), including banking holiday(s), Saturdays and Sundays, to Payment Day shall be added to the payoff amount.

**\*\*Our Wire Instructions**
**Bank: CTBC Bank Corp. (USA)**
**ABA:**
Also include the Borrower's name *4021 PIKE LANE LLC, 2750 MAXWELL WAY, LLC*, loan number *3287600000, 3316600000 & 3319300000*, and the name & address of the Originator on the wire instructions.

For confirmation of final payoff figures, please contact Loan Services Department /Manolo Sanchez at (424) 277-4599 or fax at (626) 965-3429. Keep in mind that this is required prior to payoff.

**\*\*CTBC Bank Corp. (USA) expects to receive Good Funds via Wire Funds Transfer.**

CTBC Bank Corp. (USA)

By: _____
**Agnes Hsu, FVP & Loan Services Manager**

By: _____
**Jenhue Hsiao, VP & Loan Portfolio Officer**

Version 2017.01

**CTBC BANK**

LOAN SERVICES DEPARTMENT
17851-A3 Colima Road, City of Industry, CA 91748
FAX: 626-965-3429

# PAYOFF DEMAND

2750 MAXWELL WAY, LLC
4901 PARK ROAD
BENICIA, CA 94510
ATTN:
Fax No:

Date: 5/2/2019
Loan No.: 3319300000
Escrow No.:
Borrower: **2750 MAXWELL WAY, LLC**
Property Address: 2750 MAXWELL WAY
FAIRFIELD, CA 94534

| | |
|---|---|
| UNPAID PRINCIPAL BALANCE | $ 5,523,334.72 |
| Interest Accrual to: 5/15/2019 | $ 154,134.29 |
| Miscellaneous Fees | $ 12,387.76 |
| **Total** | $ **5,689,856.77** * Estimated legal fee not included. |

Plus interest on the sum of **$5,689,856.77** at **$882.20** per day from and including **5/15/2019** to date your funds reach our office during regular business hours.

Borrower is expected to continue making the regularly scheduled payments on the loan until this Payoff Demand has been processed and full repayment of the loan has been received as detailed above. Late fees will be assessed and added to the Total Payoff amount for any missed payments.

While payoff is in process, for the above referenced loan, in addition to the fees set out above you will add **$25.00** for each amended payoff we furnish you. Forwarding fee and Demand fee must be paid even if your payoff is canceled. We are to be at no expense in connection with your escrow. This payoff demand statement is good for **30 days** as long as the above balance remains the same. CTBC Bank Corp. (USA) shall have the right at its option to declare all sums secured hereby due and payable. CTBC Bank Corp. (USA) reserves the right to amend or cancel its instructions at any time prior to payment of this demand.

Upon receipt of good funds**, CTBC Bank Corp. (USA) will execute & deliver to: **2750 MAXWELL WAY, LLC** all documents reasonably requested, to evidence CTBC Bank Corp. (USA)'s release and termination of its lien(s) and security interest in the collateral for the loan. **We will forward the executed release document(s) for your recording unless a recording fee is collected as indicated above.**

Wire remittance** must be received by 2:00 P.M. Standard Local Time to be processed the same day. When payment is made by Cashier's Check, the check must be received before 4:00 P.M. Standard Local Time to be considered payment on the same day ("Payment Day"). If check is received after 4:00 P.M., the check is considered received on the next business day and payment is effective on that payment day. The total payoff amount as shown only reflects accrued interest up to date of this letter; interest of additional day(s), including banking holiday(s), Saturdays and Sundays, to Payment Day shall be added to the payoff amount.

**\*\*Our Wire Instructions**
**Bank: CTBC Bank Corp. (USA)**
**ABA:** [redacted]
Also include the Borrower's name 2750 MAXWELL WAY, LLC, loan number 3319300000, and the name & address of the Originator on the wire instructions.

For confirmation of final payoff figures, please contact Loan Services Department /Manolo Sanchez at (424) 277-4599 or fax at (626) 965-3429. Keep in mind that this is required prior to payoff.

**\*\*CTBC Bank Corp. (USA) expects to receive Good Funds via Wire Funds Transfer.**

CTBC Bank Corp. (USA)

By: _____
**Agnes Hsu, FVP & Loan Services Manager**

By: _____
**Jenhue Hsiao, VP & Loan Portfolio Officer**

Version 2017.01

**CTBC BANK**
*We Care Family*

**LOAN SERVICES DEPARTMENT**
17851-A3 Colima Road, City of Industry, CA 91748
FAX: 626-965-3429

# PAYOFF DEMAND

| | |
|---|---|
| 4021 PIKE LANE LLC<br>4901 PARK ROAD<br>BENICIA, CA 94510<br>ATTN:<br>Fax No: | Date: 5/2/2019<br>Loan No.: 3316600000<br>Escrow No.:<br>Borrower: **4021 PIKE LANE LLC**<br>Property Address: 4021 PIKE LANE<br>CONCORD, CA 94520 |

| | |
|---|---:|
| UNPAID PRINCIPAL BALANCE | $ 3,887,111.42 |
| Interest Accrual to: **5/15/2019** | $ 31,053.92 |
| Miscellaneous Fees | $ 3,730.24 |
| **Total** | $ <u>3,921,895.58</u> *Estimated legal fee not included. |

Plus interest on the sum of **$3,921,895.58** at **$620.86** per day from and including **5/15/2019** to date your funds reach our office during regular business hours.

Borrower is expected to continue making the regularly scheduled payments on the loan until this Payoff Demand has been processed and full repayment of the loan has been received as detailed above. Late fees will be assessed and added to the Total Payoff amount for any missed payments.

While payoff is in process, for the above referenced loan, in addition to the fees set out above you will add **$25.00** for each amended payoff we furnish you. Forwarding fee and Demand fee must be paid even if your payoff is canceled. We are to be at no expense in connection with your escrow. This payoff demand statement is good for **30 days** as long as the above balance remains the same. CTBC Bank Corp. (USA) shall have the right at its option to declare all sums secured hereby due and payable. CTBC Bank Corp. (USA) reserves the right to amend or cancel its instructions at any time prior to payment of this demand.

Upon receipt of good funds**, CTBC Bank Corp. (USA) will execute & deliver to: **4021 PIKE LANE LLC** all documents reasonably requested, to evidence CTBC Bank Corp. (USA)'s release and termination of its lien(s) and security interest in the collateral for the loan. **We will forward the executed release document(s) for your recording unless a recording fee is collected as indicated above.**

Wire remittance** must be received by 2:00 P.M. Standard Local Time to be processed the same day. When payment is made by Cashier's Check, the check must be received before 4:00 P.M. Standard Local Time to be considered payment on the same day ("Payment Day"). If check is received after 4:00 P.M., the check is considered received on the next business day and payment is effective on that payment day. The total payoff amount as shown only reflects accrued interest up to date of this letter; interest of additional day(s), including banking holiday(s), Saturdays and Sundays, to Payment Day shall be added to the payoff amount.

**\*\*Our Wire Instructions**
**Bank: CTBC Bank Corp. (USA)**
**ABA:** ▮▮▮▮▮
Also include the Borrower's name *4021 PIKE LANE LLC*, loan number *3316600000* and the name & address of the Originator on the wire instructions.

For confirmation of final payoff figures, please contact Loan Services Department /Manolo Sanchez at (424) 277-4599 or fax at (626) 965-3429. Keep in mind that this is required prior to payoff.

**\*\*CTBC Bank Corp. (USA) expects to receive Good Funds via Wire Funds Transfer.**

CTBC Bank Corp. (USA)

By: _____        By: _____
**Agnes Hsu, FVP & Loan Services Manager**        **Jenhue Hsiao, VP & Loan Portfolio Officer**

**CTBC BANK**
LOAN SERVICES DEPARTMENT
17851-A3 Colima Road, City of Industry, CA 91748
FAX: 626-965-3429

# PAYOFF DEMAND

PARK ROAD LLC
4901 PARK ROAD
BENICIA, CA 94510
ATTN:
Fax No:

Date: 5/2/2019
Loan No.: 3287600000
Escrow No.:
Borrower: **PARK ROAD LLC**
Property Address: 4901 PARK ROAD
BENICIA, CA 94510

| | |
|---|---|
| UNPAID PRINCIPAL BALANCE | $ 7,031,191.62 |
| Interest Accrual to: 5/15/2019 | $ 185,477.53 |
| Miscellaneous Fees | $ 13,633.76 |
| **Total** | $ **7,230,302.91** *Estimated legal fee not included. |

Plus interest on the sum of **$7,230,302.91** at **$1,123.04** per day from and including **5/15/2019** to date your funds reach our office during regular business hours.

Borrower is expected to continue making the regularly scheduled payments on the loan until this Payoff Demand has been processed and full repayment of the loan has been received as detailed above. Late fees will be assessed and added to the Total Payoff amount for any missed payments.

While payoff is in process, for the above referenced loan, in addition to the fees set out above you will add **$25.00** for each amended payoff we furnish you. Forwarding fee and Demand fee must be paid even if your payoff is canceled. We are to be at no expense in connection with your escrow. This payoff demand statement is good for **30 days** as long as the above balance remains the same. CTBC Bank Corp. (USA) shall have the right at its option to declare all sums secured hereby due and payable. CTBC Bank Corp. (USA) reserves the right to amend or cancel its instructions at any time prior to payment of this demand.

Upon receipt of good funds**, CTBC Bank Corp. (USA) will execute & deliver to: **PARK ROAD LLC** all documents reasonably requested, to evidence CTBC Bank Corp. (USA)'s release and termination of its lien(s) and security interest in the collateral for the loan. **We will forward the executed release document(s) for your recording unless a recording fee is collected as indicated above.**

Wire remittance** must be received by 2:00 P.M. Standard Local Time to be processed the same day. When payment is made by Cashier's Check, the check must be received before 4:00 P.M. Standard Local Time to be considered payment on the same day ("Payment Day"). If check is received after 4:00 P.M., the check is considered received on the next business day and payment is effective on that payment day. The total payoff amount as shown only reflects accrued interest up to date of this letter; interest of additional day(s), including banking holiday(s), Saturdays and Sundays, to Payment Day shall be added to the payoff amount.

**\*\*Our Wire Instructions**
**Bank: CTBC Bank Corp. (USA)**
**ABA:**
Also include the Borrower's name *PARK ROAD LLC*, loan number *3287600000*, and the name & address of the Originator on the wire instructions.

For confirmation of final payoff figures, please contact Loan Services Department /Manolo Sanchez at (424) 277-4599 or fax at (626) 965-3429. Keep in mind that this is required prior to payoff.

**\*\*CTBC Bank Corp. (USA) expects to receive Good Funds via Wire Funds Transfer.**

CTBC Bank Corp. (USA)

By: _____
**Agnes Hsu, FVP & Loan Services Manager**

By: _____
**Jenhue Hsiao, VP & Loan Portfolio Officer**

Version 2017.01