# EXHIBIT E



**U.S. Department of Justice**

United States Marshals Service

*Asset Forfeiture Division*

*Arlington, VA*

May 8, 2019

AUSA Kevin Khasigian
Eastern District of California
5011 I Street Suite 10-100
Sacramento, CA 95814

AUSA Khasigian,

The Attorney General has delegated to the United States Marshals Service ("USMS") the responsibility for "maintenance of custody, management control, and disposal of property or money seized or forfeited pursuant to any law enforced or administered by the Department of Justice . . . ." 28 C.F.R. § 0.111(i). In support of that mission, the USMS created the Asset Forfeiture Division ("AFD") which is dedicated to the task of management and disposition of assets subject to forfeiture. To achieve that end, the USMS employs 79 employees and contractors, who report to AFD at USMS headquarters. Further, AFD employs District Asset Forfeiture Coordinators at our 93 District Offices. AFD uses these in-house experts and its national real property Contractor, Colliers International, in furtherance of its legal obligation to oversee and dispose of each forfeited asset in a commercially feasible manner as required by 18 U.S.C. § 1963(f).

Colliers is a publicly traded company with approximately 17,300 employees in more than 400 offices in 68 countries managing two billion square feet of real property and generating revenues of $3.3 billion. *See* Colliers International 2018 Annual Report, attached hereto. Colliers provides services to commercial real estate users, owners, investors and developers, including property management, valuation, and disposal. Included in Colliers portfolio are almost 500 properties being managed on behalf of the USMS.

With decades of experience managing commercial and residential real property, there is little the USMS and Colliers International have not seen and cannot handle. Once an order is issued the USMS responds to take custody within 24 hours by alerting Colliers who immediately acts as our representative. Colliers provides all necessary services through their network of employees and subcontractors. Property managers, lawn and yard maintenance, snow removal, swimming pool maintenance, health and safety repairs, such as swimming pool covers, or replacing broken windows or stair railings, electrical and plumbing, roofs, and maintaining HOA requirements. On the commercial side, maintaining common areas, roofs, gutters downspouts, HVAC systems, and so on.

Of the properties managed by the USMS, some are in custody only, wherein we manage, maintain, collect rent, and protect the properties while awaiting the final outcome of the forfeiture proceedings or interlocutory sales order allowing us to move to the sale process.  Other properties are going through the marketing process while we clear title defects and cure items related to environmental concerns or property boundary/encroachment issues wherein a survey may be necessary.

Colliers has been on board with the USMS for about eleven months now and our marketing times have been reduced significantly.  Once a property is stabilized, that is inspected, cleaned, cleared for health and safety, and brought up to market standards, it is listed with the most appropriate broker for that property *in that market.*  For instance if it is a $40 million property, a broker specializing in expensive property in that local market is chosen for their expertise and performance record. If the subject property is a $500,000 home in Martinez, California, the same process is completed using a local market specialist in mid-market residential property.  Colliers does not personally list the properties outside of their scope of expertise.  Instead, they hire the best available from the marketplace for the highest return, even if that expert is otherwise a competitor.  Colliers has demonstrated a commitment to providing the United States the highest return.  Colliers is presently selling our residential homes at an average of 96.87% of appraised value, and on multi-family and commercial properties they average over 100%.  Average time on the market from Listing to closing is 90 days or less.  These facts represent a significant standing at the top end of the industry.

Colliers would be happy to provide a representative to appear on behalf of your office in any court proceeding to allow the opposition to ask questions of their experience and ability to perform.

Please let me know if we can provide any other assistance or information.


Regards,

/s/

Wesley C Newbold
Chief
Asset Management
US Marshals Service


Attachment:
        Colliers International 2018 Annual Report



# Real Property Forfeiture Support Services

May 3, 2019



## Our Mission

### A Growing Global Leader

To assist the USMS **in achieving** its ongoing asset life-cycle responsibilities for all real property seized, restrained or forfeited through the AFF by providing the services of a **dedicated team** comprised of **accountable**, **trusted advisors** with an **established track record of success**.





# Colliers USMS Track Record
## Marketing and Disposition Results Since May 2018

|  | Total Properties | Sales Volume ($) | Avg. Sale Price ($) | Appraised Value ($) | Sale Price as % of AV |
|---|---|---|---|---|---|
| Closed Deals | 291 | $105.5M | $362K | $108.9M | 96.87% |
| Under Contract | 61 | $23.3M | $382K | $22.4M | 103.89% |
| Pending Contract | 8 | $3.2M | $403.5K | $3M | 105.39% |
| Listed | 275 | N/A | N/A | N/A | N/A |
| **TOTALS** | **635** | **$132.0M** | **$382.5K** | **$134.3M** | **102.05%** |

- **Average of 40 sales per month to date in 2019**
- **Average of 116.9 days from custody to sale**



# Colliers USMS Track Record
## Sales by Property Type Since May 2018





# Colliers USMS Track Record
## National Sales Since May 2018





# Colliers USMS Track Record

## Custody Orders Since May 2018



Custody Orders Placed: 701
Custody Actions Completed: 608



# Colliers USMS Track Record
## Properties Under Management



Properties Currently
Under Management:
454



# Colliers 8 Step Marketing and Disposition Process

## Customized to USMS Requirements Based on Experience



## Colliers Core business is Real Estate!

Average of 117 days from custody to sale



# Colliers Government Track Record
## Long Term Experience



| | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|
| SFR 1-4 | $- | $3,289,40 | $12,835,9 | $11,278,6 | $2,750,91 | $2,777,52 | $3,786,52 | $1,578,30 |
| Land | $226,000. | $6,333,20 | $17,603,9 | $13,801,6 | $18,420,9 | $14,723,4 | $23,511,7 | $1,430,23 |
| Commercial | $705,000. | $15,652,7 | $51,329,0 | $30,054,7 | $42,629,8 | $24,389,4 | $7,669,88 | $12,356,8 |
| Multi-Family | $512,347. | $739,645. | $177,600. | $747,000. | $378,500. | $749,300. | $1,122,00 | $467,355. |
| % of A.V. | 98.96% | 93.05% | 85.78% | 82.98% | 84.69% | 80.33% | 86.83% | 84.32% |



# Colliers Government Track Record

## Assets over the last 7 years in the United States, PR & Mexico

**Puerto Rico**



# Colliers Government Solutions

Colliers' support services on a national basis for multiple property types and sizes include:

- Portfolio Asset Management
- Property Management
- Asset Marketing & Disposition
- Leasing
- Title Research & Clearing
- Property Tax Appeal

**ORE Portfolio Property Types:**



**Big or Small – Colliers Does It All!**

# Colliers Government Solutions
## Core Services

Our professionals span multiple disciplines, but we work as a team to provide our clients with solutions tailored to the unique and often complex requirements of government properties.



Leasing



Marketing & Sales



Asset Management



Appraisal and Tax Appeal



# Large Complex Properties
## Colliers National Practice Groups

We leverage the relationships and expertise of specialized practice groups with members nationwide to handle an array of large complex properties.


AUTOMOTIVE RETAIL SERVICES


ASSET RESOLUTION TEAM


EDUCATION SERVICES


ENERGY


FOOD ADVISORY


GOLF COURSE ADVISORY


GOVERNMENT SOLUTIONS


HEALTHCARE INVESTMENT SERVICES


HEALTHCARE SERVICES


HOTELS


INSTITUTIONAL OFFICE LEASING


JAPAN DESK


LAND ADVISORY


LAW FIRM SERVICES


LIFE SCIENCES


LOGISTICS AND TRANSPORTATION SOLUTIONS


NET LEASE


OCCUPIER SERVICES


PRIVATE EQUITY


SENIOR HOUSING


STUDENT HOUSING


SUSTAINABILITY


TECHNOLOGY SOLUTIONS


TRANSIT-ORIENTED DEVELOPMENT



# Why Colliers

## A Growing Global Leader



**$3.3B**
ANNUAL
REVENUE

**68**
COUNTRIES

**$26B+**
ASSETS UNDER
MANAGEMENT

**17,000+**
PROFESSIONALS

**2B**
SQ. FT.
MANAGED

**69,000**
TOTAL
TRANSACTIONS

**$127B**
TRANSACTION
VALUE

All statistics are for 2018, are in U.S. dollars and include affiliates.



# Proven, Focused, Committed

## Colliers is ready to do all that is necessary to serve the USMS.

- Proven track record.

- Understanding of USMS' needs and goals.

- Experienced and accountable.

- Scalable, responsive team with capacity and capability of providing measurable, successful results.



## We're already ready.



## ASSET FORFEITURE DIVISION



**Colliers INTERNATIONAL**

## PROPERTY DISPOSITION CASE STUDY
## CATS ID: 17-FBI-003503
## 728 CARRIAGE HOUSE DRIVE, ARCADIA, CA 91006

SALE PRICE: $3,010,000

100% OF AV

SIZE: 5,599 SF

TYPE: RESIDENTIAL

SALE DATE: 3/4/2019

### CHALLENGE

Upon transfer from the US Marshals' former real estate contractor, the Colliers Disposition team determined that this high value asset was not being marketed to maximize value because of the poor condition of the house. Offers under the prior contractor were in the range of $2.7 million or below despite an appraisal value of $3 million.  Colliers worked with its local broker to determine the necessary maintenance and repair costs, which totaled approximately $54,000. Upon approval by USMS, and at the direction of Colliers, the local broker coordinated with contractors to have the maintenance and repairs completed as quickly as possible to enable the property to be placed back on the market.  In addition, once work was completed, the local broker "staged" the house for a cost of approximately $6,000 in anticipation of the high-end re-marketing launch. Staging is a technique utilized by brokers on high-end homes to convey a finished look to sophisticated buyers thereby increasing market appeal.

### RESULTS

Once work and staging was completed, the property was placed back on the market.  Five offers, all above $2,900,000, were generated through a comprehensive marketing process over several months. In January, a buyer was selected at a price of $3,010,000 and the property was placed under contract. The sale was completed in early March at a price approximately $310,000 higher than offers under the prior contractor, resulting in additional net of approximately $250,000 based on maintenance, repair and staging costs of close to $60,000.

**Through the Colliers team's recommended approach and efforts, and working in conjunction with the Marshals office, approximately $250,000 in additional net proceeds were generated for the Asset Forfeiture Fund.**

# Before:

























































## After:

















































