THORSTEN J. PRAY, ESQ. (#158034)
LAW OFFICE OF THORSTEN J. PRAY
2800 PLEASANT HILL ROAD, SUITE 100
PLEASANT HILL, CAL. 94523
(925) 385-8248

IN ASSOCIATION WITH:

KEVIN S. EIKENBERRY, ESQ. (#103303)
EIKENBERRY LAW FIRM
1470 MARIA LANE, SUITE 440
WALNUT CREEK CALIFORNIA 94596
(925) 933-2161

Attorneys for Claimant
DAYSH DEVELOPMENTS, INC., dba
CALIFORNIA RETAINING WALLS COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>REAL PROPERTY LOCATED AT 5383 STONEHURST DRIVE, MARTINEZ, CONTRA COSTA COUNTY, CALIFORNIA, A.P.N.: 367-230-018-7, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET. AL.,<br><br>    Defendants. | CASE NO. 2:19-CV-00636-JAM-DB<br><br>CLAIM OF DAYSH DEVELOPMENTS, INC., dba CALIFORNIA RETAINING WALLS COMPANY TO REAL PROPERTY LOCATED AT 315 SUMMERHILL LANE, MARTINEZ, CONTRA COSTA COUNTY, CALIFORNIA, A.P.N.: 367-240-008-6, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO |

1



# CLAIM FORM

## YOU MUST COMPLETE <u>ALL</u> PARTS OF THIS FORM FOR THE ASSETS YOU ARE CLAIMING.

**Note**: There is no legal form or format required for filing a claim; this document is provided for your convenience. Please visit https://www.forfeiture.gov/FilingClaim.htm for more specific guidance on filing your claim with the appropriate seizing agency.

**Frivolous Claim Statement**: If a court finds that a claimant's assertion of an interest in property was frivolous, the court may impose a civil fine. Title 18 United States Code, Subsection 983(h). A false statement or claim may subject a person to criminal prosecution under Title 18 United States Code, Sections 1001 and 1621.

**Privacy Act Notice**: The Department of Justice is collecting this information for the purpose of processing your claim. Providing this information is voluntary; however, the information is necessary to process your application. Information collected is covered by Privacy Act System of Records Notice Department of Justice (DOJ), DOJ-002-DOJ Computer Systems Activity & Access Records, Federal Register (71 FR 29170). This information may be disclosed to contractors when necessary to accomplish an agency function, to law enforcement when there is a violation or potential violation of law, or in accordance with other published routine uses. For a complete list of routine uses, see the system of records notice listed above.

## SECTION I – CONTACT INFORMATION

| CLAIMANT INFORMATION | |
|---|---|
| **Claimant/Contact Name:** (Last, First)<br><br>Mitchel, Toni (Manager, Secretary and Treasurer) | |
| **Business/Institution Name:** (if applicable)<br>Daysh Developments, Inc., dba California Retaining Walls Company | **Prisoner ID:** (if applicable)<br>NA |
| **Address:** (Include Street, City, State, and Zip Code)<br><br>865 Teal Drive, Benicia, Cal. 94510 | |
| **Social Security Number/Tax Identification Number:** (Enter N/A if you do not have one)<br>68-010-3595 | |
| **Please provide an explanation why you do not have a Social Security Number, if above is N/A:** | |
| **Phone:** (optional)<br>(707) 745-0200 | **Email:** (optional)<br>toni@calwalls.com |
| ATTORNEY INFORMATION (if applicable) | |
| **Attorney Name:** (Last, First)<br>Pray, Thorsten J.; Eikenberry, Kevin S. | |
| **Attorney Title:** | |
| **Firm Name:** (if applicable)<br>L.O. Thorsten J. Pray; Eikenberry Law Firm | |
| **Attorney Address:** (Include Street, City, State, and Zip Code)<br>Thorsten J. Pray, Esq., 2800 Pleasant Hill Road, #100, Pleasant Hill, Cal. 94523<br>Kevin S. Eikenberry, Esq., 1470 Maria Lane, #440, Walnut Creek, Cal. 94956 | |
| **Are you an attorney filing this claim on behalf of your client?   X** YES   ☐ NO | |
| **Attorney Phone:** (optional)<br>**(925) 385-8248; (925) 933-2161** | **Attorney Email:** (optional)<br>thorstenjpray@gmail.com;<br>kevin@eikenberrylawfirm.com |

*If any of this information changes, you are responsible for notifying the agency of the new information.*

## SECTION II – ASSET LIST

*List each asset ID and asset description that you are claiming.*

| # | Asset ID | Asset Description |
|---|---|---|
| | A.P.N.: 367-240-008-6<br>Asset ID is unknown | Real property – 315 Summerhill Lane, Martinez, Contra Costa County, Cal. 94553 |
| | | |
| | | |
| | | |
| | | |

## SECTION III – INTEREST IN PROPERTY

*Identify your interest in each of the assets you are claiming. If you are filing for multiple assets and the responses are not the same for each asset, please print out multiple copies of this page to submit with the claim. If you have documentation that supports your interest in the claimed assets (e.g., bill of sale, retail installment agreements, contracts, titles or mortgages), please include copies of the documents with the submission of the claim.*

| INTEREST IN PROPERTY INFORMATION | |
|---|---|
| **Asset ID** | **Asset Description** |
| A.P.N.: 367-240-008-6 Asset ID unknown | Claimant has a Mechanics Lien in the real property known as 315 Summerhill Lane, Martinez, Contra Costa County, Cal., A.P.N.: 367-240-008-6 that secures an unpaid debt in the principal amount of $429,120.75, plus interest at the legal rate and costs in an amount subject to proof. |
| | |

**In the space below, please explain why you have a valid, good faith, and legally recognizable interest in this asset**:

Claimant is the Plaintiff in the Complaint filed on 2-25-2019 as Case No. C19-00386 of the Contra Costa County Superior Court and through said Complaint seeks, among other things, to foreclose a Mechanics Lien held by Claimant in the 315 Summerhill Lane, Martinez, Cal. property ("property"). A true and correct copy of said Complaint (plus Exhibits attached thereto) is attached hereto as Exhibit "1". A true and correct copy of a Lis Pendens recorded against the property on said Complaint on 2-26-2019 as Instrument # 2019-0025911-00 of the Contra Costa County Recorder's Office is attached hereto as Exhibit "2". The Mechanics Lien held by Claimant was recorded on December 28, 2018 as Instrument No. 2018-0207684-00 of the Contra Costa County Recorder's Office and secures an unpaid debt in the principal amount of $429,120.75, plus interest at the legal rate and costs in an amount subject to proof for work, materials and improvements provided by Claimant, beginning on July 18, 2018 and continuing through December 19, 2018. Claimant's Mechanics Lien in the property has priority from July 18, 2018, attached to the property on that date and has priority over all other interests in the property arising subsequent to the attachment of Claimant's Mechanics Lien (Govt. Code Section 7170(b); Civil Code Section 8450(a)(1)&(a)(2). The work, materials and improvements were provided and performed pursuant to written contracts with the reputed owner(s) of the property, Dog Blue Properties and D Dog Properties, whose addresses are 4901 Park Road, Benicia, Cal. (See Cal. Civil Code Section 8416(a)(2)).

**In the space below, please list any documents you are including in support of your interest in the asset(s).   If none are included, please explain why.**

See Exhibit "1" and the Exhibits attached thereto

See Exhibit "2" attached hereto.

Further, records of Claimant evidencing the work, materials and improvements provided by Claimant to the property from July 18, 2018 forward evidence, establish and support Claimant's Mechanics Lien in the property. Said records can be produced in this action if necessary.

## SECTION IV – RECOVERY OF LOSS

*Complete this section for assets you have recovered all or a portion of your losses either via an insurance claim and/or via some other source of recovery.  If you have more recovery of loss information than may fit on this page, print out multiple copies of this page to attach with the claim and indicate which assets apply to each page. If you have not received any recovery of your losses, then leave this section blank.*

| RECOVERY OF LOSS INFORMATION | |
|---|---|
| Asset ID | Asset Description |
|  |  |
|  |  |

| INSURANCE CLAIM INFORMATION (if applicable) | |
|---|---|
| **Name of Insured:** (Last, First) | |
| **Policy Number:** | **Claim Number:** |
| **Name of Insurance Company:** | **Name of Insurance Agent:** (Last, First) |
| **Insurance Company Address:** (Include Street, City, State, and Zip Code) | |
| **Phone:** (optional) | **Email:** (optional) |
| **Have you received compensation from the insurance company?**  ☐ YES      ☐ NO | **Amount of Compensation:** |

**If other sources of recovery exist (e.g., restitution, returns on investment or other settlements), please list and describe the details below.**

| OTHER SOURCE(S) OF RECOVERY (if applicable) | |
|---|---|
| **Source of Recovery 1:** | **Amount of Recovery:** |
| **Source of Recovery 2:** | **Amount of Recovery:** |

**In the space below, please list any documents you are including in support of your claim of recovery of loss.  If none are included, please explain why.**

## SECTION V – DECLARATION

*The following declaration must be completed by the claimant.*

I attest and declare under penalty of perjury that my claim is not frivolous and the information provided in support of my claim is true and correct to the best of my knowledge and belief.

_____
Signature

**TONI MITCHEL**
_____
Printed Name

6/19/19
_____
Date

If a court finds that a claimant's assertion of an interest in property was frivolous, the court may impose a civil fine. Title 18 United States Code, Subsection 983(h). A false statement or claim may subject a person to criminal prosecution under Title 18 United States Code, Sections 1001 and 1621.

Exhibit 1

1

2 Thorsten J. Pray (S.B.N. 158034)
Law Office of Thorsten J. Pray
3 2800 Pleasant Hill Rd. Suite 100
Pleasant Hill, Ca. 94523
4 (925) 395-8248
thorstenjpray@gmail.com
5

6 Attorney for Plaintiff Daysh Developments, Inc.
dba California Retaining Walls Company
7

8

FILED

2019 FEB 25  A 11: 35

KATE BIEKER
CLERK OF THE SUPERIOR COURT
COUNTY OF CONTRA COSTA, CA
BY: D. WAGNER

9             SUPERIOR COURT OF THE STATE OF CALIFORNIA

10             FOR THE COUNTY OF CONTRA COSTA

11

12

| | |
|---|---|
| 13 DAYSH DEVELOPMENTS, INC. DBA CALIFORNIA RETAINING WALLS 14 COMPANY, <br><br> 15        Plaintiff, <br><br> 16 vs. <br><br> 17 JEFFREY CARPOFF AND PAULETTE 18 CARPOFF, D DOG PROPERTIES, FRANCHISE TAX BOARD OF STATE OF 19 CALIFORNIA, CITY OF MARTINEZ, CALIFORNIA, CLIFF SWISHER CUSTOM 20 CONCRETE, INC., NATIVE SON'S 21 LANDSCAPING, INC., CEMEX CONSTRUCTION MATERIALS, INC., HD 22 SUPPLY CONSTRUCTION SUPPLY 23 GROUP, INC. DBA HD SUPPLY CONSTRUCTION AND INDUSTRIAL 24 WHITE CAP AND DOES 1-75, INCLUSIVE <br><br> 25       Defendant | Case No.: **C19 - 00386** <br><br> **COMPLAINT TO FORECLOSE MECHANIC'S LIEN; FOR BREACH OF CONTRACT; PROMPT PAYMENT STATUTE VIOLATIONS; UNJUST ENRICHMENT AND QUANTUM MERUIT** <br><br> PER LOCAL RULE, THIS CASE IS ASSIGNED TO DEPT *39* FOR ALL PURPOSES. |

26

27

28

COMPLAINT  -1-

Plaintiff Daysh Developments, Inc. dba California Retaining Walls Company alleges as follows:

### General Allegations

1. Plaintiff Daysh Developments, Inc. dba California Retaining Walls Company is, and at all times relevant to this action was, a corporation organized and existing under the laws of the state of California, in good standing, and a duly licensed general engineering contractor, license number 496346, in the state of California, engaged in the business of general engineering contracting with its principal place of business in Benicia, California.

2. Defendants Jeffrey Carpoff and Paulette Carpoff, husband and wife, own the real property which is the subject of this action and which is located in Martinez, County of Contra Costa, California, commonly known as 315 Summerhill Ln., Martinez, CA, consisting of a single family residence. A further and more detailed description of said property is set forth herein.

3. On information and belief Dog Blue Properties, LLC, is and at all times relevant to this action was a limited liability corporation, organized and existing and in good standing in the state of California, and also at all times relevant to this action was engaged in the business of developing and rehabilitating residential properties with its principal place of business in Benicia, California. Because Dog Blue Properties, LLC is the debtor in current Chapter 11 bankruptcy proceedings, case number 19 – 50104 – BTB, filed 1/30/19, in United States Bankruptcy Court, District of Nevada, and is the subject of an automatic stay against collection activities, it presently cannot be sued herein. Should those proceedings conclude, and should the automatic stay be lifted during the pendency of this action, and should it become

permissible under the terms of the Chapter 11 plan in those proceedings, Dog Blue Properties LLC will be the subject of a motion to amend this complaint to add it as an additional defendant.

    4. Defendant D Dog Properties is, and at all times relevant to this action was, an entity of unknown form engaged in the business of developing real property in the state of California, with its principal place of business, on information and belief, located in Benicia, California.

    5. Defendant Franchise Tax Board of the State of California is and at all relevant times was a part of the State of California's Government Operations Agency.

    6. Defendant City of Martinez is, and at all times relevant was, an incorporated city in the state of California.

    7. Defendant Cliff Swisher Custom Concrete, Inc. is, and at all times relevant was, a corporation organized and existing under the laws the state of California and in good standing.

    8. Defendant Native Son's Landscaping, Inc. is, and at all times relevant was, a corporation organized and existing under the laws of the state of California and in good standing.

    9. Defendant Cemex Construction Materials, Inc. is, and at all times relevant was, a Texas corporation with an unknown standing status.

    10. Defendant HD Supply Construction Supply Group, Inc. DBA HD Supply Construction and Industrial White Cap, on information and belief is, and at all times relevant was, a Delaware corporation in good standing and authorized to do business in California.

    11. Plaintiff is unaware of the true names, capacities or bases for liability of defendants does 1 through 75, inclusive, and therefore sues said defendants by their fictitious names. Plaintiff will amend this complaint to allege their true names, capacities, or bases for

COMPLAINT  -3-

liability when the same have been ascertained. Plaintiff is informed and believes and thereon alleges that defendants Does 1 through 75, inclusive, and each of them, are in some manner liable to plaintiff, or claim some right, title, or interest in the subject property that is junior and inferior to that of plaintiff, or both.

12. At all times relevant to this action, each defendant, including those fictitiously named, was the agent, servant, employee, partner, joint venturer, or surety of the other defendants and was acting within the scope of said agency, employment, partnership, venture, or suretyship with the knowledge and consent or ratification of each of the other defendants in doing the things alleged herein.

13. The real property that is the subject of this action is located in Martinez, California, has an A.P.N. 367-240-008-6, and is identified as Lot 17 in Subdivision 6443, filed July 25, 1989, Book 355, Page 29, of the Contra Costa County records, and is commonly known and described as "315 Summerhill Lane, Martinez, California".

14. On or about February 14, 2018 plaintiff and Dog Blue Properties LLC entered into a written, main contract for the work of improvement at the subject property, in which plaintiff agreed to construct and furnish the following: retaining walls, pilasters, demolish the existing driveway, grade for construction of a new driveway, and install a new driveway at the 315 Summerhill Dr. property for an agreed price of $1,354,236.25, with add-on lineal foot pricing provisions set forth therein at $59 for rolled curbs. Written approval for the add-on item consisting of installation of 1810 lineal feet of rolled curbs was given on October 23, 2018 by email. All of this work identified in the February 14, 2018 written main contract was identified by plaintiff as Job No. 32-180 on all invoicing and conditional lien releases sent for payment and, to the extent paid, was paid by check from Dog Blue Properties, LLC. The whole of the

subject property and the entire estate of the defendant owners in the property are required for the convenient use and occupation of the work of improvement. Attached hereto as Exhibit A, and fully incorporated herein by reference, is a true and correct copy of that contract along with the October 23, 2018 written email approval for the add-on rolled curb work.

15. Subsequently, on or about September 25, 2018, plaintiff and D Dog Properties entered into two separate written change order contracts for the work of improvement at the subject property: one to install a concrete slab for water tanks for an agreed price of $15,000 , which work was fully performed by plaintiff, but payment to plaintiff was never made; and the other to install front and rear entry rock for construction entry access for an agreed price of $8000, which work was fully performed by plaintiff and full payment received by plaintiff. The work for each of these was identified by plaintiff as Job No. 32-180 on all invoicing and conditional lien releases sent for payment and, to the extent paid, was paid by check from Dog Blue Properties, LLC. The whole of the subject property and the entire estate of the defendant owners in the property are required for the convenient use and occupation of the work of improvement. Attached hereto as Exhibit B and fully incorporated herein by reference are true and correct copies of those two written change order contracts.

16. On or about July 9, 2018 plaintiff and Dog Blue Properties, LLC entered into a written change order contract for the work of improvement at the subject property to perform bulk excavation and install a keyway sub drain for an agreed price of $85,000. This work was identified by plaintiff as Job No. 32-180 on all invoicing and conditional lien releases sent for payment and, to the extent paid, was paid by check from Dog Blue Properties, LLC. The whole of the subject property and the entire estate of the defendant owners in the property are required for the convenient use and occupation of the work of improvement. Attached hereto as Exhibit C

and fully incorporated herein by reference is a true and correct copy of that change order contract.

17. On or about November 14, 2018 plaintiff and Dog Blue Properties, LLC entered into a written change order contract for the work of improvement at the subject property, to install a tan DSM bioswale wall at the subject property for an agreed price of $75,610.50. This work was identified by plaintiff as Job No. 32-180 on all invoicing and conditional lien releases sent for payment and, to the extent paid, was paid by check from Dog Blue Properties, LLC. The whole of the subject property and the entire estate of the defendant owner in the property are required for the convenient use and occupation of the work of improvement. Attached hereto as Exhibit D and fully incorporated herein by reference is a true and correct copy of that change order contract.

18. Between July 18, 2018 in December 19, 2018, with work commencing no later than August 8, 2018, pursuant to the above-described written contract and change order contracts, plaintiff furnished work, labor, services, equipment, and material that was used and was intended to be used in the work of improvement on the subject property. All work , labor, services, equipment, and material furnished by plaintiff on the subject property related to one work of improvement at the subject property.

19. Plaintiff performed all things necessary and required of it under the contracts referenced above with the exception of the following two contract work items contained within the February 14, 2018 Dog Blue Properties, LLC contract, due to nonpayment for work, labor, services, equipment, and/or material previously furnished:

a) Pilasters: 1774 square feet remains to be performed out of the total contract amount of 2425 square feet. Plaintiff is not herein seeking payment for this uncompleted pilaster component of the February 14, 2018 Dog Blue Properties, LLC contract.

b) Old World Victorian paver driveway: 13202 square feet remaining to be performed out of the total contract amount of 18,500 square feet. Plaintiff is not herein seeking payment for this uncompleted driveway component of the February 14, 2018 Dog Blue Properties, LLC contract.

20. The work, labor, services, materials and equipment furnished by plaintiff under the contract and change order contracts has a reasonable and current market value of $1,078,200.25 and is commensurate with the contract prices. $429,120.75 of that amount has not been paid. Plaintiff seeks recovery herein of that unpaid amount.

21. Plaintiff has paid claims of all claimants which furnished labor, services, equipment and materials to it on and for the subject property with the exception of the following two subcontractors: (A) Cliff Swisher Custom Concrete, Inc.: $19,755; (B) Fine Design Masonry: $70,000.  Of those two, only Cliff Swisher Custom Concrete, Inc has recorded a mechanic's lien claim against the subject property, and which lien claim is subject and subordinate to the lien claim of plaintiff.

### First Cause of Action

**(Breach of Contract Against Defendants D Dog Properties and Does 1-15, Inclusive)**

22. Plaintiff realleges and incorporates by reference each and every allegation of the above paragraphs 1-21, inclusive as if fully set forth herein.

23. Defendants D Dog Properties and does 1-15, inclusive, breached the above-described September 25, 2018 contract to install a concrete slab for water tanks for an agreed

price of $15,000 in that said defendants have paid plaintiff nothing on this specific contract and plaintiff has fully performed and furnished all work, labor, materials and equipment on said contract. There is now due and owing $15,000, plus interest at the legal rate.

24. As part of the above-described contract dated September 25, 2018 for the installation of a concrete slab for water tanks, defendants D Dog Properties and does 1-15, inclusive, agreed to pay reasonable attorney fees incurred by plaintiff in any action brought on the contract. Plaintiff is entitled to recover reasonable attorney fees incurred in bringing in prosecuting this cause of action, as determined by the court.

WHEREFORE, plaintiff prays for judgment as set forth below.

### Second Cause of Action

**(Foreclosure of Mechanics Lien Against Defendants Jeffrey**

**and Paulette Carpoff and Does 16-75 Inclusive)**

25. Plaintiff realleges and incorporates by reference each and every allegation of the above paragraphs 1-24, inclusive, as if fully set forth herein.

26. As alleged above, on March 30, 2018 plaintiff duly served its California 20-Day Preliminary Notice pursuant to Civil Code section 8100 et seq. upon "reputed owner" Dog Blue Properties, LLC and upon "direct or reputed direct contractor" Dog Blue Properties, LLC, to the address of 4901 Park Rd., Benicia, CA 94510, by certified mail with proof of service affidavit attached. A true and correct copy of this 20-day notice is attached hereto as Exhibit E.

27. After completion of the hereinabove described provision of work, services, labor, materials and the furnishing of equipment to the subject property, plaintiff recorded with the Contra Costa County recorder, and also served by certified mail on reputed general

contractor and reputed owner Dog Blue Properties, LLC, it's claim of mechanic's lien in the amount of $429,120.75 on December 28, 2018, within the timeframe required under California Civil Code section 8410 et seq. together with an affidavit of proof of service and verification made under penalty of perjury by President Paul Daysh. Plaintiff paid a fee of $101 to the Contra Costa county recorder to process and record this claim of lien which was marked as instrument number "DOC-2018-020-7684-00". Plaintiff seeks interest at the legal rate and recovery of the $101 recording fee in addition to its lien claim amount of $429,120.75 against defendants Jeffrey and Paulette Carpoff and Does 16-75, inclusive. A true and correct copy of this recorded mechanics lien claim, together with the county recorder's fee stamp, is attached hereto as Exhibit F.

28. Defendants Franchise Tax Board of State of California, City of Martinez, California, Cliff Swisher Custom Concrete, Inc., Native Son's Landscaping, Inc., Cemex Construction materials, Inc., HD Supply Construction Supply Group, Inc. Dba HD Supply Construction and Industrial White Cap and Does 1-75, inclusive, and each of them, have or claim to have some right, title, lien or interest in the above-described real property, the exact nature of these claims are unknown to plaintiff, but these claims are subject and subordinate, and/or junior or inferior to the mechanic's lien claim of plaintiff.

WHEREFORE, plaintiff prays for judgment as set forth below.

**Third Cause of Action**

**(Business and Professions Code section 7108.5, Civil Code Section 8800 et seq.- Prompt Payment Statute Penalties Against Defendants D Dog Properties and does 1-15, Inclusive)**

COMPLAINT -9-

29. Plaintiff realleges and incorporates by reference each and every allegation of the above paragraphs 1-28, inclusive, as if fully set forth herein.

30. Defendants D Dog Properties and does 1-15, inclusive, breached the above-described September 25, 2018 contract to install a concrete slab for water tanks for an agreed price of $15,000 in that said defendants have paid plaintiff nothing on this specific contract and plaintiff fully performed and furnished all work, labor, materials and equipment on said contract as of November 30, 2018 with no notice of dispute or rejection was given concerning the work performed. There is now due and owing $15,000, plus the Business and Professions Code section 7108.5 and Civil Code Section 8800 et seq. statutory penalty of 2% interest per month and plaintiff is entitled to recover statutory attorney fees incurred in bringing and prosecuting this cause of action, as determined by the court.

WHEREFORE, plaintiff prays for judgment as set forth below.

## Fourth Cause of Action

## (Unjust Enrichment Against Defendants Jeffrey and

## Paulette Carpoff and Does 16-75, Inclusive )

31. Plaintiff realleges and incorporates by reference each and every allegation of the above paragraphs 1-30, inclusive, as if fully set forth herein.

32. Plaintiff alleges, on information and belief, that defendants Jeffrey and Paulette Carpoff and Does 16-25 Inclusive, and each of them, became indebted to plaintiff for the unpaid reasonable value of work, labor, services and materials provided to the project and subject property amounting to $429,170.75.

COMPLAINT -10-

33. Plaintiff has been damaged in an amount of $429,120.75, which is in fact the reasonable value of work, labor, materials and services provided, plus interest at the legal rate from December 19, 2018.

WHEREFORE, plaintiff prays for judgment as set forth below.

**Fifth Cause of Action**

**(Quantum Meruit-Against Defendants Jeffrey and**

**Paulette Carpoff and Does 16-75, Inclusive)**

34. Plaintiff realleges and incorporates by reference each and every allegation of the above paragraphs 1-33, inclusive, as if fully set forth herein.

35. Plaintiff alleges, on information and belief, the defendants Jeffrey and Paulette Carpoff and Does 16-25 Inclusive and each of them, became indebted to plaintiff for the unpaid reasonable value of work, labor, services and materials provided to the project and subject property amounting to $429,170.75.

36. Plaintiff has been damaged in an amount of $429,120.75, which is in fact the reasonable value of work, labor, materials and services provided, plus interest of 10% per annum from December 19, 2018.

WHEREFORE, plaintiff prays for judgment as set forth below.

PRAYER

1. On the First Cause of Action for breach of contract, for the sum of $15,000 principal, together with attorney fees incurred in bringing and prosecuting this cause of action, as

COMPLAINT -11-

determined by the court, and for costs and interest as provided by law from 11/30/18, to date of entry of judgment.

2. Adjudging on the Second Cause of Action to foreclose on mechanic's lien, that any and all of the rights, claims, ownership, liens, titles, and demands of defendants Franchise Tax Board of State of California, City of Martinez, California, Cliff Swisher Custom Concrete, Inc., Native Son's Landscaping, Inc., Cemex Construction materials, Inc., Hd Supply Construction Supply Group, Inc. Dba Hd Supply Construction and Industrial White Cap and DOES 1-75, Inclusive, and each of them, in the above-described real property are subsequent and subject to, junior and inferior to the mechanic's lien claim of plaintiff.

3. Adjudging on the Second Cause Of Action that the mechanics lien claimed in plaintiff's claim of lien, be enforced, and that the usual judgment be made for the sale of the property according to law by a Commissioner to be appointed by the court, permitting plaintiff to become a purchaser at the lien-enforcement sale, or that the proceeds of the sale be applied in payment of the amount of $429,120.75, costs of recording the lien, costs of suit herein incurred, including interest as provided by law from 11/30/18, to date of entry of judgment; that each of the defendants and all persons claiming under any of them, subsequent to the mechanics lien of the plaintiff, whether as lien claimants, judgment creditors, purchasers, encumbrancers, or otherwise, be barred and foreclosed from all rights, claims, interests, or equities of redemption in the property and every part of the property when time for redemption has passed.

4. Adjudging on the Second Cause of Action that if there is a deficiency of proceeds to satisfy the amounts due to plaintiff, judgment for the deficiency be entered against the defendant owners and each of them, following proceedings prescribed by law.

5. On the Third Cause of Action for the sum of $15,000, the statutory penalty of 2% interest per month, costs of suit and attorney fees incurred.

6. On the Fourth Cause of Action for the sum of $429,120.75 along with costs of suit and interest.

7. On the Fifth Cause of Action for the sum of $429,120.75 along with costs of suit and interest.

8. For such other and further relief as the court may deem proper.


Dated: February 25, 2019                Law offices of Thorsten J. Pray

                                        By

                                        Thorsten J. Pray

                                        Attorney for plaintiff Daysh Developments,

                                        Inc. dba California Retaining Walls

                                        Company

COMPLAINT  -13-

# Exhibit A



**CALIFORNIA RETAINING WALLS CO.**

RETAINING WALL SPECIALISTS

*Quality is Our Signature®*

February 14, 2018

To:  *Dog Blue* D̶o̶g̶ Properties
Attn:  Dave Marieiro
Email:  dmarieiro@ddogproperties.com
Re:  Proposed Tan DSM Retaining Walls, Pilasters and Driveway Demo & Construction @ 315 Summerhill Drive, Martinez, CA

Dear Dave,

C.R.W.C. proposes to furnish all materials and perform all labor necessary to complete the following:

1. Construct **eighteen (18)** Tan DSM Retaining Walls at @ address listed above. Total wall area estimated to be **7758** square feet (face area). Total length of wall(s) estimated to be **1054** lineal feet. Average height of wall(s) estimated to be **7.36** feet, including **3.52** feet estimated average embedment below finished grade. This work will be completed for a total of **$480,996.00**.

   • Any additional wall area, if required, will be constructed at the rate of **$62.00** psf.

2. Construct approximately **fifty-three (53)** pilasters at different locations at address listed above. Total area for pilasters is approximately **2425** sf. This work will be completed for a total of **$150,956.25**.

   • Any additional pilaster area, if required, will be constructed at the rate of **$62.25** psf.
   • Price includes foundation, block and conduit for lighting.
   • *Price does not include caps or light fixtures.*
   • Veneer will be charged at an extra **$22.00** for labor only.

3. Demolish the existing driveway and off haul of debris. This work will be completed for a total of **$28,284.00**.

4. Grading for new driveway (approximately 18,500 sf) will be completed for a total of **$110,915.00**. This pricing includes import of 1000 cubic yards of recycled subbase.
   • Finish grading of driveway rock

5. Construct new Belgard Old World Victorian paver driveway for a total of **$583,085.00**. Includes pavers, base sand and top sand.

   Cost per lineal foot for the following are as listed:
   • Mow band - $37.00 (includes color with a light broom finish)
   • 14" Vertical curb - $49.00 (includes color with a light broom finish)
   • Rolled curb/gutter - $59.00 (includes color with a light broom finish)
   • Concrete driveway approach - TBD

All of the above work is to be completed in a substantial and workmanlike manner according to standard practices for the sum of **$1,354,236.25**.

865 TEAL DRIVE • BENICIA, CA 94510 • CL#496346
TEL (707) 745-0200 • FAX (707) 745-0204

**Please Note:**
1. Final payment to be based on actual area installed.
2. Proposal based upon the use of non-Union labor.
3. Estimate includes initial engineering as follows:
   * Review of required wall type(s), wall heights and locations from grading plans.
   * Prepare wall sections and reinforcement schedules based on wall profiles based on grading plans.
   * Prepare structural calculations for submittal to permit review agency.
   * Prepare response for structural plan review questions during the permit process.
   * Additional consulting with cities can be performed for additional costs.
   * Each additional engineering revision will be completed for an additional cost.
4. Estimate does not include bulk excavation. Should C.R.W.C. be required to complete this work, it will be completed on a "Time & Materials" basis.
5. Estimate includes one (1) move-in. Should additional move-ins be required to complete above described work, an additional charge of $1,000.00 will incur for each occasion.

Any alteration or deviation from the attached specifications involving extra costs in materials or labor will only be executed upon specific orders for same and will become an additional charge over the sum mentioned in the Contract. All agreements must be made in writing or in person by Owner's/Contractor's authorized representative.

Respectfully submitted,

Paul Daysh
President, C.R.W.C.

To:    California Retaining Walls Co.

You are hereby authorized to furnish all materials, labor and equipment required to complete the work outlined in the Proposal, for which D Dog Properties agrees to pay the amount mentioned in stated Proposal, and according to the terms thereof.

Accepted: _____     Date: _____

**C.R.W.C. WILL PROVIDE OR BE RESPONSIBLE FOR:**
1. Engineering and design calculations and drawings, as required.
2. All materials, labor and equipment to construct retaining wall(s) per plans.
3. Trenching to foundation elevations for DSM retaining wall(s).
4. Supply and placement of 4" dia. perforated plastic drainpipe behind wall(s). Pipes to be day lighted by C.R.W.C. and connected to storm water system by others.
5. Supply and placement of drain rock behind DSM components to a minimum of one foot.
6. Supply and installation of Mirafi drain fabric at back of wall(s) (DSM walls).
7. Labor and equipment to place and compact backfill behind retaining walls and level with top of wall elevations to back of footing.
8. Clean up of debris created by construction upon completion of work.

*Quality is Our Signature®*

865 TEAL DRIVE • BENICIA, CA 94510 • CL#496346
TEL (707) 745-0200 • FAX (707) 745-0204

## OWNER/CONTRACTOR TO PROVIDE OR BE RESPONSIBLE FOR:

1. Securing of Building Permit, if required, or other approval necessary to commence construction and payment of related fees.
2. All engineered staking for location of wall(s) and control points.
3. Bulk excavation, as required for DSM retaining walls.
4. Water for compaction at stockpile and wall locations.
5. Reworking of foundation soils, if required.
6. Supply of approved backfill to wall locations.
7. Soil and compaction tests, as required.
8. Earth movement caused by flooding, sliding or acts of others.
9. Formation of slopes above walls, if required.
10. Any traffic control procedures required during construction of wall(s).
11. All drainage material not specified by C.R.W.C.
12. All other conditions not specifically assumed by C.R.W.C.

## PERFORMANCE:

If Proposal is accepted, work will commence within fifteen (15) working days following receipt of building permit, or appropriate authorization.  Estimated time to complete construction of retaining walls is **forty nine (49)** working days, subject to delays beyond our control. *Time for completion of all other work to be performed is to be determined.*

## VALIDITY:

C.R.W.C. reserves the right to nullify the Proposal if construction does not commence within three (3) months following submittal date. **Increase in materials or fuel costs incurred by CRWC after 90 days from date of proposal will be charged as an additional direct cost per square foot of wall area.**

## PAYMENT TERMS:

As agreed upon prior to commencement of construction.  If no agreement is made, it is assumed that all invoices are due within thirty (30) days of invoice date.

## ATTORNEY'S FEES:

Should any action be brought, at either law or equity, to either enforce or interpret this agreement, and then the prevailing party shall be entitled to recover costs and reasonable attorney's fees.

## GENERAL:

1. Access to be provided and maintained by Owner/Contractor.
2. All care but no responsibility taken for repair to, or relocation of, existing services or surfaces.
3. Allowance made for reinforced concrete foundations for DSM retaining wall(s).
4. DSM walls to be backfilled with concrete grout, as specified.
5. This Proposal is subject to Soils Engineer's report.
6. This Proposal is based on the use of non-Union wage labor.
7. This Proposal is based on **one (1)** move-in.
8. No allowance for bonding requirements.

*Quality is Our Signature*®

9. No allowance for shoring.
10. Any excavation which requires use of rock breaking equipment or extra measures such as explosives, etc., has not been allowed for, and would be completed on a 'time & materials' basis.

PLEASE SIGN AND RETURN ONE COPY FOR OUR FILE. WE CANNOT PROCEED WITHOUT WRITTEN ACCEPTANCE.

Accepted by: _____

Company: _____

Submitted By: _____

Company: p.p. California Retaining Walls Co.

*Quality is Our Signature*®

865 TEAL DRIVE • BENICIA, CA 94510 • CL#496346
TEL (707) 745-0200 • FAX (707) 745-0204

From: Dave Marieiro <dmarieiro@ddogproperties.com>
Sent: Tuesday, October 23, 2018 11:09 AM
To: Eric Fok <eric@praxisdg.com>; Marty Hoffmann <mhoffmann@sbcglobal.net>
Cc: Brent <mail@nativesonslandscaping.com>; Paulette@dcsolarsolutionsmfg.com; jeff@dcsolarsolutionsmfg.com; Tim Weberling <tim@calwalls.com>; Rick Best <rick@calwalls.com>
Subject: RE: Summerhill curb color approval


PROCEED


*Dave Marieiro*

*General*
*Superintendent*



*D Dog Properties*

4901 Park Rd.

Benicia, CA 94510

Office: 925-446-6092

Cell: 925-949-9215

Fax: 707-297-4595


From: Eric Fok <eric@praxisdg.com>
Sent: Monday, October 22, 2018 1:43 PM
To: Marty Hoffmann <mhoffmann@sbcglobal.net>
Cc: Brent <mail@nativesonslandscaping.com>; Paulette@dcsolarsolutionsmfg.com; jeff@dcsolarsolutionsmfg.com; Dave Marieiro <dmarieiro@ddogproperties.com>; Tim Weberling <tim@calwalls.com>; Rick Best <rick@calwalls.com>
Subject: Summerhill curb color approval

HI Marty

Went out to the site to view the color samples of the curb, you'll see photos with the 2x4 box of the tinted sample and a picture of the standard gray with the paver samples for reference.

It looks good to proceed for me any thoughts or comments?

Thanks,

Eric Fok
principal

**praxis**designgroup
m. 925.330.4445 | p. 925.944.4916
www.praxisdesigngroup.com





Case 2:18-cv-00636-JAM-DB    Document 37    Filed 06/20/19    Page 30 of 47



thorsten pray <thorstenjpray@gmail.com>          Sat, Feb 23, 2019 at 10:01 AM
Draft

[Quoted text hidden]

# Exhibit B

E-MAILED SEP 2 5 2018

# CALIFORNIA RETAINING WALLS CO.

RETAINING WALL SPECIALISTS

*Quality is Our Signature®*

September 25, 2018

To:     D Dog Properties
Attn:   Dave Marieiro
Email:  dmarieiro@ddogproperties.com
Re:     Proposed Concrete Slab for Water Tanks @ 315 Summerhill Dr, Martinez, CA

Dear Dave,

C.R.W.C. proposes to furnish all equipment and perform all labor necessary to construct a 20 ft. x 50 ft. gray broom finish concrete slab, with rebar 12" on center as base for the water tanks by others.

All of the above work is to be completed in a substantial and workmanlike manner according to standard practices for the sum of **$15,000.00.**

**Please Note:**
1. *Work to be completed as schedule permits.*
2. Proposal based upon the use of non-Union labor.
3. Estimate includes **one (1)** move-in. Should additional move-ins be required to complete above described work, an additional charge of **$1,500.00** will incur for each occasion.

Any alteration or deviation from the attached specifications involving extra costs in materials or labor will only be executed upon specific orders for same and will become an additional charge over the sum mentioned in the Contract.   All agreements must be made in writing or in person by Owner's/Contractor's authorized representative.

Respectfully submitted,

Rick Best
Estimator, C.R.W.C.

_____

To:    California Retaining Walls Co.

You are hereby authorized to furnish all materials, labor and equipment required to complete the work outlined in the Proposal, for which **D Dog Properties** agrees to pay the amount mentioned in stated Proposal, and according to the terms thereof.

Accepted: _____        Date: _9/25/18_

865 TEAL DRIVE • BENICIA, CA 94510 • CL#496346
TEL (707) 745-0200 • FAX (707) 745-0204

# CALIFORNIA RETAINING WALLS CO.

E-MAILED SEP 2 5 2018

RETAINING WALL SPECIALISTS

*Quality is Our Signature*®

September 25, 2018

To:    D Dog Properties
Attn:  Dave Marieiro
Email:  dmarieiro@ddogproperties.com
Re:    Proposed Front and Rear Entry Rock for Construction Entry Access @ 315 Summerhill Dr,
       Martinez, CA

Dear Dave,

C.R.W.C. proposes to provide front entry and rear entry rock for construction access to the property.
Each area will consist of 20 ft. x 30 ft. x 0.5 ft. of rock. Aggregate size is approximately 3" x 5".

All of the above work is to be completed in a substantial and workmanlike manner according to
standard practices for the sum of **$8,000.00**.

**Please Note:**
1. *Work to be completed as schedule permits.*
2. Proposal based upon the use of non-Union labor.
3. Estimate includes **one (1)** move-in. Should additional move-ins be required to complete above
   described work, an additional charge of **$1,500.00** will incur for each occasion.

Any alteration or deviation from the attached specifications involving extra costs in materials or labor
will only be executed upon specific orders for same and will become an additional charge over the sum
mentioned in the Contract.    All agreements must be made in writing or in person by
Owner's/Contractor's authorized representative.

Respectfully submitted,

Rick Best
Estimator, C.R.W.C.

_____

To:    California Retaining Walls Co.

You are hereby authorized to furnish all materials, labor and equipment required to complete the work
outlined in the Proposal, for which <u>**D Dog Properties**</u> agrees to pay the amount mentioned in stated
Proposal, and according to the terms thereof.

Accepted: _____    Date: 9/25/18

# Exhibit C



RETAINING WALL SPECIALISTS

*Quality is Our Signature*

July 6, 2018

To:     ~~D Dog Properties~~ Dog Blue Properties, LLC
Attn:   Dave Marieiro
Email:  dmarieiro@ddogproperties.com
Re:     Proposed Bulk Excavation @ 315 Summerhill Drive, Martinez, CA
        Per Grading Plans from Alexander & Associates dated 4-16-2018, Sheet C-1

Dear Dave,

C.R.W.C. proposes to furnish all equipment and perform all labor necessary to complete the bulk excavation of 500 lineal feet, approximately 1625 cubic yards cut/fill, along the housepad at address above (rear location of water tanks). This work includes installation of keyway subdrain.

All of the above work is to be completed in a substantial and workmanlike manner according to standard practices for the sum of $88,000.00.

Please Note:
1. Proposal based upon the use of non-Union labor.
2. Estimate includes one (1) move-in. Should additional move-ins are required to complete above described work, an additional charge of $1,000.00 will incur for each occasion.
3. Estimated time to complete bulk excavation is ten (10) working days, subject to delays beyond our control.

Any alteration or deviation from the attached specifications involving extra costs in materials or labor will only be executed upon specific orders for same and will become an additional charge over the sum mentioned in the Contract.    All agreements must be made in writing or in person by Owner's/Contractor's authorized representative.

Respectfully submitted,

Paul Daysh
President, C.R.W.C.

To:     California Retaining Walls Co

You are hereby authorized to furnish all materials, labor and equipment required to complete the work outlined in the Proposal, for which **D Dog Properties** agrees to pay the amount mentioned in stated Proposal, and according to the terms thereof.

Accepted _____   Date _7/9/18_

865 TEAL DRIVE • BENICIA, CA 94510 • CL#496346
TEL (707) 745-0200 • FAX (707) 745-0204

# Exhibit D

# CALIFORNIA RETAINING WALLS CO.

RETAINING WALL SPECIALISTS

*Quality is Our Signature*

*D. Ex Approved?*
*get No*

*INV. # 4342*

October 25, 2018

To.     Dog Blue Properties
Attn:  Dave Marieiro
Email: dmarieiro@ddogproperties.com
Re:    Proposed Tan DSM Bioswale wall @ 315 Summerhill Dr, Martinez, CA

Dear Dave,

C.R.W.C. proposes to furnish all equipment and perform all labor necessary to construct one (1) tan DSM bioswale wall at above property. Total wall area estimated to be 1137 square feet (face area). Total length of wall(s) estimated to be 220 lineal feet. Average height of wall(s) estimated to be 4.80 feet

All of the above work is to be completed in a substantial and workmanlike manner according to standard practices for the sum of $75,610.50

Please Note:
1. *Work to be completed as schedule permits.*
2. Additional wall area will be constructed at the rate of $66.50 per square foot.
3. Proposal based upon the use of non-Union labor.
4. Bulk excavation is **not included**. Should C.R.W.C. be required to perform this work, it will be completed for an additional $4,869.00 *Dirt Ex. to be balanced on site*
5. Estimate includes one (1) move-in. Should additional move-ins be required to complete above described work, an additional charge of $1,500.00 will incur for each occasion.
6. Estimated time to complete construction is eight (8) working days, subject to delays beyond our control *1/3/18*

Any alteration or deviation from the attached specifications involving extra costs in materials or labor will only be executed upon specific orders for same and will become an additional charge over the sum mentioned in the Contract.   All agreements must be made in writing or in person by Owner's/Contractor's authorized representative.

Respectfully submitted,

Paul Daysh
Vice President, C.R.W.C.

To     California Retaining Walls Co

You are hereby authorized to furnish all materials, labor and equipment required to complete the work outlined in the Proposal, for which Dog BlueProperties agrees to pay the amount mentioned in stated Proposal, and according to the terms thereof.

Accepted: _____   Date: _11-14-18_____

865 TEAL DRIVE • BENICIA, CA 94510 • CL#496346
TEL (707) 745-0200 • FAX (707) 745-0204

# Exhibit E

# CALIFORNIA PRELIMINARY NOTICE
(Private Works of Improvement)
THIS IS NOT A LIEN. THIS NOTICE IS GIVEN PURSUANT TO CIVIL CODE SECTIONS 8102, 8116, 8200 ET SEQ...

## NOTICE TO PROPERTY OWNER
EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.

    This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.

    If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

| Date: March 30, 2018     Document No.: 32-180 | Prepared By Authorized Agent (Sign Name) |
|---|---|

| | |
|---|---|
| YOU ARE HEREBY NOTIFIED THAT (CLAIMANT):<br>**California Retaining Walls Co.**<br>**865 Teal Drive**<br>**Benicia, CA 94510** | AN ESTIMATE OF THE TOTAL PRICE OF THE LABOR, SERVICES, EQUIPMENT OR MATERIALS FURNISHED OR TO BE FURNISHED:<br>**$1,500,000.00** |
| AS (DIRECT CONTRACTOR, SUBCONTRACTOR, MATERIAL SUPPLIER OR DESCRIBE OTHER):<br>**Subcontractor** | JOB SITE:<br>**C.R.W.C. Job no. 32-180**<br>**315 Summerhill Lane**<br>**Martinez, CA 94553** |
| HAS FURNISHED OR WILL FURNISH LABOR, SERVICES, EQUIPMENT OR MATERIAL OF THE FOLLOWING NATURE:<br>**Retaining Walls, including materials, equipment, labor and related services** | OWNER OR REPUTED OWNER:<br>**Dog Blue Properties**<br>**4901 Park Road**<br>**Benicia, CA 94510** |
| THE NAME AND ADDRESS OF PERSON CONTRACTING FOR THE ABOVE:<br>**Dog Blue Properties**<br>**4901 Park Road**<br>**Benicia, CA 94510** | DIRECT OR REPUTED DIRECT CONTRACTOR:<br>**Dog Blue Properties**<br>**4901 Park Road**<br>**Benicia, CA 94510** |
| TRUST FUNDS TO WHICH SUPPLEMENTAL FRINGE BENEFITS ARE PAYABLE:<br>**n/a** | CONSTRUCTION LENDER or REPUTED CONSTRUCTION LENDER:<br>**N/A** |
| IF APPLICABLE, THE NAMES AND ADDRESSES OF ANY LABORERS TO WHOM EMPLOYER PAYMENTS ARE DUE AS OF THE DATE OF THIS NOTICE ARE CONTAINED ON ATTACHMENT "A" WHICH IS INCORPORATED HEREIN AND MADE PART HEREOF. | OTHER ENTITY TO WHOM NOTICE SHOULD BE SENT:<br>**N/A** |

## PROOF OF SERVICE AFFIDAVIT (CIVIL CODE SECTION 8118)
I, **Maria E. Rico** declare that I served copies of the above PRELIMINARY NOTICE (check appropriate box):

(a) ☐ By personally delivering copies to _____
    (name and title of person served) at _____
    (address) on _____(date), at _____ (time).

(b) ☒ By Registered or Certified Mail, Express Mail or Overnight Delivery by an express service carrier addressed to each of the parties at the address shown above on **March 30, 2018** (date).

(c) ☐ By leaving the notice and mailing a copy in the manner provided in Section 415.20 of the California Code of Civil Procedure for service of Summons and Complaint in a Civil Action.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Signed at **Benicia** (location), California, on **March 30, 2018** (date). _____
SIGNATURE OF PERSON MAKING SERVICE

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dog Blue Properties
4901 Park Road
Benicia, CA 94510

9590 9402 1886 6104 1146 33

2. Article Number (Transfer from service label)

7010 1670 0000 1572 4034

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X                               ☑ Agent
                                ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

Brian Shieled        4 2

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Expre
☐ Registered Mail™
☐ Registered Mail R Delivery
☐ Return Receipt fo Merchandise
☐ Signature Confirm
☐ Signature Confirm Restricted Delive

Domestic Return F



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

BENICIA, CA 94510

OFFICIAL USE

Postage  $5                    0270
                  $2.75         11
Certified Fee     $0.00
                  $0.00
Return Receipt Fee    $0.00     Postmark
(Endorsement Required)         Here
Restricted Delivery Fee   $0.00
(Endorsement Required)
                  $0.50
Total Postage & Fees  $     03/30/2018
                  $6.70

Sent To

Street, Apt. No.;   Dog Blue Properties
or PO Box No.       4901 Park Road
City, State, ZIP+4  Benicia, CA 94510

PS Form 3800, August 2006        See Reverse for Instructions

# Exhibit F

This document was drafted and
prepared by, and when recorded,
return to:

Paul Daysh
(Personal name)

California Retaining Walls Company
(Company name and title)

865 Teal Drive
(Address – number and street)

Benicia, CA 94510
(City/State/Zip)



CONTRA COSTA Co Recorder Office
JOSEPH CANCIAMILLA, Clerk – Recorder
**DOC –   2018 – 0207684 – 00**
Check Number vc II 8431
Friday, DEC 28, 2018 14:34:40
MOD   $4.00 REC  $14.00 FTC   $3.00
DAF   $2.70 REF   $0.30 RED   $1.00
ERD   $1.00 SB2  $75.00
Til Pd  $101.00   Nbr-0003376102 LLF / RY / 1-4



| MECHANIC'S LIEN STATEMENT | |
|---|---|
| | (This space for filing/recording data) |

| Owner / Reputed Owner with Address: | Lien Claimant and Address: |
|---|---|
| Dog Blue Properties | California Retaining Walls Company |
| 4901 Park Road | 865 Teal Drive |
| Benicia, CA 94510 | Benicia, CA 94510 |
| | |
| Property Subject to the Lien: | Name of Project: |
| 315 Summerhill Lane | Job No. 32-180 315 Summerhill Lane |
| Martinez, CA 94553 | |
| | Person/Entity with whom claimant contracted: |
| | Dog Blue Properties |
| | 4901 Park Road |
| | Benicia, CA 94510 |

The Lien Claimant hereby gives notice of intention to claim and hold a lien upon the above-described property.
Therefore, the Lien Claimant hereby gives notices to the public and states the following:

1.   A general description of the labor, materials, services, and/or equipment furnished is:
     Retaining walls, grading, paver driveway, pilasters, etc.

2.   The principal amount due through 12/19/2018 ("due date") is $429,120.75, after deducting just credits and
     offsets, and including change orders. In addition, the following is requested (circle either a) or b), but not
     both): (a) simple interest at the legal rate of 10% per annum, or (b) finance charges at ___% per month from
     the due date. In addition, the costs for filing/recording this lien.

3.   The approximate date claimant's work began was July 18, 2018. The last day labor, materials, and
     equipment were furnished by claimant was December 19, 2018.

4.   The Lien Claimant has a contract with (include address): Dog Blue Properties, 4901 Park Road, Benicia, CA
     94510.

Dated: 12-28-18

Paul Daysh, Vice President, C.R.W.C.

### NOTICE OF MECHANICS LIEN CLAIM
### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is release.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

**VERIFICATION**

I, the undersigned declare

I am the _Presldent_ of _California Retaining Walls Co_, the claimant named in
    (title)                              (Name of Claimant)

the foregoing mechanic's lien; I am authorized to make this verification on behalf of the claimant; I have read the forgoing mechanic's lien and know the contents thereof, and the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Dated: _12-28-18_

_____
(Signature of individual who verifies the contents of the mechanic's lien)

_Paul Daysh_
(Typed or Printed Name)

## PROOF OF SERVICE

I declare that I am a resident of or employed in the County of Solano ,

State of California . I am over the age of 18 years. The name and address of my

Residence or business is 865 Teal Drive, Benicia, Ca 94510

On 12/28/2018 , I served the Mechanics Lien Statement
_____(Date)_____ _____(Description of document(s))_____

_____ in Case No. N/A .
(Description of document(s) continued) (PERB Case No.)

on the parties listed below by (check the applicable method(s)):

[✓] placing a true copy thereof enclosed in a sealed envelope for collection and delivery by
the United States Postal Service or private delivery service following ordinary business
practices with postage or other costs prepaid;

[ ] personal delivery;

[ ] facsimile transmission in accordance with the requirements of PERB Regulations 32090
and 32135(d).

[ ] electronic service (e-mail) - I served a copy of the above-listed document(s) by
transmitting via electronic mail (e-mail) to the electronic service address(es) listed below
on the date indicated. (May be used only if the party being served has filed and served a
notice consenting to electronic service or has electronically filed a document with the Board. See
PERB Regulation 32140(b).)

(Include here the name, address, e-mail address and/or fax number of the Respondent and/or any other parties served.)
Dog Blue Properties
4901 Park Road
Benicia, Ca 94510

I declare under penalty of perjury under the laws of the State of California that the
foregoing is true and correct and that this declaration was executed on 12-28-2018 , at

Benicia                          CA                                          12-28-2018
_____(City)_____          _____(State)_____                          _____(Date)_____

Paul Daysh
_____(Type or print name)_____                          _____(Signature)_____

(4/5/2017)                                                              Proof of Service

Exhibit 2

RECORDING REQUESTED BY AND
WHEN RECORDED RETURN TO:

Thorsten J. Pray
Law Office of Thorsten J. Pray
2800 Pleasant Hill Rd. Suite 100
Pleasant Hill, Ca. 94523
(925) 395-8248
thorstenjpray@gmail.com

CONTRA COSTA Co Recorder Office
JOSEPH CANCIAMILLA, Clerk-Recorder

DOC- 2019-0025911-00

Check Number 1038
Tuesday, FEB 26, 2019 15:38:41
CPY  $1.00 MOD  $1.00 REC  $11.00
FTC  $0.00 RED  $1.00 ERD  $1.00
SB2  $75.00
Ttl Pd  $90.00    Nbr-0003411109
                                    LLF / RY / 1-1

## NOTICE OF PENDENCY OF ACTION

NOTICE IS HEREBY GIVEN that an action has been commenced and is pending in the SUPERIOR COURT OF CALIFORNIA, COUNTY OF Contra Costa , as Case Number _____ C 19 - C O 5 8 C _____ upon the complaint of plaintiff Daysh Developments, Inc. dba California Retaining Walls Company, against defendants: Jeffrey Carpoff and Paulette Carpoff, D Dog Properties, Franchise Tax Board of State of California, City of Martinez, California, Cliff Swisher Custom Concrete, Inc., Native Son's Landscaping, Inc., Cemex Construction materials, Inc., HD SUPPLY CONSTRUCTION SUPPLY GROUP, INC. DBA HD Supply Construction and Industrial White Cap and DOES 1-75, Inclusive; and that the object of said action is to foreclose and enforce a mechanics lien upon the premises hereinafter described, and the building(s) situated thereon, for construction, labor, services, and materials furnished to be used and which were actively used in the alteration and construction of the premises and amounting to the sum of $429,120.75 , together with interest and costs; notice and claim of said lien was recorded on December 28, 2018 as Instrument Number "DOC-2018-0207684-00" in the Office of the Contra Costa County Recorder, containing a statement of plaintiff's demand after deducting all just credits and offsets, the names of the owners or reputed owners of said property, and the names of the persons or reputed persons to whom plaintiff contracted to furnish services, labor and materials, and a description of the property sought to be charged this said lien as a document of the official records of Contra Costa County, and that the premises affected by said lien and these foreclosure proceedings are situated in the County of Contra Costa, State of California, and described as follows, to wit:

1.  Commonly known as "315 Summerhill Lane, Martinez, California".
2.  The legal description of this Property is:
    Lot 17 in Subdivision 6443, filed July 25, 1989, Book 355, Page 29, of the Contra Costa County records
3.  Assessor's Parcel number:
    APN # 367-240-008-6

Dated:  February 25, 2019

Law Office of Thorsten J. Pray
By _____
THORSTEN J. PRAY
Attorneys for Plaintiff