McGREGOR W. SCOTT
United States Attorney
ANDRE M. ESPINOZA
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:19-CV-00636-JAM-DB |
|---|---|
| Plaintiff, | |
| v. | UNITED STATES' REQUEST TO EXTEND THE DEADLINE TO SUBMIT A JOINT STATUS REPORT FROM JULY 26, 2019 TO SEPTEMBER 12, 2019 |
| REAL PROPERTY LOCATED AT 5383 STONEHURST DRIVE, MARTINEZ, CALIFORNIA CONTRA COSTA COUNTY, APN: 367-230-018-7, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, et al., | |
| Defendants. | |

The United States submits the following Request to Extend the Deadline to file a Joint Status Report from July 26, 2019 to September 12, 2019. To date, Jeffrey Carpoff, Paulette Carpoff, Dish Network, Franchise Tax Board and Daysh Development, Inc. have filed claims against the defendant properties.

**Introduction**

On April 15, 2019, the United States filed a civil forfeiture complaint *in rem* against fourteen real properties ("defendant properties") connected to fraud and money laundering crimes in the Eastern District of California and other areas. All known potential claimants to the defendant properties were served in a manner consistent with *Dusenbery v. United States,* 534 U.S. 161, 168 (2002) and the applicable statutory authority. Furthermore, public notice on the official internet government forfeiture

1
United States' Request to Extend the Deadline to
Submit a Joint Status Report

site, www.forfeiture.gov, began on May 4, 2019, and ran for thirty consecutive days, as required by Rule G(4)(a)(iv)(C) of Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. *See* ECF No. 4. A Declaration of Publication was filed on July 12, 2019, which set forth, among other items, that publication on the government's forfeiture website was complete on June 2, 2019. *See* Dkt. 40.

The United States has also lodged the complaint on the bankruptcy docket for DC Solar's parent company, In re Double Jump Inc., Case 19-bk-50102, a bankruptcy case filed in Reno, Nevada after the United States executed federal search and seizure warrants at DC Solar's business and other locations in California associated with the company and its founders. The United States' application for a restraining order, Dkt. 42, describes the United States' law enforcement action, the subsequent Reno bankruptcy filings, DC Solar's reorganization efforts, the conversion from a Chapter 11 bankruptcy case to a Chapter 7, and recent litigation involving the Chapter 7 bankruptcy trustee.

**Good Cause**

The United States has provided notice to all potential claimants pursuant to law. Specifically, the defendant properties are collectively owned by Jeffrey and Paulette Carpoff personally and through several LLCs, Dora Dog Properties, LLC, Dog Blue Properties, LLC, 475 Channel Road, LLC, 2750 Maxwell Way, LLC, Fou Dog, LLC, Antioch Mini Storage, LLC, and 4021 Pike Lane, LLC. The government served copies of the complaint documents on the above LLCs through their registered agent for service of process, as listed on the California Secretary of State's website. Further, the government served copies of the complaint on the principals of each respective LLC, Jeffrey and Paulette Carpoff. Lastly, the government has provided notice of this action to the lienholders who are identified on chain-of-title documents and may have a security interest in the defendant properties.

Five parties have so far appeared in the case. First, the only parties who have asserted an ownership interest, Jeff and Paulette Carpoff, filed claims as to each property in their personal capacity and through their LLCs. *See* Dkt. 27-28. Second, a bank filed claims concerning outstanding loans as relates to two *In Rem* Defendants (*2750 Maxwell Way and 4021 Pike Lane*) currently being sold by the U.S. Marshals Service, as discussed below. Dkt. 6-7. Third, a construction company filed a claim and answer associated with labor/materials supplied in connection with retaining walls installed at one of the

*In Rem* Defendants. Dkt. 37. Fourth, Dish Network, a provider of cable and television services, filed a claim concerning its month-to-month tenancy at one of the *In Rem* Defendants. Dkt. 33. Lastly, the California Franchise Tax Board ("FTB") filed a claim to several of the *In Rem* Defendants based on alleged taxes owed to the FTB by Jeff and Paulette Carpoff. Dkt. 35. The FTB also filed an answer.

No other party has filed an answer. However, based on the claimants' requests, and given the lengthy facts and complicated issues in this case, the United States agreed to the requests for more time. The answers are currently due on August 15, 2019.

Furthermore, several potential tax equity investor-victims and the Chapter 7 and 11 bankruptcy trustees have requested extensions of time to file claims in this case. The United States granted each request and they currently have until August 1, 2019 to file a claim in the case.

To allow the above individuals, entities, investors, and trustees sufficient time to file a claim and research the issues raised by the facts alleged in the Complaint, the United States seeks to continue the deadline to file a Joint Status Report from July 26, 2019 to September 12, 2019 (or to another date the Court deems appropriate).

Accordingly, there is good cause to extend the deadline to file a joint status report in this case from July 26, 2019 to September 12, 2019, or to a date the Court deems appropriate.

### U.S. Marshals' Efforts to Manage and Sell *In Rem* Defendants 2750 Maxwell Way and 4021 Pike Lane

As explained in the United States' application for a restraining order, 2750 Maxwell Way and 4021 Pike Lane were purchased using a combination of alleged fraud proceeds and millions of dollars in bank loans, the latter which went into default status some months ago. To preserve the availability equity, the United States requested and this Court ordered, the U.S. Marshals to maintain and sell each property, and the U.S. Marshals started those efforts in earnest immediately following the entry of the sale order in May 2019.

Particularly, the U.S. Marshals have secured each property, changed the locks and alarm codes, entered occupancy agreements with existing tenants, and taken other actions to ensure the properties are safe and properly monitored by professional custodians. The U.S. Marshals have also obtained

3

appraisals and title reports for each property, designated a point person for any property issues that arise from tenants and/or other interested parties, and engaged an experienced commercial broker to market and sell the properties. The broker listed the properties for sale in late May 2019 and reports significant interest from local and institutional buyers. The broker received several offers to purchase each property and then conducted a "best and final" round from the most competitive suitors. The broker, working with the U.S. Marshals, accepted the highest offer for each property and they are currently in escrow to sell each property, with an expected closing date in August 2019. According to the broker and U.S. Marshals, each sales price exceeded expectations and the final numbers likely will surpass each property's appraised value.

Dated: 7/18/2019         McGREGOR W. SCOTT
                         United States Attorney


                          /s/ Kevin C. Khasigian
                         ANDRE M. ESPINOZA
                         KEVIN C. KHASIGIAN
                         Assistant U.S. Attorney


## **ORDER**

Pursuant to the United States' request and good cause appearing, the Court makes the following order:

The deadline to file a Joint Status Report is extended from July 26, 2019 to September 12, 2019.

**IT IS SO ORDERED.**

Dated: July 18, 2019          /s/ John A. Mendez
                              JOHN A. MENDEZ
                              United States District Court Judge