McGREGOR W. SCOTT
United States Attorney
ANDRE M. ESPINOZA
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 5383 STONEHURST DRIVE, MARTINEZ, CALIFORNIA CONTRA COSTA COUNTY, APN: 367-230-018-7, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, et al.,<br><br>Defendants. | 2:19-CV-00636-JAM-DB<br><br>UNITED STATES' REQUEST TO EXTEND THE DEADLINE TO SUBMIT A JOINT STATUS REPORT FROM SEPTEMBER 12, 2019 TO NOVEMBER 12, 2019 |
|---|---|

The United States submits the following Request to Extend the Deadline to file a Joint Status Report from September 12, 2019 to November 12, 2019.

**<u>Introduction</u>**

On April 15, 2019, the United States filed a civil forfeiture complaint *in rem* against fourteen real properties ("defendant properties") connected to fraud and money laundering crimes in the Eastern District of California and other areas.  All known potential claimants to the defendant properties were served in a manner consistent with *Dusenbery v. United States,* 534 U.S. 161, 168 (2002) and the applicable statutory authority.  Furthermore, public notice on the official internet government forfeiture site, www.forfeiture.gov, began on May 4, 2019, and ran for thirty consecutive days, as required by Rule G(4)(a)(iv)(C) of Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

*See* ECF No. 4. A Declaration of Publication was filed on July 12, 2019, which set forth, among other items, that publication on the government's forfeiture website was complete on June 2, 2019. *See* Dkt. 40.

The United States has also lodged the complaint on the bankruptcy docket for DC Solar's parent company, In re Double Jump Inc., Case 19-bk-50102, a bankruptcy case filed in Reno, Nevada after the United States executed federal search and seizure warrants at DC Solar's business and other locations in California associated with the company and its founders. The United States' application for a restraining order, Dkt. 42, describes the United States' law enforcement action, the subsequent Reno bankruptcy filings, DC Solar's reorganization efforts, the conversion from a Chapter 11 bankruptcy case to a Chapter 7, and recent litigation involving the Chapter 7 bankruptcy trustee.

## **Good Cause**

The United States has provided notice to all potential claimants pursuant to law. Specifically, the defendant properties are collectively owned by Jeffrey and Paulette Carpoff personally and through several LLCs, Dora Dog Properties, LLC, Dog Blue Properties, LLC, 475 Channel Road, LLC, 2750 Maxwell Way, LLC, Fou Dog, LLC, Antioch Mini Storage, LLC, and 4021 Pike Lane, LLC. The government served copies of the complaint documents on the above LLCs through their registered agent for service of process, as listed on the California Secretary of State's website. Further, the government served copies of the complaint on the principals of each respective LLC, Jeffrey and Paulette Carpoff. Lastly, the government has provided notice of this action to the lienholders who are identified on chain-of-title documents and may have a security interest in the defendant properties.

Five parties have so far appeared in the case. First, the only parties who have asserted an ownership interest, Jeff and Paulette Carpoff, filed claims as to each property in their personal capacity and through their LLCs. *See* Dkt. 27-28. Second, a bank filed claims concerning outstanding loans as relates to two *In Rem* Defendants (*2750 Maxwell Way and 4021 Pike Lane*) currently being sold by the U.S. Marshals Service, as discussed below. Dkt. 6-7. Third, a construction company filed a claim and answer associated with labor/materials supplied in connection with retaining walls installed at one of the *In Rem* Defendants. Dkt. 37. Fourth, Dish Network, a provider of cable and television services, filed a claim concerning its month-to-month tenancy at one of the *In Rem* Defendants. Dkt. 33. Lastly, the

California Franchise Tax Board ("FTB") filed a claim to several of the *In Rem* Defendants based on alleged taxes owed to the FTB by Jeff and Paulette Carpoff. Dkt. 35. The FTB and Daysh Development filed answers.

No other party has filed an answer. However, based on the claimants' requests for additional time to review the allegations and potential privilege issues and other defenses, and given the lengthy facts and complicated issues in this case, the United States has agreed to their requests for more time. The answers are currently due on October 15, 2019.

Furthermore, several potential tax equity investor-victims and the Chapter 7 and 11 bankruptcy trustees have requested extensions of time to file claims in this case. The United States granted each request and they currently have until October 7, 2019 to file a claim in the case.

To allow the above individuals, entities, investors, and trustees sufficient time to file a claim and research the issues raised by the facts alleged in the Complaint, the United States seeks to continue the deadline to file a Joint Status Report from September 12, 2019 to November 12, 2019 (or to another date the Court deems appropriate).

Accordingly, there is good cause to extend the deadline to file a joint status report in this case from September 12, 2019 to November 12, 2019, or to a date the Court deems appropriate.

### U.S. Marshals' Efforts to Manage and Sell *In Rem* Defendants 2750 Maxwell Way and 4021 Pike Lane

As explained in the United States' application for a restraining order, 2750 Maxwell Way and 4021 Pike Lane were purchased using a combination of alleged fraud proceeds and millions of dollars in bank loans, the latter which went into default status some months ago. To preserve the availability equity, the United States requested and this Court ordered, the U.S. Marshals to maintain and sell each property, and the U.S. Marshals started those efforts in earnest immediately following the entry of the sale order in May 2019.

Particularly, the U.S. Marshals have secured each property, changed the locks and alarm codes, entered occupancy agreements with existing tenants, and taken other actions to ensure the properties are safe and properly monitored by professional custodians. The U.S. Marshals have also obtained

3

United States' Request to Extend the Deadline to
Submit a Joint Status Report

appraisals and title reports for each property, designated a point person for any property issues that arise from tenants and/or other interested parties, and engaged an experienced commercial broker to market and sell the properties. The broker listed the properties for sale in late May 2019 and reports significant interest from local and institutional buyers. As to 4021 Pike Lane, several offers were submitted and the strongest offer was accepted after a subsequent "best and final" round. The successful bidder has waived all due diligence and the sale is expected to close any day, if it has not closed already. According to the broker and U.S. Marshals, the anticipated sales figure for that property will likely surpass its appraised value. As to 2750 Maxwell Way, an offer was accepted in July 2019, but that buyer pulled out of escrow prior to waiving due diligence. The property has returned to the market and the U.S. Marshals represent that there has been strong interest from local owner-users.

Dated:  9/11/2019                                                      McGREGOR W. SCOTT
                                                                                         United States Attorney


                                                                                          /s/ Kevin C. Khasigian
                                                                                         ANDRE M. ESPINOZA
                                                                                         KEVIN C. KHASIGIAN
                                                                                         Assistant U.S. Attorney


## **ORDER**

Pursuant to the United States' request and good cause appearing, the Court makes the following order:

The deadline to file a Joint Status Report is extended from September 12, 2019 to November 12, 2019.

**IT IS SO ORDERED.**

Dated:  9/11/2019                                              /s/ John A. Mendez
                                                                                  JOHN A. MENDEZ
                                                                                  United States District Court Judge