# EXHIBIT B

| PROPERTY ADDRESS | CITY | ST | ZIP | APPRAISAL | SALES PRICE | STATUS | NET PROCEEDS |
|---|---|---|---|---|---|---|---|
| 473-475-477 E Channel Rd | Benicia | CA | 94510 | $2,200,000.00 | $2,543,000.00 | Closed | $1,151,810.65 |
| 4021 Pike Ln | Concord | CA | 94520 | $6,610,000.00 | $6,980,000.00 | Closed | $2,491,455.14 |
| 2750 Maxwell Way | Fairfield | CA | 94534 | $8,400,000.00 | $8,300,000.00 | In Escrow | |