MCGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>REAL PROPERTY LOCATED AT 5383 STONEHURST DRIVE, MARTINEZ, CALIFORNIA CONTRA COSTA COUNTY, APN: 367-230-018-7, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL,<br><br>  Defendants. | 2:19-CV-00636-JAM-DB<br><br>PROPOSED ORDER IN SUPPORT OF COORDINATION AGREEMENT BETWEEN THE UNITED STATES AND CHAPTER 7 BANKRUPTCY TRUSTEES |

**<u>PROPOSED ORDER</u>**

The United States of America, through its counsel, has submitted for the Court's approval a Coordination Agreement between the United States and Chapter 7 Trustees for the DC Solar bankruptcy and bankruptcies for the five LLCs holding title to the *In Rem* Defendants.

Accordingly and for good cause shown, it is hereby:

ORDERED that, the Coordination Agreement between the United States and Chapter 7 Trustees for the DC Solar bankruptcy and bankruptcies for the five LLCs holding title to the *In Rem* Defendants shall be and is APPROVED, and it is further

ORDERED that, the *In Rem* Defendants identified in Attachment _____ to the Coordination Agreement shall be and are DISMISSED from the action, and it is further

ORDERED that, the TRO entered on May 16, 2019 is modified accordingly.

Dated: _____                    _____
                                            JOHN A. MENDEZ
                                            United States District Judge