REES F. MORGAN (State Bar No. 229899)
ROSAN AGBAJOH (State Bar No. 316748)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: rmorgan@coblentzlaw.com
         oagbajoh@coblentzlaw.com

Attorneys for Claimant,
Dish Network California Service Corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REAL PROPERTY LOCATED AT 5383 STONEHURST DRIVE, MARTINEZ, CALIFORNIA CONTRA COSTA COUNTY, APN: 367-230-018-7, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, et al.<br><br>Defendants. | Case No. 2:19-CV-00636-JAM-DB<br><br>**STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM OF DISH NETWORK CALIFORNIA SERVICE CORPORATION**<br><br>(Assigned Hon. John A. Mendez) |

**IT IS HEREBY STIPULATED** by and between claimant, Dish Network California Service Corporation ("Claimant"), by and through their counsel of record, Rees F. Morgan and Rosan L. Agbajoh, and Plaintiff, the United States of America ("Plaintiff"), by and through its undersigned counsel, Kevin C. Khasigian, Assistant United States Attorney, as follows:

1.  Claimant asserted a lessee interest in the real property at 4901 Park Road (Lot 51-80), Unit 4, Benicia, California, 94510, Solano County, APN: 0080-060-420 ("defendant property").

2. The defendant property has been sold and Plaintiff no longer holds an interest in the defendant property.

3. Accordingly, Claimant hereby withdraws its claim filed in the above-captioned case on May 29, 2019, with respect to Lot 51-80 Park Road, Benicia, California, Solano County property.

4. To the extent required under the Federal Rules of Civil Procedure, Rule 41(a), Plaintiff agrees to dismiss with prejudice Claimant in the above-captioned case pursuant to the Federal Rules of Civil Procedure, Rule 41(a). Defendant real property at Lot 51-80 Park Road, Benicia, California, Solano County, is the *in rem* Defendant.

5. Each party hereto is to bear its own costs; and

6. Claimant is hereby removed from the Service List for the above-captioned case.

DATED: 12/31/2019         MCGREGOR W. SCOTT
                          United States Attorney


                    By:   /s/ Kevin C. Khasigian
                          Kevin C. Khasigian
                          Assistant United States Attorney


DATED: December 31, 2019  COBLENTZ PATCH DUFFY & BASS LLP


                    By:   _____
                          REES F. MORGAN
                          ROSAN L. AGBAJOH
                          Attorneys for Dish Network California Service
                          Corporation

STIPULATION AND WITHDRAWAL
-2-

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The Court has read and considered the Stipulation of Withdrawal of Claim by Claimant |
| 3 | Dish Network California Service Corporation and Plaintiff, United States of America. For the |
| 4 | reasons stated in the Stipulation and for good cause shown, |
| 5 | **IT IS HEREBY ORDERED** as follows: |
| 6 | 1. The Stipulation is approved. |
| 7 | 2. Claimants' claims filed in the above-captioned case on May 29, 2019 [Dk. #33] is |
| 8 | hereby deemed withdrawn. |
| 9 | 3. Claimant is hereby deemed dismissed from the above-captioned case. |
| 10 | **IT IS SO ORDERED.** |
| 11 | Dated: 1-6-2020 |
| 12 | JOHN A. MENDEZ<br>United States District Judge |

STIPULATION AND WITHDRAWAL

-3-