McGREGOR W. SCOTT
United States Attorney
ANDRE M. ESPINOZA
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-CV-00636-JAM-DB |
| Plaintiff, | |
| v. | UNITED STATES' REQUEST TO EXTEND THE DEADLINE TO SUBMIT A JOINT STATUS REPORT FROM JANUARY 9, 2020 TO MARCH 11, 2020 |
| REAL PROPERTY LOCATED AT 5383 STONEHURST DRIVE, MARTINEZ, CALIFORNIA CONTRA COSTA COUNTY, APN: 367-230-018-7, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, et al., | |
| Defendants. | |

The United States submits the following Request to Extend the Deadline to file a Joint Status Report from January 9, 2020 to March 11, 2020.

**<u>Introduction</u>**

On April 15, 2019, the United States filed a civil forfeiture complaint *in rem* against fourteen real properties ("*In Rem* Defendants") connected to fraud and money laundering crimes in the Eastern District of California and other areas. All known potential claimants to the *In Rem* Defendants were served in a manner consistent with *Dusenbery v. United States,* 534 U.S. 161, 168 (2002) and the applicable statutory authority. Furthermore, public notice on the official internet government forfeiture site, www.forfeiture.gov, began on May 4, 2019, and ran for thirty consecutive days, as required by Rule G(4)(a)(iv)(C) of Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

1

United States' Request to Extend the Deadline to
Submit a Joint Status Report

*See* ECF No. 4.  A Declaration of Publication was filed on July 12, 2019, which set forth, among other items, that publication on the government's forfeiture website was complete on June 2, 2019.  *See* Dkt. 40.

This case is related to four other cases filed in the Eastern District of California: two civil cases, *United States v. 725 Main Street, Martinez, California, et al.*, Case 2:19−CV−00247-JAM-DB and *United States v. Approximately $6,567,897.50 Seized From CTBC Bank, Account Number 3800191916, et al.*, Case 2:19-cv-00485-JAM-DB; and two recently filed criminal cases, *United States v. Ronald Roach, et al.*, 2:19-cr-00182-JAM and *United States v. Robert Karmann*, 2:19-cr-00222-JAM.  A notice of related case was also filed this week in another criminal case involving the DC Solar fraud, *United States v. Ryan Guidry*, 2:20-cr-00003-KJM.[1]

The United States has also lodged the complaint on the bankruptcy docket for DC Solar's parent company, <u>In re Double Jump Inc.</u>, Case 19-bk-50102, a bankruptcy case filed in Reno, Nevada after the United States executed federal search and seizure warrants at DC Solar's business and other locations in California associated with the company and its founders.  The United States and the Chapter 7 Trustees for the entities related to DC Solar and its principals have since entered a Coordination Agreement concerning the *In Rem* Defendants and other assets connected to DC Solar and its principals.  An order approving the Coordination Agreement was entered in late November 2019, resulting in the dismissal of two *In Rem* Defendants from this case.[2]  *See* Dkt. 49, 51.

## **Good Cause**

The United States has provided notice to all potential claimants pursuant to law.  Specifically, the *In Rem* Defendants are collectively owned by Jeffrey and Paulette Carpoff personally and through several LLCs, Dora Dog Properties, LLC, Dog Blue Properties, LLC, 475 Channel Road, LLC, 2750 Maxwell Way, LLC, Fou Dog, LLC, Antioch Mini Storage, LLC, and 4021 Pike Lane, LLC.  The government served copies of the complaint documents on the above LLCs through their registered agent

---

[1] The Securities and Exchange Commission ("SEC") has filed a notice of related cases to relate this case (*and others*) with their civil enforcement against criminal defendants Ronald Roach and Joe Bayliss, *SEC v. Bayliss, et al.*, Case No. 2:19-CV-2140-MCE-AC.

[2] Accordingly, there are presently twelve *In Rem* Defendants in this case.  *See* Dkt. 51.  Under the Coordination Agreement, Chapter 7 Trustees have agreed not to file claims to these *In Rem* Defendants.

for service of process, as listed on the California Secretary of State's website. Further, the government served copies of the complaint on the principals of each respective LLC, Jeffrey and Paulette Carpoff. Lastly, the government has provided notice of this action to the lienholders who are identified on chain-of-title documents and may have a security interest in the *In Rem* Defendants.

Four parties have so far appeared in the case.[3] First, the only parties who have asserted an ownership interest, Jeff and Paulette Carpoff, filed claims as to each property in their personal capacity and through their LLCs. *See* Dkt. 27-28. Second, a bank filed claims concerning outstanding loans as relates to two *In Rem* Defendants (*2750 Maxwell Way and 4021 Pike Lane*) being sold by the U.S. Marshals Service, as discussed below. Dkt. 6-7. Third, a construction company filed a claim and answer associated with labor/materials supplied in connection with retaining walls installed at one of the *In Rem* Defendants. Dkt. 37. Lastly, the California Franchise Tax Board ("FTB") filed a claim to several of the *In Rem* Defendants based on alleged taxes owed to the FTB by Jeff and Paulette Carpoff. Dkt. 35. The FTB and Daysh Development filed answers.

No other party has filed an answer in this case. However, based on the claimants' requests for additional time to review the allegations—in the civil complaint as well as the four recently filed criminal informations and plea agreements—and potential privilege issues and other defenses, and given the lengthy facts and complicated issues in this case, the United States has agreed to their requests for more time. The answers are currently due on January 15, 2020.

Furthermore, several potential tax equity investor-victims and those associated with the Dc Solar tax equity deals have requested extensions of time to file claims in this case. For similar reasons underlying the agreement to extend the time to file answers, the United States granted each request for an extension and those entities currently have until January 15, 2020 to file a claim.

To allow the above individuals, entities, investors, and trustees sufficient time to file a claim and research the issues raised by the facts alleged in the Complaint and recently filed criminal pleadings, the United States seeks to continue the deadline to file a Joint Status Report from January 9, 2020 to March 11, 2020 (or to another date the Court deems appropriate).

---

[3] Dish Network, a provider of cable and television services, initially filed a claim concerning its tenancy at one of the *In Rem* Defendants, but has since withdrawn that claim. *See* Dkt. 58.

3

Accordingly, there is good cause to extend the deadline to file a joint status report in this case from January 9, 2020 to March 11, 2020, or to a date the Court deems appropriate.

### U.S. Marshals' Efforts to Manage and Sell *In Rem* Defendants
### 2750 Maxwell Way and 4021 Pike Lane

As explained in the United States' application for a restraining order, 2750 Maxwell Way and 4021 Pike Lane were purchased using a combination of alleged fraud proceeds and millions of dollars in bank loans, the latter which went into default status some months ago. To preserve the availability equity, the United States requested and this Court ordered, the U.S. Marshals to maintain and sell each property, and the U.S. Marshals started those efforts in following the entry of the May 2019 order.

Particularly, the U.S. Marshals have secured each property, changed the locks and alarm codes, entered occupancy agreements with existing tenants, and taken other actions to ensure the properties are safe and properly monitored by professional custodians. The U.S. Marshals have also obtained appraisals and title reports for each property, designated a point person for any property issues that arise from tenants and/or other interested parties, and engaged an experienced commercial broker to market and sell the properties. As to 4021 Pike Lane, several offers were submitted and the strongest offer was accepted after a subsequent "best and final" round. The property recently sold for approximately $6,980,000. As to 2750 Maxwell Way, an offer was accepted in July 2019, but that buyer pulled out of escrow prior to waiving due diligence. The property returned to the market in September 2019 and recently went into contract with a local owner-user buyer. Escrow is anticipated to close in late January 2020.

Dated: 1/8/2020  McGREGOR W. SCOTT
United States Attorney

 /s/ Kevin C. Khasigian
ANDRE M. ESPINOZA
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

4

# **ORDER**

Pursuant to the United States' request and good cause appearing, the Court makes the following order:

The deadline to file a Joint Status Report is extended from January 9, 2020 to March 11, 2020.

**IT IS SO ORDERED.**

Dated: 1/8/2020

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge