```
MCGREGOR W. SCOTT
United States Attorney
ANDRE M. ESPINOSA
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
```

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-CV-00636-JAM-DB |
| Plaintiff, | |
| v. | UNITED STATES' NOTICE OF MOTION AND MOTION FOR APPROVAL OF STIPULATION FOR FINAL JUDGMENT OF FORFEITURE |
| REAL PROPERTY LOCATED AT 5383 STONEHURST DRIVE, MARTINEZ, CALIFORNIA CONTRA COSTA COUNTY, APN: 367-230-018-7, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL, | Date: February 25, 2020<br>Time: 1:30 p.m.<br>Ctrm: 6, 14th Floor |
| Defendants. | |

TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that on February 25, 2020 at 1:30 p.m. or as soon thereafter as said motion can be heard in Courtroom 6, 14th Floor, of the above-entitled Court located at 501 I Street, Sacramento, California 95814, the United States will make the following motion:

The United States moves for Court approval of a Stipulation for Final Judgment of Forfeiture (hereinafter "Forfeiture Agreement") as to each *In Rem* Defendant in the case. The Agreement resolves the dispute between the United States and Jeff and Paulette Carpoff, the only parties to have asserted an ownership interest in the *In Rem* Defendants, and will be filed via a noticed motion, in the two related real property forfeitures cases in the Eastern District of California for all claimants and potential claimants to review. This motion is based on the pleadings on file, the accompanying Motion for

Approval of Stipulation for Final Judgment of Forfeiture, and any argument to be presented at the hearing on this motion.  A Proposed Partial Final Judgment of Forfeiture is filed herewith.

Date:    1/27/2020                                        MCGREGOR W. SCOTT
                                                                          United States Attorney


                                                   By:    /s/ Kevin C. Khasigian
                                                                   ANDRE M. ESPINOSA
                                                                   KEVIN C. KHASIGIAN
                                                                   Assistant U.S. Attorney