MCGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
ANDRE M. ESPINOSA
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-CV-00636-JAM-DB |
| Plaintiff, | |
| v. | STIPULATION FOR FINAL JUDGMENT OF FORFEITURE |
| REAL PROPERTY LOCATED AT 5383 STONEHURST DRIVE, MARTINEZ, CALIFORNIA CONTRA COSTA COUNTY, APN: 367-230-018-7, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED AT 14 GOREE COURT, MARTINEZ, CALIFORNIA, CONTRA COSTA COUNTY, APN: 380-231-010-6, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED AT 180 MIDHILL ROAD, MARTINEZ, CALIFORNIA CONTRA COSTA COUNTY, APN(S): 161-280-005-0 AND 161-280-034, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED AT 186 FARM LANE, MARTINEZ, CALIFORNIA CONTRA COSTA COUNTY, APN: 377-280-041-7, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |

1

REAL PROPERTY LOCATED AT 315 SUMMERHILL LANE, MARTINEZ, CALIFORNIA CONTRA COSTA COUNTY, APN: 367-240-008-6, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

REAL PROPERTY LOCATED AT 815 SUNSET DRIVE, ANTIOCH, CALIFORNIA CONTRA COSTA COUNTY, APN: 068-100-044-4, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

REAL PROPERTY LOCATED AT 1062 MOHR LANE, UNIT C, CONCORD, CALIFORNIA, CONTRA COSTA COUNTY, APN: 147-401-003-8, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

REAL PROPERTY LOCATED AT 4021 PIKE LANE, CONCORD, CALIFORNIA, CONTRA COSTA COUNTY, APN: 159-382-012-7, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

REAL PROPERTY LOCATED AT 4800 BLUM ROAD, UNIT 1, MARTINEZ, CALIFORNIA CONTRA COSTA COUNTY, APN: 159-400-001-8, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

REAL PROPERTY LOCATED AT 4808 BLUM ROAD, UNIT 2, MARTINEZ, CALIFORNIA CONTRA COSTA COUNTY, APN: 159-400-002-6, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

REAL PROPERTY LOCATED AT 2750 MAXWELL WAY, FAIRFIELD, CALIFORNIA SOLANO COUNTY, APN: 028-230-150, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

REAL PROPERTY LOCATED AT 84 CAROLINA CHERRY DRIVE, LAS VEGAS, NEVADA, CLARK COUNTY, APN: 191-07-510-061, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

REAL PROPERTY LOCATED AT 473-475-477 E. CHANNEL ROAD, BENICIA, CALIFORNIA SOLANO COUNTY, APN: 0080-250-430-01, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and

Stipulation for Final Judgment of Forfeiture

| | |
|---|---|
| REAL PROPERTY LOCATED AT LOT 51-80 PARK ROAD, BENICIA, CALIFORNIA, SOLANO COUNTY, APN: 0080-060-420, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>        Defendants. | |

It is stipulated and agreed by and between the United States of America and claimants Jeffrey Carpoff and Paulette Carpoff, and their interests in their wholly owned entities, by and through their respective counsel of record, as follows:

1. This is a civil action *in rem* brought by the United States for forfeiture of real properties connected to a claim of fraud and money laundering. The *In Rem* Defendants in this action are set forth below, but this stipulation for final judgment of forfeiture pertains to only a portion of the properties, as explained herein.

   a. Real property at 5383 Stonehurst Drive, Martinez, California, Contra Costa County, APN: 367-230-018-7;

   b. Real property at 14 Goree Court, Martinez, California, Contra Costa County, APN: 380-231-010-6;

   c. Real property at 180 Midhill Road, Martinez, California, Contra Costa County, APNs: 161-280-005-0 & 161-280-034-0;

   d. Real property at 186 Farm Lane, Martinez, California, Contra Costa County, APN: 377-280-041-7;

   e. Real property at 315 Summerhill Lane, Martinez, California, Contra Costa County, APN: 367-240-008-6;

   f. Real property at 1062 Mohr Lane, Unit C, Concord, California, Contra Costa County, APN: 147-401-003-8;

   g. Real property at 4021 Pike Lane, Concord, California, Contra Costa County, APN: 159-382-012-7;

   h. Real property at 4800 Blum Road, Unit 1, Martinez, California, Contra Costa County, APN: 159-400-001-8;

   i. Real property at 4808 Blum Road, Unit 2, Martinez, California, Contra Costa County, APN: 159-400-002-6;

   j. Real property at 2750 Maxwell Way, Fairfield, California, Solano County, APN: 028-230-150;

3

Stipulation for Final Judgment of Forfeiture

  k. Real property at 84 Carolina Cherry Drive, Las Vegas, Nevada, Clark County, APN: 191-07-510-061; and

  l. Real property at 473-475-477 E. Channel Road, Benicia, California, Solano County, APN: 0080-250-430-1.

The record owners of In Rem Defendants (a), (b), (d), (e), (i) and (k) are Jeffrey Carpoff and Paulette Carpoff; the record owner of defendant property (c) is Dora Dog Properties, LLC; the record owner of defendant properties (f) and (h) is Dog Blue Properties, LLC; the record owner of defendant property (g) is 4021 Pike Lane, LLC; the record owner of defendant property (j) is 2750 Maxwell Way, LLC; the record owner of defendant property (l) is 475 Channel Road, LLC. All of the companies listed above were formed and are owned by Jeffrey Carpoff and Paulette Carpoff.

2. A Verified Complaint for Forfeiture *In Rem* was filed on April 15, 2019. An *Amended Complaint for Forfeiture In Rem* was filed on April 18, 2019 (hereafter "Complaint"). The complaint alleged that the defendant properties are subject to forfeiture to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (C).

3. The *In Rem* Defendants were posted with a copy of the Complaint and Notice of Complaint.

4. Beginning on May 4, 2019, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov. A Declaration of Publication was filed on July 12, 2019.

5. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals or entities:

  a. DC Solar and its entities,
  b. Jeffrey Carpoff,
  c. Paulette Carpoff,
  d. CTBC Bank Corp.,
  e. Heritage Bank of Commerce,
  f. Loan Oak Fund, LLC,
  g. Franchise Tax Board, and
  h. Department of Revenue – Internal Revenue Service.d

6. On May 9, 2019, Jeffrey and Paulette Carpoff filed claims asserting an interest in *each In Rem* Defendant, in their personal capacity and on behalf of entities they control.

7. The United States' allegations are set forth in its Complaint and attached exhibits,

including a declaration supporting the Complaint. Claimants deny these allegations and the assertion that the United States is thereby entitled to forfeiture in whole or in part of the listed assets but in the interests of making the net proceeds of the sale of the assets available to any of the various investment groups who may claim to have suffered a financial loss as the result of the actions described in the Complaint and to avoid expense of litigation, the parties desire to stipulate to the entry of a Final Judgment of Forfeiture on the following terms:

a. All right, title, and interest of Jeffrey Carpoff and Paulette Carpoff, Dora Dog Properties, LLC, Dog Blue Properties, LLC, 4021 Pike Lane, LLC, 2750 Maxwell Way, LLC, and 475 Channel Road, LLC in the following In Rem Defendants shall be forfeited to the United States pursuant to 18 U.S.C §§ 981(a)(1)(A) and 981(a)(1)(C), to be disposed of according to law:[1]

    i. Real property at 5383 Stonehurst Drive, Martinez, California, Contra Costa County, APN: 367-230-018-7;

    ii. Real property at 14 Goree Court, Martinez, California, Contra Costa County, APN: 380-231-010-6;

    iii. Real property at 180 Midhill Road, Martinez, California, Contra Costa County, APNs: 161-280-005-0 & 161-280-034-0;

    iv. Real property at 186 Farm Lane, Martinez, California, Contra Costa County, APN: 377-280-041-7;

    v. Real property at 315 Summerhill Lane, Martinez, California, Contra Costa County, APN: 367-240-008-6;

    vi. Real property at 1062 Mohr Lane, Unit C, Concord, California, Contra Costa County, APN: 147-401-003-8;

    vii. Real property at 4021 Pike Lane, Concord, California, Contra Costa County, APN: 159-382-012-7;

    viii. Real property at 4800 Blum Road, Unit 1, Martinez, California, Contra Costa County, APN: 159-400-001-8;

    ix. Real property at 4808 Blum Road, Unit 2, Martinez, California, Contra Costa County, APN: 159-400-002-6;

    x. Real property at 2750 Maxwell Way, Fairfield, California, Solano County, APN: 028-230-150;

---

[1] The United States and the Chapter 7 Trustees for the entities related to DC Solar and its principals have since entered a Coordination Agreement concerning the *In Rem* Defendants and other assets connected to DC Solar and its principals. An order approving the Coordination Agreement was entered in late November 2019, resulting in the dismissal of two *In Rem* Defendants from this case. Accordingly, there are presently twelve *In Rem* Defendants in this case. *See* Dkt. 51. Under the Coordination Agreement, Chapter 7 Trustees have agreed not to file claims to these *In Rem* Defendants.

Stipulation for Final Judgment of Forfeiture

      xi.    Real property at 84 Carolina Cherry Drive, Las Vegas, Nevada, Clark County, APN: 191-07-510-061; and

      xii.    Real property at 473-475-477 E. Channel Road, Benicia, California, Solano County, APN: 0080-250-430-1.

8. Upon entry of the Final Judgment of Forfeiture, for those properties not already sold the U.S. Marshals Service (or a designee) shall list the *In Rem* Defendants for sale.[2] The U.S. Marshals Service shall have sole authority to select the means of sale, including sale by internet or through a licensed real estate broker, and shall have sole authority over the marketing and sale of the defendant properties.

    a.    The U.S. Marshals Service shall have the *In Rem* Defendants appraised by a licensed appraiser of its choosing. The U.S. Marshals Service and the appraiser may have access to the *In Rem* Defendants and structures, buildings, or storage sheds thereon upon 24 hours telephonic notice.

    b.    If necessary, the U.S. Marshals Service, and any real estate broker employed by the U.S. Marshals Service, shall have the right to put a "lock box" on the property to facilitate the marketing and sale of the defendant properties.

    c.    The following costs, expenses and distributions shall be paid in escrow from the gross sales price in the following priority and to the extent funds are available:

        i.    The costs incurred by the U.S. Marshals Service to the date of close of escrow, including the cost of posting, service, advertising, and maintenance.

        ii.    Any unpaid real property taxes, which shall be prorated as of the date of the entry of the Partial Final Judgment of Forfeiture.

        iii.    A real estate commission not to exceed the U.S. Marshals Service contractual brokerage fee.

        iv.    The seller shall pay any county transfer taxes.

        v.    Any other valid liens and encumbrances filed on title against any of the *In Rem* Defendants. The United States may pay any such lien or encumbrance at its sole discretion.

        vi.    The costs of a lender's policy of title insurance (ALTA policy) shall be paid for by the buyer.

    d.    Each party shall execute all documents necessary to close escrow, if such

---

[2] The U.S. Marshals have sold *In Rem* Defendants 2750 Maxwell Way and 4021 Pike Lane, *see* Dkt. 32, and those proceeds would be forfeited pursuant to this stipulation.

Stipulation for Final Judgment of Forfeiture

signatures are required by the title insurer.

9. The United States will receive the remaining net proceeds from the sale of the *In Rem* Defendants forfeited under this stipulation. All right, title, and interest in said funds shall be substituted for those properties and forfeited to the United States pursuant to 18 U.S.C §§ 981(a)(1)(A) and 981(a)(1)(C), to be disposed of according to law.

10. All parties to this Stipulation hereby release the United States and its servants, agents, and employees from any and all liability arising out of or in any way connected with the posting, forfeiture or sale of the *In Rem* Defendant forfeited under this stipulation. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said posting, forfeiture or sale, as well as to those now known or disclosed. The parties to this Stipulation waive the provisions of California Civil Code § 1542, which provides:

> A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.

11. Nothing in this Stipulation shall be construed as an admission of liability, fault, or wrongdoing by any party.

12. All parties will bear their own costs and attorneys' fees, if any.

13. The parties and their undersigned attorneys agree to execute and deliver such other and further documents as may be required to carry out the terms of this Stipulation.

14. Each person signing this Stipulation warrants and represents that he or she possesses full authority to bind the party on whose behalf he or she is signing to the terms of the Stipulation.

15. Each party warrants and represents that no promises, inducements, or other agreements not expressly contained herein have been made; that this Stipulation contains the entire agreement between the parties; and that the terms of this Stipulation are contractual and not mere recitals. All prior oral understandings, agreements, and writings are superseded by this Stipulation and are of no force or effect.

16. This Stipulation may not be altered, amended, modified, or otherwise changed in any respect, except by a writing duly executed by the party to be charged.

17. Each party represents that he or she understands the content of this Stipulation and enters it voluntarily, and has not been influenced by any person acting on behalf of any other party.

///

18. Notwithstanding the entry of a Final Judgment of Forfeiture herein, the parties hereby stipulate that the U.S. District Court for the Eastern District of California, Hon. John A. Mendez, District Judge, shall retain jurisdiction to enforce the terms of this compromise settlement.

IT IS SO STIPULATED.

Dated: 1/22/20

McGREGOR W. SCOTT
United States Attorney

By: _____
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 1.22.20

_____
MALCOLM SEGAL
Attorney for Jeffrey Carpoff

Dated: 1-22-2020

_____
JEFFREY CARPOFF
Claimant and Managing Member of Dora Dog Properties, LLC, Antioch Mini Storage, LLC, Dog Blue Properties, LLC, 4021 Pike Lane, LLC, 2750 Maxwell Way, LLC, 475 Channel Road, LLC, and Fou Dog, LLC

Dated: 1-22-20

_____
MALCOLM SEGAL
Attorney for Paulette Carpoff

Dated: 1-22-2020

_____
PAULETTE CARPOFF
Claimant and Managing Member of Dora Dog Properties, LLC, Antioch Mini Storage, LLC, Dog Blue Properties, LLC, 4021 Pike Lane, LLC, 2750 Maxwell Way, LLC, 475 Channel Road, LLC, and Fou Dog, LLC